Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-c-00151 DSF-PJW<br><br>NOTICE OF MOTION AND MOTION OF LIVINGLY MEDIA, INC. FOR SUMMARY JUDGMENT<br><br>*Hearing:*<br>Date:   April 5, 2021<br>Time:   1:30 pm<br>Court:  [Zoom Webinar]<br>Judge:  The Hon. Dale S. Fischer<br><br>***Filed with Application for Leave to File Under Seal*** (Local Rule 79-5(b)]<br>Memorandum of Points and Authorities<br>Separate Statement<br>Declaration of Joshua Koltun<br><br>***Filed Herewith (Public File):***<br><br>Declarations of Richard Licata, Erica Carter, Deena Shinn, Cecily Trowbridge, Lani Conway, Areeba Abid, and Kimia Midani<br>[Proposed] Order |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT on April 5, 2021, or such later date as the Court may set, at 1:30 pm, before the Honorable Dale S. Fischer, via Zoom Webinar as set forth on the Court's website at http://www.cacd.uscourts.gov/honorable-dale-s-fischer, Defendant and Counterclaimant Livingly Media Inc., ("Livingly") will and hereby does move under Federal Rule of Civil Procedure 56 for an order granting summary judgment to Livingly and against Plaintiff and Counterdefendant Michael Grecco Productions, Inc., ("Grecco") or, in the alternative, partial summary judgment that that Grecco is entitled only to the statutory damages for innocent infringement, and in that case only as to Photographs 2 and 4.

This motion is made on the grounds that there are no genuine issues of fact, and that Defendant is entitled to judgment (or partial judgment) as a matter of law, because (a) the photographs at issue were promotional photographs, licensed to the media for use in editorial commentary on the underlying television shows, and that Livingly's use was within the scope of that license; (b) that if Livingly's use of the photographs were not licensed it was fair use; (c) that the statue of limitations has run as to Photographs 1 and 3, and that (d) assuming *arguendo* that Livingly were liable, any infringement was innocent and that Grecco as a consequence is entitled only to minimal statutory damages.

This motion is based on this notice of motion and motion, the following memorandum of points and authorities, the supporting declarations of Joshua Koltun, Richard Licata, such matters of which the Court may take judicial notice, and other documents and pleadings on file in this matter and any further arguments that may be made at a hearing on this motion.

/
/
/
/

1  *[Because the (i) Memorandum of Points and Authorities, the (ii) Separate
2  Statement, and (iii) the Declaration of Joshua Koltun attach and make reference to
3  materials that plaintiff and/or third parties contend should be filed under seal, Livingly
4  has submitted an Application for Leave to File Under Seal, pursuant to Local Rule 79-
5  5(b), and will file such documents or redacted versions thereof, under seal or in this
6  Court's public docket, as further directed by the Court.]*

7  Respectfully submitted,

8  Dated:  March 1, 2021                            _____\s_____
9                                                                      Joshua Koltun
                                                                           Attorney for Defendant
10                                                                     and Counterclaimant
                                                                           Livingly Media, Inc.