Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,

Plaintiff,

v.

LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,

Defendants.

Case No.: 2:20-c-00151 DSF-PJW

DECLARATION OF ERICA CARTER

Declaration of Erica Carter

2:20-cv-00151 DSF-PJW

I, Erica Carter, declare as follows:

1.    I am the CEO of Livingly, Inc. ("Livingly").  I am also a certified public accountant, with extensive experience auditing companies.

2.    Livingly is an online media company that operates the websites www.zimbio.com and www.livingly.com.   The Photographs at issue in this case were openly posted on those URLs in the following articles ("Articles.").  I am able to determine the authors and dates of first publication of these articles because this information is contained in the code for the relevant Articles that is generated by Livingly's software system:

    a.  On July 19, 2016, Livingly posted the article "*Movies and TV Shows to Watch If You're Obsessed with Netflix's 'Stranger Things*," written by Lani Conway, which included *The X-Files* among the recommended shows, illustrated with Photograph 1.

    b.  On October 9, 2017, Livingly posted the article "*TV Shows All Stranger Things Fanatics Will Love*," written by Areeba Abid, which included *The X-Files* among the recommended shows, illustrated by Photograph 2;

    c.  On August 5, 2017, Livingly posted the article *"15 Amazing Shows You Didn't Know You Can Watch on Hulu Now,"* written by Cecily Trowbridge, which included *The X-Files* among the recommended shows, illustrated by Photograph 2,

    d.  On January 8, 2016, Livingly posted the article "*Are You Mulder or Scully for the X-Files,"* written by Lani Conway, which was illustrated with a portion of Photograph 3

    e.  On October 18, 2018, Livingly posted the article *"Clever Halloween Costumes Inspired By Badass Females,"* written by Kimia Madani, which recommended *Xena, Warrior Princess* as one of the characters one could dress up as, illustrated by Photograph 4.

- 1 -

Joshua Koltun ATTORNEY

Joshua Koltun ATTORNEY

3.    Livingly has licensed the Getty Images database of images, for which it pays a flat fee.  The overwhelming majority of photographs are not promotional photographs (by which I mean images of actors in their roles in films and television shows).

4.    Given the context in which a user would have encountered the Subject Photographs 1, 2, and 4 on the web pages on which they were posted, I do not believe that it would be reasonable to attribute any of the revenues attributable to web pages containing each Article, to the use of the subject photographs.  The user would not have encountered the Photograph until she landed on the web page in question.  In the case of Subject Photo 3, I do not believe that it would be reasonable to attribute 100% of the revenue, or even a major portion from the Xfiles article (which was on a separate web page), to Subject Photo 3.

5.    Nevertheless, if one were to attribute 100% of such revenues to each Subject Photograph, the amount of gross revenue attributable to each Subject Photograph would be as follows:

a.  Subject Photo 1: $1.40

b.  Subject Photo 2: $435.83

c.  Subject Photo 3: $520.84

d.  Subject Photo 4: $74.99.

These gross revenue figures were reached using the ordinary method that Livingly uses in the course of its business to attribute revenue. The number of monthly pageviews for the relevant pages are multiplied by the average number of ads per page view, multiplied by the average revenue per ad.

//

//

//

//

- 2 -

6.     Making reasonable assumptions to determine the costs attributable to each web page would generate the following reductions from the above gross revenue:

a.  Subject Photo 1: $12.61

b.  Subject Photo 2: $20.95

c.  Subject Photo 3: $15.54

d.  Subject Photo 4: $7.14.

7.     On November 13, 2018, Grecco (acting directly, not through counsel), sent Livingly a cease and desist letter based on a use by Livingly of Photograph 1 that is not the use at issue in this case.  I attach a copy of that letter hereto as *Exhibit A.*

8.     On February 12, 2019, Higbee and Associates sent a cease and desist letter to Livingly concerning the use of Subject Photograph 4 (the Xena photograph) that is at issue in this action.  I attach a copy of that letter hereto as *Exhibit B.*

9.     On April 8, 2019, Higbee and Associates sent a cease and desist letter to Livingly concerning the uses of Subject Photographs 1, 2 and 3 that are at issue in this action, as well as, mistakenly, a different X-Files photograph, similar to Subject Photograph 2, that Livingly was not using.   I attach a copy of that letter hereto as *Exhibit C.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated February 16, 2021 at San Carlos, California.

*Erica Carter*
Erica Carter

Declaration of Carter                                                                                              2:20-cv-00151 DSF-PJW

Exhibit A

---------- Forwarded message ---------
From: **Michael Grecco** <Michael@michaelgrecco.com>
Date: Tue, Nov 13, 2018 at 3:20 PM
Subject: United States Federal Copyright Infringement
To: Aufeminin Group Delphine Groll, Head of Group Communication <delphine.groll@aufeminin.com>
Cc: Livingly Media, PR <pr@livingly.com>, Jill Slattery <ill@livingly.com>, Marie-Laure Sauty de Chalon <accueil@aufeminin.com>, Livingly Media, Inc. <edit@livingly.com>, Copyright at Livingly <copyright@livingly.com>, Torina Yamada <studio@michaelgrecco.com>

**Without Prejudice / Confidential – For settlement purposes only – Subject to Rule 408**

Erica Carter

Chief Executive Officer

101 Redwood Shores Parkway, Suite 150

Redwood City, CA 94065

Dear Mrs. Carter,

The below image, of the X-Files cast members, Gillian Anderson and David Duchovny, was created by Michael Grecco Productions, Inc. (MGPI) and is being used on livinglymedia.com website. Its use is in violation of the United States Copyright law. REMOVAL OF THIS IMAGE FROM YOUR WEBSITE WILL NOT SETTLE THIS MATTER. A retroactive licensing fee arrangement, based on the full effect and power of the United States copyright law (including but not limited to remedies of statutory damages, actual damages and promotional fees) must be reached otherwise a lawsuit will be initiated against Aufeminin and the TF1 Group.

