Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,

      Plaintiff,

      v.

LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,

      Defendants.

Case No.: 2:20-c-00151 DSF-PJW

DECLARATION OF RICHARD LICATA

I, Richard Licata, declare as follows:

1.      Over the past four decades, I have had the distinction of being the only executive to hold the top corporate communications position at four major television networks—HBO, FOX, Showtime and NBC. A copy of my CV is attached as ***Exhibit A.***

2.      I  am currently CEO of Licata & Company, a Los Angeles based marketing and communications agency created in 2015, specializing in a broad range of PR strategies and practices targeted to television networks, studios, production companies and creative talent — with an emphasis on gaining  global brand awareness for original programming through industry award competitions.

3.      I have written the following article during the past 10 years: a guest column in the Hollywood Reporter dated June 17, 2016, coauthored with Maggie Schmidt, *Emmys: A Time Before Screeners?!  Publicists Reveal the Origins of Campaign Craziness.*  It can be found at https://www.hollywoodreporter.com/race/emmys-a-time-before-screeners-902998.

### *SCOPE OF THE ENGAGEMENT*

4.      I have been asked to express my knowledge and opinions as to the customs and practices that were commonly acknowledged throughout the television industry relating to the use of promotional still photographs for scripted TV shows, including specifically during the 1990s.   I have been asked to express my opinions  whether Livingly's specific use of the Subject Photographs in this case would be considered appropriate promotional use in the industry.   I have been asked to express an opinion as to whether copyright infringement  claims against persons using promotional photographs for editorial use undermines the purpose of promotional/publicity photographs generally.

5.      I have never been engaged or testified as a litigation expert before.  I am being compensated for my time at a rate of $500./hr, the same fee I charge clients for my services at *Licata & Co.*

6.      In reaching the opinions expressed in this declaration I have reviewed the following materials:  1. the Complaint in this action, and 2. Excerpts of press kits provided to me by Livingly's counsel, attached hereto as Exhibits B, C, D, and E.

### *BACKGROUND AND BASIS FOR OPINIONS*

7.      My connection to the television and movie industries—and their publicity practices— began in 1976 at the New York *Daily News, (The Picture Newspaper)* where I served as an assistant editor in their Sunday entertainment supplement, *Leisure*.

It was there that I experienced the connective tissue that binds journalism and the entertainment industry's creative talent and their representatives whose mission is to reach the consumer public with their shows and movies. I worked with a lion's share of them including: ABC, NBC, CBS, Paramount Pictures, Columbia Pictures and 20th Century Fox, among others.

8. I assigned, wrote, and edited feature and news stories, and as part of my responsibilities recruited, edited and published hundreds of photographs to accompany them. Various network and studio publicists would pitch editorial ideas daily, supply existing photographic images from their show's unit and gallery shoots to run with a story. These shots, which were, to my understanding, owned and copyrighted by the networks and studios who produced these shows, were widely distributed to media outlets nationwide (and sometimes worldwide) and could be published at will for a story timed to premiere or for any subsequent coverage. Any photos supplied to us were archived in the Daily News library or in filing cabinets for future use.

9. We never contacted an individual photographer for permission to publish photographs. It was generally understood that these images had been distributed to the press precisely so that they would be published. Moreover, the images usually were marked with the network or studio's copyright and "permission for promotional use only" or similar wording to make the permission explicit.

10. In 1980 I left the Daily News for a publicist position at HBO, specifically to launch their sister pay service Cinemax and to oversee all HBO original movie publicity. I spent over 13 years there in several PR capacities. In 1986, I was promoted and transferred to Los Angeles to run their Hollywood PR operation as Vice President/WC.

11. At HBO I now had the opportunity to see the business from the flip side of a newsroom. The industrywide understanding concerning the use of promotional photographs that I describe in this report was shared within all of the publicity departments and agencies I worked for.

12. Photographers would be hired by the Photo Director to accomplish two goals. The first was to spend days on a set of an original scripted program to capture "unit [or action] shots" as dramatic scenes were being filmed. The second was (either during production or after) to collaborate with the network's PR and advertising executives on developing a "gallery shoot" of posed photos with the principal cast that creatively represented the show's look and tone. These images would later be used for print advertisements in trade and consumer newspapers, magazines and billboards; both the unit and gallery shots would be available to the national television press corps, including— but not limited to: editors, critics, reporters, radio DJ's, talk show bookers, and similar persons in the media.

