Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-c-00151 DSF-PJW<br><br>DECLARATION OF DEENA SHINN |

Joshua Koltun ATTORNEY

I, Deena Shinn, declare as follows:

1.      I am an employee of Livingly.  At the times discussed below, my position was Director of Editorial Operations.

2.      On November 13, 2018, Grecco (acting directly, not through counsel), sent Livingly a cease and desist letter based on a use by Livingly of Subject Photograph 1 that is not the use at issue in this case.  Promptly upon receipt of that letter, I worked with other Livingly employees to remove the challenged use of Photograph 1,  the photograph, and also performed a search to locate any other uses of *X-Files* still photographs (whether or not Livingly had information that they were by Grecco).  We Livingly replaced every still photograph of *X-Files* that we found on Livingly's websites with a screenshot taken from actual footage of the television show.

3.      However, because of technical limitations on the ability to search for content on its websites on Livingly's software platform, we failed at that time to locate the all uses of *X-Files* still photographs that are at issue in this case.

4.      On February 12, 2019, Higbee and Associates sent a cease and desist letter to Livingly concerning the use of Subject Photograph 4 (the Xena photograph) that is at issue in this action.  We took that photograph down on March 5, 2019.

5.      On April 8, 2019, Higbee and Associates sent a cease and desist letter to Livingly concerning uses of Subject Photographs 1, 2 and 3 that are at issue in this action, at which time we became aware that we had missed certain still photographs in our previous search, and we promptly removed them from Livingly's websites within two days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated February 2̲6̲ at S̲a̲n̲ ̲J̲o̲s̲e̲_____, California.

_____
Deena Shinn

- 1 -

Joshua Koltun ATTORNEY