Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,

Plaintiff,

v.

LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,

Defendants.

Case No.: 2:20-c-00151 DSF-PJW

DECLARATION OF AREEBA ABID

I, Areeba Abid, declare as follows:

1.      I am the author of the article entitled *"TV Shows All 'Stranger Things' Fanatics Will Love,"* which was posted by Livingly Media, Inc. "Livingly" on the zimbio.com website, which was open and accessible to the public, on October 9, 2017 ("Article").  The Article contained the image that is Subject Photograph 2 in the Complaint in this Action ("Image.").  At the time the Article was published, I was an employee of Livingly.

2.      I do not have any specific recollection of where precisely I obtained the Image.  I recognize, and would have recognized at the time, that the Image was a promotional still photograph of the actors Gillian Anderson and David Duchovny in their roles as Agents Scully and Mulder in the fictional television show *X-Files.*

3.      As such, I would have assumed that Livingly was permitted to use the Image in the manner in which it was used in the Article.  Nevertheless, if the Image had carried a copyright notice from Grecco or any other photographer, I would not have used the Image.  This was consistent with my training at Livingly, and Livingly's policies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated __1/29/21_____, at _____Hayward_____, California.

_____Areeba Abid_____
Areeba Abid