Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,

Plaintiff,

v.

LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,

Defendants.

Case No.: 2:20-c-00151 DSF-PJW

DECLARATION OF LANI CONWAY

Declaration of Lani Conway

2:20-cv-00151 DSF-PJW

I, Lani Conway, declare as follows:

1.      I am the author of the article entitled *"Movies and TV Shows to Watch if You're Obsessed with Netflix's 'Stranger Things,'"* which was posted by Livingly Media, Inc. "Livingly" on the zimbio.com website, which was open and accessible to the public, on July 19, 2016, and *"Are You Mulder or Scully from the X-files,"* which was posted on the zimbio.com website on January 8, 2016 (collectively, "Articles.")

2.      The July 19 Article contained the image that is Subject Photograph 1 in the Complaint in this Action, and the January 8 Article contained the image that is Subject Photograph 3 (collectively, "Images."). At the time the Articles were published, I was an employee of Livingly.

3.      I do not have any specific recollection of where precisely I obtained the Images. I recognize, and would have recognized at the time, that the Images were promotional still photographs of the actors Gillian Anderson and David Duchovny in their roles as Agents Scully and Mulder in the fictional television show *X-Files.*

4.      As such, I would have assumed that Livingly was permitted to use the Images in the manner in which it was used in the Articles. Nevertheless, if either of the Images had carried a copyright notice from Grecco or any other photographer, I would not have used that Image. This was consistent with my training at Livingly, and Livingly's policies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated _____1/27/2021_____, at _____Oakland_____, California.

Lani Conway

- 2 -