Joshua Koltun (Bar No. 173040)
Attorney
1 Sansome Street
Suite 3500, No. 500
San Francisco, California  94104
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendant and Counterclaimant
Livingly Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS,)   Case No.: 2:20-c-00151 DSF-PJW
INC. d/b/a "Michael Grecco )
Photography," a California corporation, )   DECLARATION OF
                                )   KIMIA MADANI
        Plaintiff,         )
                                  )
      v.                 )
                                  )
LIVINGLY MEDIA, INC., a Delaware )
Corporation; and DOES 1-10,      )
                                  )
       Defendants.       )
                                  )

Declaration of Kimia Madani                               2:20-cv-00151 DSF-PJW

Joshua Koltun ATTORNEY

I, Kimia Madani, declare as follows:

1.     I am the author of the article entitled *"Clever Halloween Costumes Inspired By Badass Females"* which was posted by Livingly Media, Inc. "Livingly" on the livingly.com website, which was open and accessible to the public, on October 18, 2018 ("Article").   The Article contained the image that is Subject Photograph 4 in the Complaint in this Action ("Image.").   At the time the Article was published, I was an employee of Livingly.

2.     I do not have any specific recollection of where precisely I obtained the Image.   I recognize, and would have recognized at the time, that the Image was a promotional still photograph of the actor Lucy Lawless in her role as Xena in the fictional television show *Xena, Warrior Princess.*

3.     As such, I would have assumed that Livingly was permitted to use the Image in the manner in which it was used in the Article.   Nevertheless, if the Image had carried a copyright notice from Grecco or any other photographer, I would not have used the Image.   This was consistent with my training at Livingly, and Livingly's policies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated __2/3/21_____, at __San Francisco____, California.

_____
Kimia Madani

Joshua Koltun ATTORNEY

Declaration of Kimia Madani                                    2:20-cv-00151 DSF-PJW