The Image appears on the following links:

http://www.zimbio.com/quiz/ETK32494rNH/Mulder+Scully+X+Files

I am a prominent photographer in the industry, who shoots hundreds of magazines covers and advertising campaigns worldwide. The image infringed upon is an iconic image of the X-Files cast members, Gillian Anderson and David Duchovny. The images were registered with the US Copyright Office, which means that Statutory Damages of up to $150,000, as well as the award of MGPI's legal fees may be granted by the court. A copy of the registration with the

2

LIV00114

US Copyright Office is attached. Additionally, the credit and metadata has been removed from the image which is subject to an additional $25,000 penalty under the DMCA.

If you have a license that we do not know about, please disclose said license immediately. A full disclosure of all uses, both in print and on the web will also be required to settle the matter.

This infringement is well documented and must be properly licensed or a lawsuit is imminent. AGAIN, SIMPLY REMOVING MY IMAGES FROM YOUR WEBSITE WILL NOT SETTLE THIS MATTER. I would advise that you look up who I am and how rigorously I defend my intellectual property. I am making your company a one-time offer to reach out and settle this matter before a complaint gets filed in Federal Court. You have until close of business, Monday, November 19th, 2018, to acknowledge receipt of this email and let me know how you would like to proceed. Thank you for your attention in this matter.

Sincerely,


Michael




**Michael Grecco**

Director + Photographer

+1-310-452-4461

michaelgrecco.com

**LÜRZER'S ARCHIVE** *200 BEST PHOTOGRAPHERS* **2014/2015**

*"I go out every day with the intention of breaking visual rules,*

*to create an evocative, cinematic image that inspires"* - Michael Grecco

3

LIV00115



--
**Erica Carter . CEO**
101 Redwood Shores Parkway, Suite 150
Redwood City, CA 94065
**www.livinglymedia.com**

4

LIV00116

Exhibit B

**Higbee & Associates**
A NATIONAL LAW FIRM

February 12, 2019,
Re: Claim Number: 526990    FRE 408 Settlement Communication

Dear Sir or Madam,

Copyrighted work(s) owned by our client, Michael Grecco, were identified on Livingly Media, Inc. website(s) (see attached screenshots). Unfortunately, we are unable to find any record of a license for such use. If you have a license, thank you for purchasing it. Please provide us the details at claims@higbeeassociates.com with the claim number (526990) included. Once we receive the license, we will close the claim and apologize for the brief intrustion.

Also, if you are a non-commercial entity (meaning you do not derive income from the website) or if you do not do business in the US, please simply let us know as you are probably receiving this letter in error.

Michael Grecco is an accomplished photographer whose photos have been used by the world's biggest news outlets. His photos typically license for $15,000 to $35,000 a year. The unauthorized use of his work hurts his livelihood and results in him having to spend tens of thousands of dollars and countless hours stopping such use. The unauthorized use of our client's work deprives them of income and causes them to incur substantial costs in detection and enforcement.

If Livingly Media, Inc. does not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. My client has no desire to put you through any of the following, but I have an obligation to caution you about the seriousness of the matter. If forced to go to court to resolve the matter, my client will ask for the maximum justifiable damages. My client may also ask the court to order Livingly Media, Inc. to pay their attorneys fees and court costs. Copyright lawsuits can result in judgments, wage garnishments and liens on property. In some instances, the business owner can be held individually liable. Please see the enclosed relevant section of the law and sources of additional information.

Michael Grecco would prefer to resolve this matter outside of court and is willing to offer a complete release of all liability associated with this image for $25000. This offer is made based on rather limited information available to Michael Grecco.

If you think this amount is disproportionate to the facts, please provide us with details about how long you used the work, the size of your business, any other ways the work was used, and any other details you deem relevant. Also provide a counteroffer for us to provide to Michael Grecco. We can be reached by email at claims@higbeeassociates.com or by phone at 800-716-1245. You may also wish to have an attorney contact us.

The overwhelming majority of these types of claims get resolved in a fair and efficient manner. However, without your cooperation, our only option is to litigate the matter, which we frequenlty do, so please do not make the mistake of ignoring this. If this matter is litigated, the demand amount will likely quadruple or more, and then you will likely also have to pay attorneys fees. If you have general business liability insurance, you may wish to contact your provider.

Claim number: 526990                                   Printed: February 12, 2019 11:50
**Corporate HQ** 1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245 **Fax** (714) 597-6559 **Web** higbeeassociates.com/infringements

LIV00204

**If we do not hear from you within 10 days, we will assume that you do not have a license and that you do not want to resolve this matter outside of court.**

If you wish to simply resolve this claim without contacting us, you can view details of the claim and make a payment at the URL provided.

To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for **$25000** payable to **Higbee & Associates Client Trust Account**. This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution. Your login is 526990. Your password is o0u3gcqm. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (526990) in the subject line.

Please feel free to call or email us to discuss this matter, 800-716-1245 or send an email to claims@higbeeassociates.com

Sincerely,

*Mathew K Higbee*

Mathew K. Higbee
Attorney at Law

Claim number: 526990                    Printed: February 12, 2019 11:50

LIV00205

**EXHIBIT A**



**Infringing webpages:**
- http://www.livingly.com/Clever+Halloween+Costumes+Inspired+By+Badass+Females/articles/zzgus7Mzo-k/Xena+Warrior+Princess

**Infringing file locations:**
- http://www3.pictures.livingly.com/mp/j_9SufzI0dtl.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (526990) in the subject line.