13. I was named Senior Vice President, Publicity & Public Relations for Fox Broadcasting in March, 1994. I reported jointly to Chairman Lucy Salhany and President, Sandy Grushow. I was responsible for the development and implementation

- 2 -

Declaration of Richard Licata                                    2:20-cv-00151 DSF-PJW

of all publicity and media relations campaigns for the network's original entertainment and sports programming, in addition to all public relations activities in the financial and governmental sectors. I was the key liaison with Fox Broadcasting's parent company, News Corp. Some of the shows during my tenure included: *The Simpsons, Married with Children, Melrose Place, Beverly Hills 90210, Party of Five and The X Files,* among many others.

14. By the time I arrived at Fox, *The X-Files* had already launched its first season the previous September, 1993. The Director of Photo for the network at the time was John Lavet, who reported to me. Richard Kosters was a subordinate to Lavet. I understand that Michael Grecco took *X Files* promotional photos. I do not have a specific recollection of him.

15. By March, 1994 *The X-Files* was more than halfway through its first season and had gained unusual traction en route to becoming a bonafide ratings and audience hit. Requests for photo images were voluminous. We happily supplied them to any journalist —as would any competitive network at that time with a potential hit looming.

16. In 1999, I was named Executive Vice President, Television at Rogers & Cowan, one of the leading entertainment public relations agencies. I reported to the Chairman, Tom Tardio. It was a client driven business offering brand building expertise via comprehensive public relations campaigns, corporate advice/crisis management, national press outreach and event exposure. I was hired to build the TV business from the ground up. My accounts included: *FX, USA Network, Sci-Fi Network, Microsoft*, the comedy series *Will & Grace, Discovery Channel, Animal Planet, Judge Judy*, among dozens of others.

17. In 2004 I was named Executive Vice President, Corporate Communications for Showtime Networks, with a dual report to Chairman Matthew Blank and President, Robert Greenblatt. I was responsible for developing and implementing program publicity campaigns for the network through creative, competitive written and photographic materials, industry events and aggressive national media relations outreaches. I also served as the key liaison with Showtime's parent company, CBS, Inc. I had five divisions reporting to me (27 employees on two coasts): Program Publicity, Corporate PR, Talent Relations, Events and Photography.

18. In 2011, I was named Executive Vice President, Corporate Communications, NBC Entertainment reporting to President Robert Greenblatt, who had recruited me from Showtime. There I was responsible for developing and implementing programming publicity and corporate public relations campaigns for the NBC Television Network and the studio production company, Universal Television. I had approximately 75 employees under my aegis on two coasts: Entertainment Publicity/Media Relations, Corporate PR, Events, Talent Relations and Photography. Photography at Comcast owned NBC Universal was especially expansive as our team not only serviced all the creative needs for the NBC network, but coordinated and

executed all photo needs for subsidiary networks, USA , SCIFY, Bravo, Oxygen, E!, Universal Television, Universal Cable  Productions, CNBC,  MSNBC, NBC Nightly News,Olympics.

### INDUSTRY CUSTOM AND PRACTICES FOR TAKING AND SELECTION OF THE PHOTOGRAPHS

19.    As the chief communications executive at four TV networks- two broadcast, two pay cable from the 1980's to 2015, the following practices remained a constant across all network and cable services to this day. When streaming services such as Netflix, Amazon and Hulu arrived, they too adhered to the following protocols.

20.    It was expected that the entire photo shoot would be delivered for the publicity department to review.  Photographers who were considered to have a "good eye" might be given the opportunity to segregate what they considered their best shots from the rest of the photoshoot to be reviewed.  In the event that a photographer eliminated duplicative or obviously flawed shots from what was delivered to the publicity department, the expectation would be that whatever was eliminated would never be published.

21.    Any and all photographic images considered by the network for promotional use were subject to approval by the principal cast of a show. Usually the cast members had a contractual right to review all publicity materials, and in any event they were offered this as a customary courtesy that was necessary to maintain harmony between the network and talent throughout the life a show. The publicity department determined our "selects,"—the best shots— which could amount to many sheets of color slides.

22.    The publicity department's "selects" would then be reviewed by the personal managers or PR representatives of the principal cast, to make their choices. Back in the 1990's before the advent of easy transmission via the internet, it was customary for the actors to take a black crayon and denote the "kills" with an X through the image so there was no confusion later what shots would be distributed out into the world. Often an actor would ask if we could "touch-up" an image: enhance a jawline, neutralize skin tone, eliminate flyaway hairs, etc. It was at this point that we had the photographer remedy these requests and deliver the image back to us.

23.    The industry expectation always dictated that any photo not approved by both the publicity department and talent would not see the light of day.

### INDUSTRY PHILOSOPHY, CUSTOM AND PRACTICES CONCERNING PUBLICITY AND USE OF PROMOTIONAL PHOTOS

24.    In the TV and movie business, photo images were used to capture the attention and imagination of the general public via the media, along with the written

words that accompany them. Whether they appear in newspapers, magazines, on billboards, or online, they speak to both a specific project and to the gestalt of network, studio or creative talent associated with them. Photos are key to the publicity process. Millions are spent each year industrywide to capture bold, creative images that will entice audiences to watch their shows and movies.