Claim number: 526990                    Printed: February 12, 2019 11:50

LIV00206



**Higbee & Associates**                                                    A NATIONAL LAW FIRM

**Mathew Higbee:** CA # 241380, MI # P73980, MN # 0388759, NV # 11158, OR # 106514, UT # 11133, WA # 42755, TX # 24076924
**Ray Ngo:** UT # 11936, NY # 4780706
**Melissa Clark:** CA # 247998, AZ # 024644, UT # 11271, FL # 62465
**Virginia Kostmayer:** CO # 45648, IL # 255433

# LETTER OF REPRESENTATION
# POWER OF ATTORNEY

RE:      Michael Grecco

To Whom It May Concern:

Please be advised that the Law Firm of Higbee & Associates has been retained by Michael Grecco regarding a copyright infringement matter. As such, we have been appointed as attorney in fact with full power and authority in determining the validity of the above matter and assist in any negotiation, settlement, and payment. We are further authorized to pursue any legal remedies available to our client as a result of this matter. Any attorney, staff member or agent of Higbee & Associates is hereby authorized to discuss any effort to settle and resolve the above matter.

Effective immediately, all communication (mail, phone, electronic or otherwise) regarding the above matter must be forwarded to Higbee & Associates at:

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
(714) 617-8385 Telephone

Sincerely,

Mathew Higbee          Ray Ngo          Melissa Clark          Virginia Kostmayer

**The undersigned have retained Higbee & Associates and grant full power and authority as described above.**

Date: October 12, 2016

Client:      Michael Grecco          Signature:

LIV00208



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-431-698**

*#VA0001431698#*

EFFECTIVE DATE OF REGISTRATION

July 7 2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

**\* Group Registration/Published Photos - 1126 photos - 2/4/2009 - 10/26/2009**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year In Which Creation of This Work Was Completed**
2009
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month *2/4/2009 - 10/26/2009* Day Year
*USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10    3/16/14
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

LIV00209

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

EXAMINED BY          FORM VA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number    (310) 452-4461          Fax number    (310) 452-4462
Email    michael@michaelgrecco.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Michael Grecco Photography, Inc.
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President          Date    7/5/10

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LIV00210

# CONTINUATION SHEET FOR FORM VA

## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Ⓒ Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA  1 – 431 – 698**

≡UA0001431698≡

~~EFFECTIVE DATE OF REGISTRATION~~

*July   7   2010*

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page ___3___ of ___11___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Michael Grecco Photography, Inc.___

Name of Copyright Claimant ___Michael Grecco Photography, Inc.___

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___Getty Archive Published Images 02/04/09___
Date of First Publication ___02/04/09___ (Month) (Day) (Year) ___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 2**
Title of Photograph ___Getty Archive Published Images 02/09/09___
Date of First Publication ___02/09/09___ (Month) (Day) (Year) ___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 3**
Title of Photograph ___Getty Archive Published Images 02/10/09___
Date of First Publication ___02/10/09___ (Month) (Day) (Year) ___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 4**
Title of Photograph ___Getty Archive Published Images 02/12/09___
Date of First Publication ___02/12/09___ (Month) (Day) (Year) ___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 5**
Title of Photograph ___Getty Archive Published Images 02/24/09___
Date of First Publication ___02/24/09___ (Month) (Day) (Year) ___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

LIV00211

Listing of "2009_Getty_Images_Published" (Page 4)

MC_Young_MGP_001.jpg
MC_Young_MGP_002.jpg
Moe_Dee_Kool_MGP_001.jpg
Moe_Dee_Kool_MGP_002.jpg
ONeill_Tip_MGP_001.jpg
Priestly_Jason_MGP_001.jpg
Priestly_Jason_MGP_002.jpg
Priestly_Jason_MGP_003.jpg
Priestly_Jason_MGP_004.jpg
Priestly_Jason_MGP_005.jpg
Ronstadt_Linda_MGP_001.jpg
Rydell_Mark_MGP_001.jpg
Rydell_Mark_MGP_002.jpg
Saint_Eva_Marie_MGP_001.jpg
Saldana_Teresa_MGP_001.jpg
Seinfeld_Jerry_MGP_001.jpg
Seinfeld_Jerry_MGP_002.jpg
Seinfeld_Jerry_MGP_003.jpg
Seinfeld_Jerry_MGP_004.jpg
Sex_Pistols_MGP_001.jpg
Sex_Pistols_MGP_002.jpg
Shriver_Maria_MGP_001.jpg
Simon_Paul_MGP_001.jpg
Simon_Paul_MGP_002.jpg
Simon_Paul_MGP_003.jpg
Singleton_John_MGP_001.jpg
Spelling_Tori_MGP_001.jpg
Springer_Jerry_MGP_001.jpg
Springer_Jerry_MGP_002.jpg
Starks_John_MGP_001.jpg
Starks_John_MGP_002.jpg
Steinfeld_Jake_MGP_001.jpg
Take_6_MGP_001.jpg
Tartikoff_Brandon_MGP_001.jpg
The_Fat_Boys_MGP_001.jpg
Tolken_Michael_MGP_001.jpg
Tolken_Michael_MGP_002.jpg
Tucci_Stanley_MGP_001.jpg
Tucci_Stanley_MGP_002.jpg
Tweed_Shannon_MGP_001.jpg
Visnjic_Goran_MGP_001.jpg
Visnjic_Goran_MGP_002.jpg
Visnjic_Goran_MGP_003.jpg
Visnjic_Goran_MGP_004.jpg
Ward_Fred_MGP_001.jpg
Ward_Fred_MGP_002.jpg
Waronker_Larry_MGP_001.jpg
Waronker_Larry_MGP_002.jpg
Wuhl_Robert_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Xena_MGP_001.jpg
Xena_MGP_002.jpg
Xena_MGP_003.jpg
Getty_Images_Published_04_20_09
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg

Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg
Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Chrichton_Michael_MGP_001.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Kitty_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg

Flynn_Ray_MGP_002.jpg
Ford_Gerald_MGP_001.jpg
Ford_Gerald_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_002.jpg
Huizenga_Wayne_MGP_001.jpg
Huizenga_Wayne_MGP_002.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Johnson_Michael_MGP_002.jpg
Krantz_Judith_MGP_001.jpg
Krantz_Judith_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lawrence_Martin_MGP_001.jpg
Lawrence_Martin_MGP_002.jpg
Lawrence_Martin_MGP_003.jpg
Lawrence_Martin_MGP_004.jpg
Lawrence_Sharon_MGP_001.jpg
Lawrence_Sharon_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Midler_Bette_MGP_001.jpg
Midler_Bette_MGP_002.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Parker_Fess_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Ross_Charlotte_MGP_001.jpg
Ross_Charlotte_MGP_002.jpg

LIV00212

TAWA 28-Mar-14 09:47:50                                      CISPR01-TP



Certificate of Registration

| IPN | REGISTRATION | PRINT TYPE | PAGES | 03/28/2014 09:54:03 |
|-----|-------------|-----------|-------|---------------------|

16367.1063

Total Records = 1

VA0001431699          HP          4



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

LIV00213



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

#170

VA 1-431-698

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**Title of This Work ▼**

Grecco Photo / Getty Published  2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "**work made for hire**" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2009  Year
This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

LIV00214

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

a

b

Area code and daytime telephone number    ( 310 ) 452-4461                    Fax number    ( 310 ) 452-4462

Email   Michael@MichaelGrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Michael Grecco Photography, Inc.
}
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President

Date    7/5/10

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.

Number/Street/Apt ▼
1701 Pier Avenue

City/State/ZIP ▼
Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,029

LIV00215

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Ⓖ Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ Michael Grecco Photography, Inc. ___

Name of Copyright Claimant ___ Michael Grecco Photography, Inc. ___

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___ Getty Archive Published Images 02/04/09 ___
Date of First Publication ___ 02/04/09 ___ (Month) (Day) (Year)    Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 2**
Title of Photograph ___ Getty Archive Published Images 02/09/09 ___
Date of First Publication ___ 02/09/09 ___ (Month) (Day) (Year)    Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 3**
Title of Photograph ___ Getty Archive Published Images 02/10/09 ___
Date of First Publication ___ 02/10/09 ___ (Month) (Day) (Year)    Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 4**
Title of Photograph ___ Getty Archive Published Images 02/12/09 ___
Date of First Publication ___ 02/12/09 ___ (Month) (Day) (Year)    Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 5**
Title of Photograph ___ Getty Archive Published Images 02/24/09 ___
Date of First Publication ___ 02/24/09 ___ (Month) (Day) (Year)    Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

LIV00216

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

#0170

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼    See Form GR / PPh/CON          NATURE OF THIS WORK ▼ See instructions

Grecco Photo / Getty Published  2009                    Photographs

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

NAME OF AUTHOR ▼                                        DATES OF BIRTH AND DEATH
                                                        Year Born ▼          Year Died ▼
Michael Grecco Photography, Inc.

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work |
|---|---|---|
| ☒ Yes | OR { Citizen of _____ U.S.A. | Anonymous? ☒Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in _____ | Pseudonymous? ☐ Yes ☒No |

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

Name of Author ▼                                        Dates of Birth and Death
                                                        Year Born ▼          Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work |
|---|---|---|
| ☐ Yes | OR { Citizen of _____ | Anonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in _____ | Pseudonymous? ☐ Yes ☐ No |

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

| Year in Which Creation of This Work Was Completed | Date and Nation of First Publication of This Particular Work |
|---|---|
| 2009 Year | This information must be given in all cases. | Complete this information ONLY if this work has been published. | Month _____ Day _____ Year _____ Nation |

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                    • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

LIV00217

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number    (310) 452-4461      Fax number    (310) 452-4462

Email    michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
{
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
}
Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President

Date    7/5/10

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Grecco Photography, Inc.<br>Number/Street/Apt ▼ 1701 Pier Avenue<br>City/State/ZIP ▼ Santa Monica, CA 90405 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov. write the Copyright Office, or call (202) 707-3000. |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LIV00218

## Higbee & Associates
A NATIONAL LAW FIRM

**RELEASE AND SETTLEMENT AGREEMENT**

This RELEASE AND SETTLEMENT AGREEMENT  ("Agreement") is entered into on February 12, 2019 ("Effective Date") by and between Michael Grecco("RELEASOR") and Livingly Media, Inc. ("RELEASEE") (the "Parties" or individually the "Party").

The Parties agree as follows:

1. The Parties acknowledge and agree that this Agreement is made in resolution to the RELEASEE's alleged unlicensed use of image(s) referenced in the Exhibit(s) below ("Images").

2. RELEASOR hereby represents and warrants that it has the exclusive rights in the settlement and resolution of the claims related to the alleged unlicensed use of the copyrighted Images.

3. In consideration of the release and other consideration granted herein, RELEASEE will pay to RELEASOR the sum of $25,000.00 by February 12, 2019. Upon Payment in full, RELEASOR will release RELEASEE form all copyright claims arising out of the use of the Images through the Effective Date.

4. Payment shall be made payable to "Higbee & Associates Client Trust Account" and delivered to 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705. Payment may also be made online at http://copyright.higbeeassociates.com/resolution

**ADDITIONAL TERMS AND CONDITIONS**

5. Except for the agreements, obligations, and covenants arising under this Agreement, the Parties will release the other party from any and all claims arising from the use of the Images.

6. The Parties acknowledge that all terms of this Agreement are supported by legally sufficient consideration so as to make this Agreement binding and valid.

7. The terms of this Agreement are confidential; provided however, that each Party may disclose the terms of this Agreement, as necessary to enforce its terms, in response to valid legal process or as otherwise required by law, and/or to its financial advisors and/or legal advisors.

8. The Parties warrant that they have read and understand the provisions of this Agreement and have full authority to execute and consummate the transactions contemplated by this Agreement.

9. This Agreement may not be modified or amended except by written agreement, signed by all Parties.

10. This Agreement, along with its terms and conditions will be binding upon and inure to the benefit of each of the Parties and to their heirs, executors, administrators, successors in interest and assigns.