25.     It is acknowledged industrywide that a TV series which achieves audience hit/iconic status – as did the *X-Files* and *Xena, Warrior Princess* -- can not only jettison a fledgling network to sudden notoriety or shepherd an established network into extraordinary financial and critical success, but there's added value: it offers a unique and coveted consumer brand building awareness potentially adding to their legacy, even decades after it has left the air. Examples of other shows that have achieved such status include NBC's *Friends*, CBS' *CSI* franchise, Netflix's *Stranger Things,* HBO's *The Sopranos, Amazon Prime's The Marvelous Mrs. Maisel.* In an increasingly competitive television environment the main goal of every network marketing and publicity operation is to aggressively share and generate a flow of informational materials to the press and the public with the hope that a show attains "must see" status.

26.     For that reason there has been historically a mutual acknowledgement between publicity professionals and global press outlets that they could freely use the program's promotional photographs in editorial materials. There are no "expiration dates" for promotional photographs.

27.     Press Kits were a critical, time-honored promotional tool created for television shows and movies to generate editorial coverage from the media nationwide. In the 1990s, press kits were folders with two pockets inside that hold a selection of press releases on one side describing the project and its auspices, the characters in the show, talent (in front of and behind the camera) biographies, scheduling information, and on the other side— a selection of both black & white and color stills, both unit/scene and gallery photographs and contact information. Electronic versions of press kits were eventually developed.

28.     Attached here as Exhibits B, C, D, and E are excerpts of *X-Files* press kits, as well as a promotional photograph of Xena, that Livingly's counsel (Joshua Koltun) has supplied to me. I recognize that the *X-Files* are authentic press kits, and the Xena photo as promotional material, targeted to the entertainment media by Fox Broadcasting and Universal to publicize *The X Files* and *Xena, Warrior Princess,* respectively. One of these press kits bears my name as the sender, and I note that it would have been sent to the press worldwide, as it was targeted to the Hollywood Foreign Press Association, which comprised eighty to one hundred global journalists as members. Including the foreign press in these releases was common practice. I note that permissions were sometimes printed on the exhibit slides, and sometimes not. This would not have mattered, because the context of the press kit would have made clear the purpose of the images, which was to be published by the press. The purpose of the permissions language was to encourage the press to use the materials.

Joshua Koltun ATTORNEY

29.     Press kits are a journalist's "go to" for program information and its creative presentation has the potential to impact a print, broadcast, or online reporter's response to watch a show and ultimately decide to cover it.  Press kits function as a preamble to a publicist contacting a journalist by phone or email to determine their interest in a project. Never are the written materials or photos construed as a quid pro quo or bargaining device to obtain favorable coverage. A media outlet can freely use these photos even for stories that aren't specifically focusing on your show (Example: "TV's Sexiest Couples"—would use an *X-Files* photo but shots and copy about other shows also.)

30.     Press kits were not the only way in which promotional photos were distributed to the press.  For example, after an editor or reporter committed to covering a story they might ask for additional photo selections separate from those supplied in the official press kit, to differentiate their artwork from competitors.  We were always happy to supply more photos from our files.

31.     Promotional photographs might also be created when a magazine or newspaper would ask a network or studio to grant permission for a photographer to shoot photo images on location for their editorial purposes separate from the widely distributed press kit materials. The network or studio would frequently grant such permission because such editorial use was part of the publicity strategy.

32.     The individual contents of a press kit described above are printed and assembled at a mailing house and distributed to an updated mailing list of television press contacts nationwide, including TV critics, editors, reporters, columnists, talk show bookers, and radio DJ's. Over the years there have been several mailing house operations, but the most widely used is Cision.  The mailing house would keep its lists regularly updated.  We would update Cision on changes of press addresses, job shifts, new writers who submitted requests to receive publicity materials.  If a freelance writer that was new to us wished to be added to our mailing list we would request samples of their articles to ensure that they were indeed writing for publication, in which case we would be happy to include them on the mailing list.  The mailing list was not selective, but rather was aimed at circulating the promotional materials as widely as possible.  It was never the case that a member of the press would be removed from a mailing list, or denied entry to it, because of unfavorable coverage.

## *CONCLUSION*

33.     I have reviewed the Complaint and the uses that Livingly made of the four Subject Photographs as described therein.  Livingly's uses were entirely consistent with what any TV network publicity operation would have intended for their use.  Indeed they would have regarded such use as an excellent PR break: positive publicity for the show and its cast.