11. The Parties acknowledge that if any provision or application of this Agreement is held invalid or unenforceable then any such provision will be deemed severed from this Agreement and the remaining provisions and applications of this Agreement will not be affected, but will remain valid and enforceable.

12. This Agreement will be governed by and construed in accordance with the laws of the State of California, without regard to conflict of law principles, notwithstanding the fact that one or more counterparts hereof may be executed outside of such state, or one or more of the obligations of the Parties hereunder are to be performed outside of such state. Any suit, action or proceeding to determine, construe or enforce any provision of this Agreement, or the rights of any party hereunder, will be brought in the State of California, and the Parties agree that jurisdiction will lie therein.

13. If a suit, action, arbitration or other proceeding of any nature whatsoever is instituted in connection with any controversy arising out of this Agreement, or to interpret or enforce any

Case number: 526990                              Printed: February 12, 2019 11:50

LIV00219

# Higbee & Associates
### A NATIONAL LAW FIRM

rights under this Agreement, the prevailing party is entitled to recover reasonable costs and attorney's fees from the other party.

14.  Payments that are received more than 5 calendar days late will be accessed a $40 late fee. Additionally, an interest rate based on a 15% annual will be charged on overdue balances after 30 days.

15. This Agreement constitutes and contains the entire agreement between the Parties with respect to the alleged unlicensed use referred to in this Agreement and there are no other agreements, understandings or representations with respect to this subject matter, which are not expressly set forth herein.

16. This Agreement can be signed in counterparts.


_____

_____

Sir or Madam                                                              Date
On Behalf of
RELEASEE(s)Livingly Media,
Inc.


_____                          February 12, 2019

_____

Mathew K. Higbee, Esq.                                          Date
on Behalf of Licensor(s)
Michael Grecco



Case number: 526990                          Printed: February 12, 2019 11:50

LIV00220

**Higbee & Associates**
A NATIONAL LAW FIRM

**CREDIT CARD PAYMENT AUTHORIZATION FORM**

The Law Firm of Higbee & Associates offers interest-free payment plans through our automated billing system. Sign and complete this form to authorize the Law Firm of Higbee & Associates to make the agreed upon credit or debit card or ACH payments. RELEASEE agrees to pay the settlement amount of $25,000.00 in 1 automatic payment.

By signing this form you give us permission to bill your credit/debit card or bank account for the amount indicated on the dates above plus any additional fees, penalties, or interest charges which have accrued in accordance with the Release and Settlement Agreement ("Settlement Agreement"). This is permission for all transactions related to the Settlement Agreement, and does not provide authorization for any additional unrelated charges.

Please complete the information below:

PAYMENT METHOD (Please Choose One & Provide Requested Information):

**CREDIT CARD**
Name as it Appears on Card: _____
Credit Card #: _____
Expiration Date: _____ CCV (Security Code): _____
Billing Address: _____

**ACH / DIRECT DEPOSIT**
Name on the Account: _____
Account Type: ☐ Savings ☐ Checking
Account #: _____
Routing #: _____
Bank Name: _____

I hereby authorize The Law Firm of Higbee and Associates to automatically bill my account on the dates indicated in the payment plan above.

PRINT NAME: _____
TITLE: _____
COMPANY: _____

Signature: _____ Date: _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for the specified use only. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.

LIV00221

Exhibit C

# Higbee & Associates
### A NATIONAL LAW FIRM

April 08, 2019,
Re: Claim Number: 521172   FRE 408 Settlement Communication

Dear Erica Carter,

Copyrighted work(s) owned by our client, Michael Grecco Productions Inc., were identified on Livingly Media, Inc. website(s) (see attached screenshots). Unfortunately, we are unable to find any record of a license for such use. If you have a license, thank you for purchasing it. Please provide us the details at claims@higbeeassociates.com with the claim number (521172) included. Once we receive the license, we will close the claim and apologize for the brief intrusion.

Michael Grecco is an accomplished photographer whose photos have been used by the world's biggest news outlets. His photos typically license for $15,000 to $35,000 a year. The unauthorized use of his work hurts his livelihood and results in him having to spend tens of thousands of dollars and countless hours stopping such use. The unauthorized use of our client's work deprives them of income and causes them to incur substantial costs in detection and enforcement.

If Livingly Media, Inc. does not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. My client has no desire to put you through any of the following, but I have an obligation to caution you about the seriousness of the matter. If forced to go to court to resolve the matter, my client will ask for the maximum justifiable damages. My client may also ask the court to order Livingly Media, Inc. to pay their attorneys fees and court costs. Copyright lawsuits can result in judgments, wage garnishments and liens on property. In some instances, the business owner can be held individually liable. Please see the enclosed relevant section of the law and sources of additional information.

Michael Grecco Productions Inc. would prefer to resolve this matter outside of court and is willing to offer a complete release of all liability associated with this image for $100000. This offer is made based on rather limited information available to Michael Grecco Productions Inc..

If you think this amount is disproportionate to the facts, please provide us with details about how long you used the work, the size of your business, any other ways the work was used, and any other details you deem relevant. Also provide a counteroffer for us to provide to Michael Grecco Productions Inc.. We can be reached by email at claims@higbeeassociates.com or by phone at 800-716-1245. You may also wish to have an attorney contact us.

The overwhelming majority of these types of claims get resolved in a fair and efficient manner. However, without your cooperation, our only option is to litigate the matter, which we frequenlty do, so please do not make the mistake of ignoring this. If this matter is litigated, the demand amount will likely quadruple or more, and then you will likely also have to pay attorneys fees. If you have general business liability insurance, you may wish to contact your provider.