Declaration of Richard Licata                                                                    2:20-cv-00151 DSF-PJW

34.     After reviewing the Complaint in this action, my steadfast opinion is that such lawsuits against the media for editorial use of promotional photographs directly undermines the foundations of successful publicity and promotional activities, by creating uncertainty and inhibiting press from feeling they can use promotional photographic materials freely.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated February __, at _____, California.

_____
Richard Licata

Declaration of Richard Licata                                                2:20-cv-00151 DSF-PJW

Joshua Koltun ATTORNEY

34.    After reviewing the Complaint in this action, my steadfast opinion is that such lawsuits against the media for editorial use of promotional photographs directly undermines the foundations of successful publicity and promotional activities, by creating uncertainty and inhibiting press from feeling they can use promotional photographic materials freely.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated February 16, at ___Los Angeles___, California.

Richard Licata

EXHIBIT A

# Richard Licata

**Veteran television communications executive Richard Licata has the distinction of being the only executive to hold the top corporate communications position at four major television networks — HBO, FOX, Showtime and NBC**

---

**2015 – Present**
Licata & Co.
CEO & Chair

**2011 – 2015**
NBC Entertainment
EVP, Corporate Communications

**2004 – 2011**
Showtime Networks
EVP, Corporate Communications

**1998 – 2004**
Rogers & Cowan
EVP, Television

**1994 – 1997**
Fox Broadcasting Company
SVP, Publicity & Public Relations

**1980 –1994**
HBO
VP, Publicity & Media Relations

Richard Licata is currently CEO of Licata & Company, a marketing & communications agency created in 2015 which has distinguished itself with unparalleled success in the television awards arena, most recently for Amazon's heavily awarded *The Marvelous Mrs. Maisel* and *Fleabag*.

Over the past three decades Licata has been responsible for orchestrating the strategic development and execution of all program and corporate publicity, talent and media relations, photography, events and awards initiatives which significantly enhanced the profile and brand growth of these companies. In addition, Licata served as both chief press officer and liaison with their respective parent companies, responsible for press relations pertaining to industry, business issues and public affairs.

In 2011, Licata was named Executive Vice President, Communications, NBC Entertainment & Universal Television, reporting to Chairman Bob Greenblatt. During his tenure, NBC catapulted from fourth place to first in the ratings for the first time in a decade and in a timeframe thought unimaginable. Some of the shows that Licata helped turn into hits include *The Voice*, *The Blacklist*, *The Tonight Show Starring Jimmy Fallon*, *Late Night With Seth Meyers*, Dick Wolf's Chicago Franchises, *The Sound of Music Live!*, and *Peter Pan Live!*, among many, many others. In addition, he launched Universal Television, NBC's in-house production arm, and oversaw the marketing and publicity of such hits as *Brooklyn Nine-Nine*, *Bates Motel*, *Law & Order: SVU*, and *Unbreakable Kimmy Schmidt*.

Licata came to NBC from Showtime Networks Inc., where as Executive Vice President, Corporate Communications he orchestrated a dramatic image transformation for Showtime with his groundbreaking publicity, branding and corporate communications campaigns. He oversaw the most successful award campaigns in the network's 35 year history for the Primetime Emmy Awards, Golden Globe Awards, George Foster Peabody Awards, Screen Actors Guild Awards and the Humanitas Awards, among others.

At Showtime he was responsible for launching the network's signature original programming including *Nurse Jackie*, *United States of Tara*, *The Tudors*, *Weeds*, *Dexter*, *Californication*, *The Borgias*, *The Big C*, *Shameless*, *Episodes*, *Brotherhood*, *Tracey Ullman's State of the Union*, *This American Life*, *Sleeper Cell*, *Queer As Folk*, *The L Word*, *Huff* and *Homeland*.

As Executive Vice President, Television and Digital Media at Rogers & Cowan, he expanded the agency's TV client list to new records. During his tenure there, Licata repeatedly made Emmy and Golden Globe Award history for their clients with his award-winning campaigns for broadcast, basic and premium television programming that included The Shield, Monk, and Taken, among others.

Licata has been acknowledged by the industry for his innate sense and the experience to quickly identify what makes a project special, and is an expert on how to break through with that message in an increasingly crowded television landscape filled with dozens of competing voices.

Licata began his association with Greenblatt while serving as Senior Vice President of Publicity and Public Relations for Fox Broadcasting Company, where he developed the network's publicity campaigns for *The X-Files*, *Party of Five*, *King of the Hill*, *The Simpsons*, *Melrose Place* and *Beverly Hills, 90210*, among dozens of others. His public relations and publicity efforts contributed to three consecutive Golden Globes for Best Television Drama Series: *The X-Files* (1994), *Party of Five* (1995) and *The X-Files* again (1996). In 1997, Licata was a producer of the Emmy-nominated HBO Pictures' *Gia*, which catapulted Angelina Jolie to international stardom.