**If we do not hear from you within 10 days, we will assume that you do not have a license and that you do not want to resolve this matter outside of court.**

Claim number: 521172                    Printed: April 08, 2019 13:41

**Corporate HQ** 1504 Brookhollow Dr. Suite 112, Santa Ana, CA 92705
**Phone** (800) 716-1245 **Fax** (714) 597-6559 **Web** higbeeassociates.com/infringements

LIV00222

If you wish to simply resolve this claim without contacting us, you can view details of the claim and make a payment at the URL provided.

To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment of **$100000** made payable to **Higbee & Associates Client Trust Account**. This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution.  Your login is 521172.  Your password is hh0s6ue6. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (521172) in the subject line.

Please feel free to call or email us to discuss this matter, 800-716-1245 or send an email to claims@higbeeassociates.com

Sincerely,

Mathew K. Higbee
Attorney at Law

Claim number: 521172                    Printed: April 08, 2019 13:41

LIV00223

Higbee & Associates
A NATIONAL LAW FIRM

**EXHIBIT A**



## Infringing webpages:

- http://www.zimbio.com/quiz/TV?Page=6

## Infringing file locations:

- http://www3.pictures.zimbio.com/mp/Jp1CdnpaUHgs.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (521172) in the subject line.



Case number: 521172                                   Printed: April 08, 2019 13:41

LIV00224

Higbee & Associates
A NATIONAL LAW FIRM

## EXHIBIT B



## Infringing webpages:

- http://www.zimbio.com/Ranking+The+Best+Shows+to+Watch+on+Hulu+In+April/articles/xIJof7LQfEg/The+X+Files

## Infringing file locations:

- http://www4.pictures.zimbio.com/mp/TB2VRnNUAprl.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (521172) in the subject line.



Case number: 521172                           Printed: April 08, 2019 13:41

LIV00225

Higbee & Associates
A NATIONAL LAW FIRM

## EXHIBIT C



## Infringing webpages:

- http://www.zimbio.com/TV+Shows+All+%27Stranger+Things%27+Fanatics+Will+Love/articles/MGU8Bz-H6m0/The+X+Files
- http://www.zimbio.com/15+Amazing+Shows+You+Didn't+Know+You+Can+Watch+on+Hulu+Now/articles/15uPPAoUvhg/The+X+Files

## Infringing file locations:

- http://www3.pictures.zimbio.com/mp/jN1x74aH4KoI.jpg
- http://www1.pictures.zimbio.com/mp/qtl8IFGIOzPl.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (521172) in the subject line.



Case number: 521172                    Printed: April 08, 2019 13:41

LIV00226

## Higbee & Associates
A NATIONAL LAW FIRM

**EXHIBIT D**



## Infringing webpages:

- http://www.livingly.com/Clever+Halloween+Costumes+Inspired+By+Badass+Females/articles/zzgus7Mzo-k/Xena+Warrior+Princess

## Infringing file locations:

- http://www3.pictures.livingly.com/mp/j_9SufzI0dtl.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (521172) in the subject line.



Case number: 521172                     Printed: April 08, 2019 13:41

LIV00227

# Higbee & Associates
A NATIONAL LAW FIRM



LIV00228

![Higbee & Associates - A National Law Firm]

## EXHIBIT E



## Infringing webpages:

- http://www.zimbio.com/
  Movies+and+TV+Shows+to+Watch+If+You're+Obsessed+with+Netflix's+'Stranger+Things'/
  articles/hy10gQyzQcr/The+X+Files

## Infringing file locations:

- http://www2.pictures.zimbio.com/mp/1yOY9mggqB3l.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (521172) in the subject line.



Case number: 521172                    Printed: April 08, 2019 13:41

LIV00229

## Higbee & Associates

A NATIONAL LAW FIRM

**Mathew Higbee:** CA # 241380, MI # P73980, MN # 0388759, NV # 11158, OR # 106514, UT # 11133, WA # 42755, TX # 24076924
**Ray Ngo:** UT # 11936, NY # 4780706
**Melissa Clark:** CA # 247998, AZ # 024644, UT # 11271, FL # 62465
**Virginia Kostmayer:** CO # 45648, IL # 255433

# LETTER OF REPRESENTATION
# POWER OF ATTORNEY

RE:     Michael Grecco

To Whom It May Concern:

Please be advised that the Law Firm of Higbee & Associates has been retained by Michael Grecco regarding a copyright infringement matter. As such, we have been appointed as attorney in fact with full power and authority in determining the validity of the above matter and assist in any negotiation, settlement, and payment. We are further authorized to pursue any legal remedies available to our client as a result of this matter. Any attorney, staff member or agent of Higbee & Associates is hereby authorized to discuss any effort to settle and resolve the above matter.

Effective immediately, all communication (mail, phone, electronic or otherwise) regarding the above matter must be forwarded to Higbee & Associates at:

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
(714) 617-8385 Telephone

Sincerely,

Mathew Higbee        Ray Ngo        Melissa Clark        Virginia Kostmayer

**The undersigned have retained Higbee & Associates and grant full power and authority as described above.**

Date: October 12, 2016

Client:     Michael Grecco          Signature:

LIV00230



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-063-319

**Effective Date of Registration:**
July 27, 2017

## Title _____

**Title of Work:** Group Registration Photos, Grecco Photography X-Files 6, published on or about Oct. 25, 1993, 25 Photos