Licata began his television publicity career at HBO where he was one of the original architects in branding the premium network's public and industry image, working in various publicity capacities up through Vice President, Media Relations, West Coast. In addition, Licata was an entertainment reporter and editor for the New York Daily News. He is a member of the Academy of Television Arts and Sciences (ATAS) and has served three terms as Chairman of the Television Publicity Executives Committee (TPEC). In 2007, he was awarded with the prestigious PR News Media Relations Professional of the Year Award.

EXHIBIT B



©1994 Twentieth Century Fox Film Corp. All Rights Reserved.



TWENTIETH TELEVISION
A UNIT OF FOX INC.

P.O. Box 900

Beverly Hills, California 90213-0900

Phone 310 277 2211

## THE X-FILES
### Production Information

**AIRDATE:**                    Fridays 9:00-10:00 p.m. (ET/PT) on FBC

**PRODUCTION LOCATION:**        Vancouver, Canada

**FORMAT:**                     A one-hour dramatic mystery series about two
                                FBI Special Agents who are in search of the
                                answers to a series of unexplained cases
                                called "X-Files."

**SECOND SEASON PREMIERE:**     September 16, 1994

**STARRING:**                   David Duchovny as Special Agent Fox Mulder
                                Gillian Anderson as Special Agent Dana Scully

**CREATED BY:**                 Chris Carter

**EXECUTIVE PRODUCER:**         Chris Carter

**CO-EXECUTIVE PRODUCERS:**     R.W. Goodwin (Vancouver)
                                Glen Morgan (U.S.)
                                James Wong (U.S.)

**SUPERVISING PRODUCER:**       Howard Gordon

**PRODUCER:**                   Paul Brown

**PRODUCTION COMPANY:**         Twentieth Television in association with
                                Ten Thirteen Productions.

### ###

Contact:  Jennifer Freeland/John Murphy           Dana Freedman/Michelle Hunt
          RACHEL McCALLISTER & ASSOCIATES          TWENTIETH TELEVISION
          (213) 939-5991/(212) 727-1030            (310) 203-2084/(310) 203-1603



P.O. Box 900

Beverly Hills, California 90213-0900

Phone 310 277 2211

TWENTIETH TELEVISION
A UNIT OF FOX INC.

## THE X-FILES RETURNS FOR A SECOND SEASON ON FOX
## FRIDAY, SEPTEMBER 16, AT 9:00 PM (ET/PT)

The premiere of the critically acclaimed hour-long series **THE X-FILES** last season marked the launch of what has become a Friday night phenomenon. According to several national on-line services, the show's fans have become so addicted to this weekly dose of exploration into the unknown, they have happily accepted the moniker "X Philes."

**THE X-FILES** returns for a second season on FOX, Fridays at 9:00 PM (ET/PT) to continue chronicling the lives of two disparate FBI agents who were originally assigned to investigate unsolved cases (X Files) within the bureau - many of which suggest involvement of the paranormal. Although the government has officially separated and re-assigned them, Special Agent Fox Mulder's strong belief in the forces of the unknown and Special Agent Dana Scully's admiration for her former partner prompts their secret communication, persistent investigations of unexplained cases and dedication to the goal of getting their department reinstated.

So impressed with the authenticity of **THE X-FILES**, the actual FBI invited series stars David Duchovny (Special Agent Fox Mulder) and Gillian Anderson (Special Agent Dana Scully), along with Creator/Executive Producer Chris Carter, to their Washington, DC headquarters during this past hiatus to meet some of their real life counterparts.

Celebrated by critics throughout its premiere season, **THE X-FILES** is endorsed by Viewers for Quality Television and was recently honored with two Emmy nominations for Outstanding Individual Achievement in Main Title Theme Music and Outstanding Individual Achievement in Graphic Design and Title Sequences. The nations critics nominated the series for the Television Critics Association Award and the episode entitled "Darkness Falls" was chosen as a finalist in the TV drama category for the Environmental Media Awards.

THE X-FILES - Page 2

USA Today declared last year, "'The X-Files' is as 'out there' as TV gets, and that can be an exhilarating and terrifying place to be." Over the past 24 episodes, the show's leads took viewers to many "exhilarating and terrifying places" where they found, among other things, a violent, unseen force surrounding a young girl which kills those who threaten her; a genetically mutated serial killer who emerges every 30 years from hibernation, needing to consume five human livers; the mysterious demise of a research team drilling for prehistoric ice core samples at an Arctic research facility; and an unorthodox government research project in which human subjects are injected with alien DNA.