**Content Title:**  _19930625_X-Files_The_MGP_0022

_19930625_X-Files_The_MGP_0023

_19930625_X-Files_The_MGP_0024

_19930625_X-Files_The_MGP_0025

_19930625_X-Files_The_MGP_0026

_19930625_X-Files_The_MGP_0027

_19930625_X-Files_The_MGP_0028

_19930625_X-Files_The_MGP_0029

_19930625_X-Files_The_MGP_0030

_19930625_X-Files_The_MGP_0031

_19930625_X-Files_The_MGP_0032

_19930625_X-Files_The_MGP_0033

_19930625_X-Files_The_MGP_0034

_19930625_X-Files_The_MGP_0036

_19930625_X-Files_The_MGP_0037

_19930625_X-Files_The_MGP_0038

_19930625_X-Files_The_MGP_0039

_19930625_X-Files_The_MGP_0040

_19930625_X-Files_The_MGP_0041

_19930625_X-Files_The_MGP_0042

19930625_Anderson_Gillian_MGP_0003

Page 1 of 2

LIV00231

19930625_Anderson_Gillian_MGP_0004

19930625_Anderson_Gillian_MGP_0006

19930625_Anderson_Gillian_MGP_0007

19930625_Anderson_Gillian_MGP_0012

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | October 25, 1993 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc.<br>3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | By assignment |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street<br>Santa Monica, CA 90405 United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Grecco |
| **Date:** | August 17, 2017 |

| | |
|---|---|
| **Correspondence:** | Yes |

LIV00232

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-5664509452

## Mail Certificate

Michael Grecco Productions, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

**Priority:**   Routine                **Application Date:**   July 27, 2017
**Note to C.O.:** Please expedite. Pending litigation. Thank you.

## Correspondent

**Organization Name:**   Michael Grecco Productions, Inc.
**Name:**   Michael Grecco
**Email:**   michael@michaelgrecco.com
**Telephone:**   (310)452-4461
**Fax:**   (310)452-4462
**Address:**   3103 17th Street
Santa Monica, CA 90405 United States

LIV00233



LIV00234

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-823-255

**Effective date of registration:**

November 30, 2011

## Title

**Title of Work:** Lighting and the Dramatic Portrait

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 1, 2006 **Nation of 1st Publication:** United States

## Author

**Author:** Michael Grecco

**Author Created:** text, photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1958

## Copyright claimant

**Copyright Claimant:** Michael Grecco

1901 Pier Avenue, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Name:** Michael Grecco

**Email:** michael@michaelgrecco.com

**Address:** 1701 Pier Avenue

Santa Monica, CA 90405 United States

## Certification

**Name:** Michael Grecco

**Date:** November 30, 2011

LIV00235 Page 1 of 1

**Registration #:**  VA0001823255
**Service Request #:**  1-692500631



Michael Grecco
1701 Pier Avenue
Santa Monica, CA 90405  United States

LIV00236

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-030-741

**Effective Date of Registration:**
January 22, 2017

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Grecco Photography X-Files 5 |
| **Previous or Alternate Title:** | Group registration/published photos; 11 photos published approx. 10/25/1993 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | October 25, 1993 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **•  Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | by assignment |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street Santa Monica, CA 90405 United States |

## Certification

Page 1 of 2

LIV00237



# 20170122_Grecco_Photography_X-Files_5

| Name | Kind | Size | Date Modified |
|------|------|------|---------------|
| 19930625_X-Files_The_MGP_0010.jpg | Adobe Photoshop JPEG file | 3 KB | 7/19/16 at 11:44:42 AM |
| 19930625_X-Files_The_MGP_0011.jpg | Adobe Photoshop JPEG file | 477 KB | 1/20/17 at 5:37:20 PM |
| 19930625_X-Files_The_MGP_0012.jpg | Adobe Photoshop JPEG file | 13 KB | 7/16/16 at 10:19:26 PM |
| 19930625_X-Files_The_MGP_0013.jpg | Adobe Photoshop JPEG file | 43 KB | 1/20/17 at 5:36:11 PM |
| 19930625_X-Files_The_MGP_0014.jpg | Adobe Photoshop JPEG file | 164 KB | 3/30/16 at 9:41:06 PM |
| 19930625_X-Files_The_MGP_0015.jpg | Adobe Photoshop JPEG file | 35 KB | 3/30/16 at 9:37:55 PM |
| 19930625_X-Files_The_MGP_0016.jpg | Adobe Photoshop JPEG file | 46 KB | 3/30/16 at 9:39:29 PM |
| 19930625_X-Files_The_MGP_0017.jpg | Adobe Photoshop JPEG file | 21 KB | 3/30/16 at 9:55:19 PM |
| 19930625_X-Files_The_MGP_0019.jpg | Adobe Photoshop JPEG file | 6 KB | 3/30/16 at 10:18:49 PM |
| 19930625_X-Files_The_MGP_0020.jpg | Adobe Photoshop JPEG file | 3 KB | 3/30/16 at 10:19:02 PM |
| 19930625_X-Files_The_MGP_0021.jpg | Adobe Photoshop JPEG file | 5 KB | 3/30/16 at 10:34:46 PM |



LIV00239

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–431–698**

*UA0001431698*

EFFECTIVE DATE OF REGISTRATION

July 7 2010

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

* Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009
Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month *2/4/2009    Day 10/26/2009    Year
*USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10    3/16/14
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

LIV00240

\* Amended by C.O. on authority of Michael Grecco in phone call of 3/20/2014.

| EXAMINED BY | $\mathcal{W}\!\mathit{mi}$ | FORM VA |
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  ( 310 ) 452-4461          Fax number  ( 310 ) 452-4462

Email  michael@michaelgrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
}
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                    Date   7/5/10

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼  Michael Grecco Photography, Inc. | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼  1701 Pier Avenue | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | City/State/ZIP ▼  Santa Monica, CA 90405 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LIV00241

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-232-596**



4-8-03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Grecco Photography   X Files / USA S

**NATURE OF THIS WORK ▼** See instructions
Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** **NAME OF AUTHOR ▼**
Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1958

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____ USA
{ Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☒ Photograph(s)    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed   1995
This information must be given in all cases. ◀ Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 8    Year ▶ 1995
◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By Assignment

SEP - 8 2003
ONE DEPOSIT RECEIVED

SEP - 8 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

| EXAMINED BY SDW | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form.

b  ☐ This is the first application submitted by this author as copyright claimant.