"The truth is out there," advises the show's credits and come fall, agents Mulder and Scully will again work to uncover that which is true. The two were at first an unlikely pair. Mulder is a former FBI fast-tracker whose preoccupation with things paranormal stalled his meteoric rise through the agency; Scully, on the other hand, is a medical doctor, trained to draw conclusions based on fact. Still, as their professional relationship progresses, even the skeptical doctor has had more than one experience that defies scientific explanation.

This season, the Delphi on-line service will offer fans the chance to communicate directly with **THE X-FILES** producers, via a series of on-line forums that will be scheduled throughout the season. As Mulder and Scully unravel new and exciting mysteries, "X Philes" will now have the opportunity to discuss the infinite number of possibilities that exist for those who now count themselves among "believers."

**THE X-FILES** is produced by Twentieth Television in association with Ten Thirteen Productions.

###

Contact:  Jennifer Freeland/John Murphy       Dana Freedman/Michelle Hunt
         RACHEL McCALLISTER & ASSOCIATES   TWENTIETH TELEVISION
         (213) 939-5991/(212) 727-1030          (310) 203-2084/(310) 203-1603



©1994 Twentieth Century Fox Film Corporation. All rights
reserved. Permission is hereby granted to newspapers and
other periodicals to reproduce this photograph for publicity
or advertising, except for the endorsement of products.
This must not be sold, leased or given away. Printed in U.S.A.

## The X-Files

**David Duchovny** as agent Fox Mulder.





EXHIBIT C

*Presents*







INTERNATIONAL TELEVISION

TM and © 1994 Twentieth Century Fox Film Corporation. All Rights Reserved.

# THE X-FILES
## YEAR II FACT SHEET

**U.S. BROADCAST:** FBC, Fridays 9:00 - 10:00 P.M. (ET/PT)

**ORIGINATION:** Vancouver, B.C., Canada

**CONCEPT:** One-hour dramatic mystery series featuring two FBI Special Agents who are in search of the answers to a series of unexplained cases called the "X-Files."

**ORIGINAL PREMIERE (U.S.):** September 10, 1993

**SECOND SEASON PREMIERE (U.S.):** September 16, 1994

**STARRING:** David Duchovny as Fox Mulder
Gillian Anderson as Dana Scully

**CREATED BY:** Chris Carter

**EXECUTIVE PRODUCER:** Chris Carter

**CO-EXECUTIVE PRODUCER:** R.W. Godwin (Vancouver)
Glen Morgan (U.S.)
James Wong (U.S.)

**SUPERVISING PRODUCER:** Howard Gordon

**PRODUCER:** Paul Brown

**PRODUCED BY:** Twentieth Television in association with Ten Thirteen Productions

**PRESS CONTACT:** Suzanne Krajewski
(310) 203-2816
Chandra Years

For Promotional Purposes Only.
Not To Be Sold Or Distributed To The General Public.

## THE X-FILES
## YEAR II SERIES DESCRIPTION

The United States premiere of the critically acclaimed one-hour series **THE X-FILES** marked the launch of what has become a television phenomenon. According to several national computer on-line services, the show's fans have become so addicted to the series that they happily call themselves by the name "X-Philes."

**THE X-FILES** returns for its second year to continue chronicling the lives of two disparate FBI agents who were originally assigned to investigate the FBI's unsolved cases, known as the "X-Files" -- many of which suggest paranormal involvement. As the new season begins, the government has officially separated and reassigned the team. However, Special Agent Fox Mulder's (David Duchovny) strong belief in the forces of the unknown and Special Agent Dana Scully's (Gillian Anderson) admiration for her former partner prompt their secret communication, persistent investigations of unexplained cases, and dedication to the goal of having their team officially reinstated.

Proof that **THE X-FILES** has many fans in high places, the actual FBI invited series stars David Duchovny and Gillian Anderson, along with Creator/Executive Producer Chris Carter, to their Washington, DC headquarters to meet some of their real-life counterparts.

A favorite of television critics from its inception, **THE X-FILES** is endorsed by Viewers for Quality Television. The U.S. critics nominated the series for the Television Critics Association Award, and the first season episode "Darkness Falls" was chosen as a finalist in the TV drama category for the Environmental Media Awards.

USA Today declared "**THE X-FILES** is as 'out there' as TV gets, and that can be an exhilarating and terrifying place to be." Over the first season's 24 episodes, the show's leads took viewers to many "exhilarating and terrifying places" where they found, among other things, a violent, unseen force surrounding a young girl which kills those



I N T E R N A T I O N A L   TELEVISION

**THE X-FILES**                                                          **Page 2**
**YEAR II SERIES DESCRIPTION**

who threatened her; a genetically mutated serial killer who emerges
every thirty years from hibernation with the need to consume five
human livers; the mysterious demise of a research team drilling for
prehistoric ice samples at an Arctic research facility; and an
unorthodox government research project in which human subjects are
injected with alien DNA.