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions before completing this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

b

Area code and daytime telephone number ▶  ( 310   452 4461          Fax number  ▶  ( 310 )  452 4462

Email ▶      michael @ michaelgrecco com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Michael Grecco Photography, Inc
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael Grecco, President                                    Date▶   8/20/03

Handwritten signature (X) ▼
☞          X _____                          8/20/03

| Certificate will be mailed in window envelope to this address | Name ▼ Michael Grecco Photography  Inc | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1701 Pier Avenue | |
| | City/State/ZIP ▼ Santa Monica  CA 90405 | |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form VA is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—100 000
WEB REV June 1999          ⬀ PRINTED ON RECYCLED PAPER                    ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/71

LIV00243



LIV00244

## Higbee & Associates
A NATIONAL LAW FIRM

### RELEASE AND SETTLEMENT AGREEMENT

This RELEASE AND SETTLEMENT AGREEMENT  ("Agreement") is entered into on April 08, 2019 ("Effective Date") by and between Michael Grecco Productions Inc.("RELEASOR") and Livingly Media, Inc. ("RELEASEE") (the "Parties" or individually the "Party").

The Parties agree as follows:

1. The Parties acknowledge and agree that this Agreement is made in resolution to the RELEASEE's alleged unlicensed use of image(s) referenced in the Exhibit(s) below ("Images").

2. RELEASOR hereby represents and warrants that it has the exclusive rights in the settlement and resolution of the claims related to the alleged unlicensed use of the copyrighted Images.

3. In consideration of the release and other consideration granted herein, RELEASEE will pay to RELEASOR the sum of $100,000.00 by April 08, 2019. Upon Payment in full, RELEASOR will release RELEASEE form all copyright claims arising out of the use of the Images through the Effective Date.

4. Payment shall be made payable to "Higbee & Associates Client Trust Account" and delivered to 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705. Payment may also be made online at http://copyright.higbeeassociates.com/resolution

### ADDITIONAL TERMS AND CONDITIONS

5. Except for the agreements, obligations, and covenants arising under this Agreement, the Parties will release the other party from any and all claims arising from the use of the Images.

6. The Parties acknowledge that all terms of this Agreement are supported by legally sufficient consideration so as to make this Agreement binding and valid.

7. The terms of this Agreement are confidential; provided however, that each Party may disclose the terms of this Agreement, as necessary to enforce its terms, in response to valid legal process or as otherwise required by law, and/or to its financial advisors and/or legal advisors.

8. The Parties warrant that they have read and understand the provisions of this Agreement and have full authority to execute and consummate the transactions contemplated by this Agreement.

9. This Agreement may not be modified or amended except by written agreement, signed by all Parties.

10. This Agreement, along with its terms and conditions will be binding upon and inure to the benefit of each of the Parties and to their heirs, executors, administrators, successors in interest and assigns.

11. The Parties acknowledge that if any provision or application of this Agreement is held invalid or unenforceable then any such provision will be deemed severed from this Agreement and the remaining provisions and applications of this Agreement will not be affected, but will remain valid and enforceable.

12. This Agreement will be governed by and construed in accordance with the laws of the State of California, without regard to conflict of law principles, notwithstanding the fact that one or more counterparts hereof may be executed outside of such state, or one or more of the obligations of the Parties hereunder are to be performed outside of such state. Any suit, action or proceeding to determine, construe or enforce any provision of this Agreement, or the rights of any party hereunder, will be brought in the State of California, and the Parties agree that jurisdiction will lie therein.

13. If a suit, action, arbitration or other proceeding of any nature whatsoever is instituted in connection with any controversy arising out of this Agreement, or to interpret or enforce any

Case number: 521172                              Printed: April 08, 2019 13:41

LIV00245

# Higbee & Associates
A NATIONAL LAW FIRM

rights under this Agreement, the prevailing party is entitled to recover reasonable costs and attorney's fees from the other party.

14.  Payments that are received more than 5 calendar days late will be accessed a $40 late fee. Additionally, an interest rate based on a 15% annual will be charged on overdue balances after 30 days.

15. This Agreement constitutes and contains the entire agreement between the Parties with respect to the alleged unlicensed use referred to in this Agreement and there are no other agreements, understandings or representations with respect to this subject matter, which are not expressly set forth herein.

16. This Agreement can be signed in counterparts.


_____

_____

Erica Carter                                                                          Date
On Behalf of
RELEASEE(s)Livingly Media,
Inc.


_____                                  April 08, 2019
                                                                                        _____
Mathew K. Higbee, Esq.                                               Date
on Behalf of Licensor(s)
Michael Grecco Productions
Inc.


Case number: 521172                            Printed: April 08, 2019 13:41

LIV00246

# Higbee & Associates
A NATIONAL LAW FIRM

**CREDIT CARD PAYMENT AUTHORIZATION FORM**

The Law Firm of Higbee & Associates offers interest-free payment plans through our automated billing system. Sign and complete this form to authorize the Law Firm of Higbee & Associates to make the agreed upon credit or debit card or ACH payments. RELEASEE agrees to pay the settlement amount of $100,000.00 in 1 automatic payment.

By signing this form you give us permission to bill your credit/debit card or bank account for the amount indicated on the dates above plus any additional fees, penalties, or interest charges which have accrued in accordance with the Release and Settlement Agreement ("Settlement Agreement"). This is permission for all transactions related to the Settlement Agreement, and does not provide authorization for any additional unrelated charges.

Please complete the information below:

PAYMENT METHOD (Please Choose One & Provide Requested Information):

**CREDIT CARD**
Name as it Appears on Card: _____
Credit Card #: _____
Expiration Date: _____ CCV (Security Code): _____
Billing Address: _____

**ACH / DIRECT DEPOSIT**
Name on the Account: _____
Account Type: ☐ Savings ☐ Checking
Account #: _____
Routing #: _____
Bank Name: _____

I hereby authorize The Law Firm of Higbee and Associates to automatically bill my account on the dates indicated in the payment plan above.

PRINT NAME: _____
TITLE: _____
COMPANY: _____

Signature: _____ Date: _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for the specified use only. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.

LIV00247