"The truth is out there" advises the show's opening credits, and in
the second season Mulder and Scully will again work to uncover that
which is true.  The two were at first an unlikely pair.  Mulder is a former FBI
fast-tracker whose preoccupation with things paranormal stalled his
meteoric rise through the agency's ranks.  Scully is a medical doctor,
trained to reach conclusions based solely on fact.  Still, as their
professional relationship progresses, even the skeptical doctor has more
than one experience that defies scientific explanation.

**THE X-FILES** is produced by Twentieth Television in association with
Ten Thirteen Productions.





"THE X-FILES" XF00

TOP: DAVID DUCHOVNY
BOTTOM:
GILLIAN ANDERSON
CR: MICHEAL GRECCO/FOX

"THE X-FILES" XF257

GILLIAN ANDERSON
AGENT DANA SCULLY

CR: MICHEAL GRECCO/FOX

THE X-FILES

DAVID DUCHOVNY





LOGO    "THE X-FILES"











Copyright ©Twentieth Century
Fox. All rights reserved.



Permission is hereby granted to newspapers
and other periodicals to reproduce this photo-
graph for publicity or advertising except for
the endorsement of products. This must not
be sold, leased or given away.

Copyright ©Twentieth Century
Fox. All rights reserved.



Permission is hereby granted to newspapers
and other periodicals to reproduce this photo-
graph for publicity or advertising except for
the endorsement of products. This must not
be sold, leased or given away.

Copyright ©Twentieth Century
Fox. All rights reserved.



Permission is hereby granted to newspapers
and other periodicals to reproduce this photo-
graph for publicity or advertising except for
the endorsement of products. This must not
be sold, leased or given away.





# 'X-Files' new mom Anderson has no time for x-haustion

By Matt Roush
USA TODAY

X marked the chromosome. And nothing was ever the same again for Gillian Anderson.

As if it weren't heady enough to land on a cult series like Fox's *The X-Files*, then meet and marry a husband on the set and find you're pregnant in the first season alone, Anderson is already back to work after what must be one of the shortest maternity leaves ever.

"It was a bit quick," she understates, talking by phone between scenes on Vancouver location. Only two weeks after giving birth Sept. 25 to daughter Piper by Caesarean section, the 26-year-old actress gets the next shooting script. Surprise: It calls for her return as skeptical FBI agent Dana Scully — albeit lying in a coma for most of the episode, which aired last week.

"That did help a bit, but I mean, with 60 people around you and all the lights, it's not an unstressful situation."

The C-section put her "out of commission at least an extra four days than they were planning." She figures everyone is "a little sorry" for sending her back to the grind so soon. "But it seems to have worked out. I think. So far," she says, breathless and bemused.

Doth she protest too little? Well, who'd complain at being smack-dab in the middle of a show that burns up cyberspace hot lines and glues viewers to seats every Friday night.

When she learned of her pregnancy in February, it defined the phrase mixed blessing. "It was



By Michael Grecco, Fox
**GILLIAN ANDERSON:** She was back at work on Fox's 'X-Files' two weeks after having a C-section.

wonderful news, but it scared a lot of people. It scared me. The show was doing relatively well, but it was still very young and there was the possibility of it going one way or another.

"It could have crashed, and I would have been somewhat in the middle of that. It was a rough time letting people know I had made this decision and deciding how to work with it, and for them, whether to recast (the role)."

As it turned out, the necessity to hide her pregnancy and write her out of a few episodes led to some of *X-Files'* creepiest and most paranoid stories: the shutting down of the X-File unit, her kidnapping, her apparent stint as guinea pig in government gene-engineering experiments with alien DNA.

"The writers did so much to accommodate the situation, and the fact it's doing so well now added to the pressures for me to come back. . . . Plus, I'm fortunate enough to have a nanny on the set all the time. Piper comes with her and stays in the trailer."

For now, Anderson has a stunt double to handle the more physical scenes. "Much as I'd like to, my body is not back in the shape it was yet. Everything's a little off balance, not aligned yet. Even walking up and down stairs, my knees can go out a bit. They've been careful about not making things too strenuous."

What she lacks most, like any new mother, is rest. "There's a general level of exhaustion that follows me around. It's a huge blessing whenever I get to make up sleep." Suggestion to producers: Another coma for Scully?

NOVEMBER 18, 1994

EXHIBIT D



FOX BROADCASTING COMPANY



FOX BROADCASTING COMPANY



**FOX BROADCASTING COMPANY**
A UNIT OF FOX INC.

P.O. Box 900

Beverly Hills, California 90213-0900

Phone 310 203 1570

Richard Licata

Senior Vice President

Publicity and Public Relations

Dear Member of the Hollywood Foreign Press,

FOX Broadcasting Company has a record of airing original television programs that challenge the ordinary boundaries of most network television. Only a network as bold and innovative as FOX would take a chance on such a thought-provoking television series as **THE X-FILES**. Enclosed is press information regarding **THE X-FILES**, one of the most extraordinary and unique programs of this or any other season.

**THE X-FILES** takes viewers on a journey into the unknown. The series follows two FBI agents assigned to investigate unsolved cases known as "X-Files." Many of the agents' investigations of these unsolved cases within the bureau delve into the paranormal. The agents are determined to search for the truth in cases that defy ordinary scientific or criminal explanation.

Every so often there is a television series that captures the attention of the American public and critics alike. One of the most talked about series on television, the show has even attracted a loyal following of cult fans who call themselves X-PHILES. The critically acclaimed **X-FILES** is in its second season and already has been picked up for a third.

## FOR YOUR CONSIDERATION

**THE X-FILES-** Television Drama Series
Best Drama Series
Best Actor/Television: **David Duchovny**
Best Actress/Television: **Gillian Anderson**

**THE X-FILES** can be seen in Los Angeles at 9pm, Fridays on Channel 11, KTTV-FOX TELEVISION.

_Note_: **THE X-FILES** is not just an American sensation, it is an international phenomenon captivating audiences around the world. This series has become one the fastest growing broadcasts worldwide. After only one season, broadcast rights to **THE X-FILES** have been sold to over 50 countries. Please see attached list of other countries where the series is now shown.

Kindest Regards,

RICHARD LICATA                              MELODY KORENBROT



## THE X-FILES
(Fridays, 9:00-10:00 PM ET/PT)


Last season marked the launch of what has become a Friday night phenomenon with the premiere of the critically acclaimed hour-long series THE X-FILES.  According to several national on-line computer services, the show's fans have become so addicted to this weekly dose of the exploration into the unknown, they have happily accepted the moniker "X Philes."

The show returns this season to continue chronicling the lives of two disparate FBI agents assigned to investigate unsolved cases (X-Files) within the bureau -- many of which suggest involvement of the paranormal.  Impressed with the authenticity of THE X-FILES, the actual FBI invited series stars David Duchovny (Special Agent Fox Mulder) and Gillian Anderson (Special Agent Dana Scully), along with Executive Producer/Creator Chris Carter, to their Washington, D.C. headquarters during this past hiatus to meet some of their real-life counterparts.

USA Today declared last year, "'The X-Files' is as 'out there' as TV gets, and that can be an exhilarating and terrifying place to be."  Over the past 24 episodes, the show's leads took viewers to many "exhilarating and terrifying places" where they found, among other things, a violent, unseen force surrounding a young girl that kills those who threaten her; a genetically-mutated serial killer who emerges every 30 years from

-more-

**THE X-FILES -- Page 2**

hibernation, needing to consume five human livers; the mysterious demise of a research team drilling for prehistoric ice core samples at an Arctic research facility; and an unorthodox government research project in which human subjects are injected with alien DNA.

"The truth is out there," advises the show's main titles and this season, agents Mulder and Scully will again work to uncover that which is true. The two were at first an unlikely pair. Mulder is a former FBI fast-tracker whose preoccupation with things paranormal stalled his meteoric rise through the agency; Scully, on the other hand, is a medical doctor, trained to draw conclusions based on fact. Still, as their professional relationship progresses, even the skeptical doctor has had more than one experience that defies scientific explanation.

This season, the Delphi on-line service will offer fans the chance to communicate directly with THE X-FILES' producers, via a series of on-line forums that will be scheduled throughout the season. As Mulder and Scully unravel new and exciting mysteries, X Philes will now have the opportunity to discuss the infinite number of possibilities that exist for those who now count themselves among the "believers."

THE X-FILES is produced by Twentieth Television in association with Fox Broadcasting Company.





Exclusively for use in advertising and promotion relating to television exhibition through Fox Broadcasting Company. All rights reserved.

© 1994 Fox Broadcasting Company

XF-70

L:  David Duchovny as Agent Fox Mulder
R:  Gillian Anderson as Agent Dana Scully

**THE X FILES**













© Fox Broadcasting Company All Rights Reserved











EXHIBIT E







**Lucy Lawless** (top & bottom left) stars as Xena and **Renee O'Connor** stars as Gabrielle in Universal Television Enterprises' *Xena: Warrior Princess.*



© 1997 Universal Television Enterprises. All rights reserved. Permission is hereby granted to reproduce photograph only for publicity or advertising purposes connected with the show depicted herein.