# EXHIBIT 3

**SFA Images:**
Please make sure all landing images are cropped at 650x433. I notice they're not sometimes.

**Hero Image:**
Consider using Google Image search for 'Large' images for a hero crop (1000x500)

**High-Res Image Resources:**
Google (Large image)
The Movie Database
IMDB

**Blurry Images:**
Please don't use blurry, overly grainy images when possible.
        -Older movies and TV shows, sceenshots, and instagram tend to be grainery, but please consider
        using a different, higher-quality image instead.
Examples:
http://www1.pictures.zimbio.com/mp/2TPqUC4jbk_x.jpg
(alternative: http://www4.pictures.zimbio.com/mp/4Ptf2VTrRPBx.jpg)
http://www3.pictures.zimbio.com/mp/6zu1gB5H-8rx.jpg.
(alternative: http://www2.pictures.crowdleap.com/mp/s62x6SmMBIUx.jpg)
http://www1.pictures.zimbio.com/mp/_1JNxBOF5wTx.jpg
(alternative: http://www1.pictures.zimbio.com/mp/XUn0Q2v_yMll.jpg)
http://www2.pictures.crowdleap.com/mp/I-Q_M3uz-2px.jpg
(alternative: Make sure you're downloading a high enough resolution from iStock. Don't use thumbnail images
to fill an image space that's larger pixels)

**Dark Images**
Images should not be dark, overly contrasted, or feel unrecognizable.
Examples:
http://www2.pictures.zimbio.com/mp/vWEtQBY64Sul.jpg
http://www4.pictures.crowdleap.com/mp/Zm9Y_Yq7gO1x.jpg
http://www4.pictures.zimbio.com/mp/Ht9m1R3_QVpl.jpg

Resource:
Photoshop Express Editor - www.photoshop.com/tools/editor
Picmonkey - www.picmonkey.com
PIXLR - www.pixlr.com/editor/
PiZap - www.pizap.com/pizap
Preview.

**Multicrops:**
Please refrain from using multicrops on articles, specials, trivia, and quizzes.
Why: They clutter the homepage. They tell no story aside from showing people what's in the slideshow. We shouldn't
get bogged down with this idea that readers need to be shown much of what's inside before anyway.

Exceptions:
-Throwback comparisons
(http://www.zimbio.com/See+How+Much+These+Famous+Kids+Compare+to+Throwback+Photos+of+Their+Celebrity+Parents)
-Now and Then

LIV00001

(http://www.zimbio.com/Then+Now+-+Famous+Movie+Bullies)
-When there is a story to be told (versus stories, a celebrity reacting to something or someone else, etc. )
(http://www.zimbio.com/TV+News/articles/MrgBBlJOvxV/Yas+Queen+Rachel+Lindsay+Shuts+Down+Former)
-When they add needed context.

**Multicrop Tips:**
-Rule of 3s
-Keeping Proportions of bodies and faces consistent

**iStock Image Use on Quizzes and Trivia**
We will continue to use iStock image for now. But please try to:
-Strive to make a pop culture image connect first to illustrate the idea, before using iStock.
Ex.: http://www.zimbio.com/quiz/haOO6CXIaML/Color+Test+Will+Determine+Relationship+Status
-Use compelling, interesting  images that feel more on brand. Use dynamic images versus flat ones.
-Make iStock Hero and Landing images for quizzes and trivia the same.
Ex:
This hero: http://www3.pictures.zimbio.com/mp/PFdCusxA3zt+mrtGO2nhuHU+1000x500.jpg
To this quiz: http://www.zimbio.com/quiz/XaKkC_XGOLA/Food+Test+Will+Reveal+Ex+Secretly+Misses
vThis hero: http://www4.pictures.zimbio.com/mp/FvBFQ_K4-Fp+XYiw-U1Tbwb+1000x500.jpg
To this quiz: http://www.zimbio.com/quiz/zR96t9ybJS6/These+20+Questions+Will+Reveal+ve+Ever+Cheated

**Square Image Crops for Newsletters**
How:
-Use the Z Cropper: http://www.zimbio.com/tools/cropper
-Crop Ratio: 1:1
-Crop Dimensions: 650x650 or 1000x1000

Tips:
-Use High-Res images only (feel free to use a different image from what is on the article itself, but the image should still be thematic)
 Yes: http://www.zimbio.com/photos/Nicole+Kidman/70th+Anniversary+Red+Carpet+Arrivals+70th/1eQvWt9utt4

No: http://www.zimbio.com/pictures/rkRoKzUbCgy/Paris+Premiere+Circle+UGC+Normandie (too dark)
    http://www.zimbio.com/photos/Nicole+Kidman/2017+French+Open+Day+Fifteen/wX80_X9Tbfi (too weirdly lit)
-Celebrity Images should NOT have promotional backgrounds
        http://www.zimbio.com/photos/Nicole+Kidman/amfAR+Gala+Cannes+2017/TbNiIgbZvYb

http://www.zimbio.com/photos/Nicole+Kidman/Goldene+Kamera+2017+Red+Carpet+Arrivals/4vX07PVAN8J
http://www.zimbio.com/photos/Reese+Witherspoon/American+Film+Institute+45th+Life+Achievement/L2Xk_7J4v7G
http://www.zimbio.com/pictures/8A8Hxgcke8n/Sick+New+York+Premiere+Arrivals
http://www.zimbio.com/pictures/fMGQHydMOSM/Build+Presents+Will+Ferrell+Amy+Poehler+Discussing
http://www.zimbio.com/photos/Nicole+Kidman/EE+British+Academy+Film+Awards+Winners+Room/VsUIamOcmQr
http://www.zimbio.com/photos/Sarah+Jessica+Parker/2017+Obie+Awards+Arrivals/-7IR2q6YfN-
http://www.zimbio.com/photos/Sarah+Jessica+Parker/T+Celebrates+Launch+DIRECTV+NOW/uPFM6-uIQTY
        -Exceptions:
                -When the background is more "artsy"
http://www.zimbio.com/photos/Nicole+Kidman/2017+CFDA+Fashion+Awards+Arrivals/UHi_3AmcEz2
                -When the background is blurred but the focal point is on the celeb:
http://www.zimbio.com/photos/Reese+Witherspoon/American+Film+Institute+45th+Life+Achievement/HsmCzu9lGcm
http://www.zimbio.com/photos/Emma+Watson/2017+MTV+Movie+TV+Awards+Press+Room/4HZ373DlSRr

LIV00002

-When the story is about tentpole events and award shows.
-When a story is about a specific photo (ie. Lily-Rose Depp made her red carpet debut)
-For images that have multicrops, ask Raf to create a bubble:
http://www1.pictures.zimbio.com/mp/sfDEfMuh4p5x.jpg


**Social Media Templates**
Pinterest art -
Facebook engagement art -
Instastories -
Meme Videos -
Movie Trailers -

LIV00003

**Livingly Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.
7. In general, whenever possible, I think it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven like our Pinterest specials. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but I really like how it turned out because I was so particular about image selection. If I saw an idea I liked but the photos weren't well executed, I would Pinterest search or google the idea for better examples. If you need extra time on a feature to do this, just let me know!


**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations (I think they're pretty but one of my goals is to give our site a more cohesive look, so if you would like an illustration for your piece please ask me in advance to make one. I think it unifies our aesthetic and it's always awesome to use images that are uniquely ours when possible. Here is the zodiac art file, I'll be adding the second half shortly. I'll also be thinking on other "stock" illustrations I can create that will be useful, let me know if you have any ideas!)

LIV00004

**Image Use Guide**

**OKAY to use when properly credited:**

1. ImaxTree Photos (http://www.livingly.com/runway backstage photos are particularly great for beauty features and are definitely underutilized… feel free to think outside of the box with these — street style photos, for example, I could see working for some random topics like confidence/individuality/career advice etc.)
2. StyleBistro Lookbook Photos
3. Zimbio Photos
4. Subscription Getty Photos (www.gettyimages.com filter by "subscription" to find the ones we can download for free, there's a surprising amount of archive photos for vintage features, etc.)
5. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
6. Istock, of course (www.istockphoto.com)
7. Unsplash Photos (https://unsplash.com/search/photos/)
8. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
9. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
10. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
11. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*

*Please add useful blogs/sites you frequent to this spreadsheet so we can reach out and request "blanket permission" to feature their work on our site.

**DO NOT use:**

1. Pinterest or Tumblr images if you can't find the original source and the original source isn't one listed above.
2. Images from sites that have grabbed the image from elsewhere (like in roundups). Again, if you can't find the original source and the original source isn't listed above, let's not use it.
3. Instagram images that weren't posted by the original photographer.
4. Photos from professional photographers (not listed above) who make their money with these photos (as opposed to a blogger who makes their money with traffic and sponsored content).
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

LIV00005

### Livingly Image Selection Guide

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

## Image Use Guide

**OKAY to use when properly credited:**
1. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
2. Unsplash Photos (https://unsplash.com/search/photos/)
3. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
4. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
5. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
6. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
7. Images from Lonny.com (http://www.lonny.com/pictures)
8. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**

LIV00006

1. Pinterest or Tumblr images if you can't find the original source and the original source isn't one listed above.
2. Images from sites that have grabbed the image from elsewhere (like in roundups). Again, if you can't find the original source and the original source isn't listed above, let's not use it.
3. Instagram images that weren't posted by the original photographer.
4. Photos from professional photographers
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.

LIV00007

**Livingly Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

## Image Use Guide

**OKAY to use when properly credited:**
1. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
2. Unsplash Photos (https://unsplash.com/search/photos/)
3. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
4. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
5. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
6. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
7. Images from Lonny.com (http://www.lonny.com/pictures)
8. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**

LIV00008

1.  Pinterest or Tumblr images if you can't find the original source and the original source isn't one listed above.
2.  Images from sites that have grabbed the image from elsewhere (like in roundups). Again, if you can't find the original source and the original source isn't listed above, let's not use it.
3.  Instagram images that weren't posted by the original photographer.
4.  Photos from professional photographers
5.  Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1.  Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2.  Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.

LIV00009

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

**Image Use Guide**

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, album covers, or magazine covers (please avoid using additional photos from magazine shoots, though). Basically, any image that is used to promote a piece of media.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
9. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your

LIV00010

slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**
1. Pinterest or Tumblr images if you can't find the original source and the original source isn't one listed above.
2. Images from sites that have grabbed the image from elsewhere (like in roundups). Again, if you can't find the original source and the original source isn't listed above, let's not use it.
3. Instagram images that weren't posted by the original photographer.
4. Photos from professional photographers, particularly photos from photo agencies like Splash.
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.

LIV00011

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1.  Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2.  But don't use images that are **too** tall and narrow like this.
3.  Avoid images with words/credits on them like this.
4.  Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5.  Avoid double (or triple) pictures like this and this.
6.  Don't choose images with odd borders like this.

**From Stock image accounts:**
1.  Again, choose vertical images.
2.  Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3.  Don't use stock illustrations

## Image Use Guide

**OKAY to use when properly credited:**
1.  Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2.  Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3.  Photo stills from movies and TV shows, album covers, or magazine covers (please avoid using additional photos from magazine shoots, though). Basically, any image that is used to promote a piece of media.
4.  Unsplash Photos (https://unsplash.com/search/photos/)
5.  Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6.  Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7.  Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8.  Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
9.  Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your

LIV00012

slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**
1. Pinterest or Tumblr images if you can't find the original source and the original source isn't one listed above.
2. Images from sites that have grabbed the image from elsewhere (like in roundups). Again, if you can't find the original source and the original source isn't listed above, let's not use it.
3. Instagram images that weren't posted by the original photographer.
4. Photos from professional photographers, particularly photos from photo agencies like Splash.
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3. Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00013

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are *too* tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

## Image Use Guide

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, album covers, or magazine covers (please avoid using additional photos from magazine shoots, though). Basically, any image that is used to promote a piece of media.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you -can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
9. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your

LIV00014

slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)


**DO NOT use:**
1. Photos from professional photographers (not listed above) who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**
2. Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)
3. Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.
4. Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3. Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00015

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like [this](#).
3. Avoid images with words/credits on them like [this](#).
4. Avoid unusually tiny images like [this](#) (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like [this](#) and [this](#).
6. Don't choose images with odd borders like [this](#).

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like [this](#) or with all-white backgrounds like [this](#) (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

## Image Use Guide

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, or album covers. Please pull imagery directly from the show, film, or band website (rather than Google), and please properly credit both the network/studio and any photographer that is listed.
4. Unsplash Photos ([https://unsplash.com/search/photos/](https://unsplash.com/search/photos/))
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*
9. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your

LIV00016

slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**

1. Photos from professional photographers (not listed above) who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**
2. Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)
3. Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.
4. Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**

1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3. Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00017

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are *too* tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

**Here's a great resource that lists out mostly free stock sites and other places that you can source images:** https://optinmonster.com/places-to-find-images-for-better-conversions/

**Image Use Guide**

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, or album covers. Please pull imagery directly from the show, film, or band website (rather than Google), and please properly credit both the network/studio and any photographer that is listed.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)*

LIV00018

9. Celebrity images from Zimbio.com (search for a celeb on the Zimbio site and you can paste the URL of any licensed photo - from Getty Images etc - straight into your slideshow or article. You don't have to upload from desktop if the image has an internal Livingly Media URL)

**DO NOT use:**
1. Photos from professional photographers (not listed above) who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**
2. Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)
3. Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.
4. Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.
5. Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1. Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2. Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3. Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00019

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

**Here's a great resource that lists out mostly free stock sites and other places that you can source images:** https://optinmonster.com/places-to-find-images-for-better-conversions/

## Image Use Guide

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, or album covers. Please pull imagery directly from the show, film, or band website (rather than Google), and please properly credit both the network/studio and any photographer that is listed.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves (if there is any chance someone is posting another person's art or photography, do not use)
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity (do not use more than two photos from the same source in one particular slideshow unless we have permission)

LIV00020

9.  Images downloaded from our Getty or Bauer Griffin subscription accounts

**DO NOT use:**
1.  Photos from professional photographers who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**
2.  Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)
3.  Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.
4.  Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.
5.  Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

**Things to Be Mindful Of:**
1.  Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2.  Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3.  Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00021

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Try to select **vertical** (portrait) oriented images rather than square or horizontal. These show up better in slideshows and on Pinterest.
2. But don't use images that are **too** tall and narrow like this.
3. Avoid images with words/credits on them like this.
4. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
5. Avoid double (or triple) pictures like this and this.
6. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Again, choose vertical images.
2. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
3. Don't use stock illustrations

**Here's a great resource that lists out mostly free stock sites and other places that you can source images:** https://optinmonster.com/places-to-find-images-for-better-conversions/

**Image Use Guide**

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, or album covers. Please pull imagery directly from the show, film, or band website (rather than Google), and please properly credit both the network/studio and any photographer that is listed.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves so long as the photo creator is not a professional photographer (see below). Also, if there is any chance someone is posting another person's art or photography, do not use.
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity, so long as it appears that they took the photo themselves or

LIV00022

have rights to the photo. Do not use any photos that are credited to someone else. Do not use more than two photos from the same source in one particular slideshow unless we have permission.

9.  Images downloaded from our Getty or Bauer Griffin subscription accounts

**DO NOT use:**

1.  Photos from professional photographers who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**

2.  Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)

3.  Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.

4.  Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.

5.  Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.

6.   A credit to a person's name is a good sign that the photo was taken by a professional photographer who retains control of it.  **Avoid these.**

**Things to Be Mindful Of:**

1.  Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites

2.  Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this special, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.

3.  Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00023

**Livingly Media Image Selection Guide**

**From Pinterest/Instagram/Blogs:**
1. Please don't use images that are *too* tall and narrow like this.
2. Avoid images with words/credits on them like this.
3. Avoid unusually tiny images like this (often times the special editor tool won't even let us publish a special when any images are this small)
4. Avoid double (or triple) pictures like this and this.
5. Don't choose images with odd borders like this.

**From Stock image accounts:**
1. Avoid corny photos that read as super stock image-y like this or with all-white backgrounds like this (use your best judgement, the more natural looking the better)
2. Don't use stock illustrations

**Here's a great resource that lists out mostly free stock sites and other places that you can source images:** https://optinmonster.com/places-to-find-images-for-better-conversions/

**Image Use Guide**

**OKAY to use when properly credited:**
1. Any images from Zimbio's photo archives, StyleBistro's lookbook pages, Lonny's photo archives (URLs with /pictures), and Livingly's Runway photos.
2. Retail / Products / Etsy photos / Anything people are trying to sell (Anthro/BHLDN are an example of a site with particularly beautiful campaign photos, they have worked with us in the past and encourage us to use their images to promote their stores)
3. Photo stills from movies and TV shows, or album covers. Please pull imagery directly from the show, film, or band website (rather than Google), and please properly credit both the network/studio and any photographer that is listed.
4. Unsplash Photos (https://unsplash.com/search/photos/)
5. Default to these stock sites for travel photos (before Instagram): https://medium.com/the-mission/these-41-epic-sites-have-breathtaking-stock-photos-you-can-use-for-free-30407b175f45
6. Instagram images posted by the photo creator themselves so long as the photo creator is not a professional photographer (see below). Also, if there is any chance someone is posting another person's art or photography, do not use.
7. Any image you get explicit permission to use for a feature (feel free to reach out and ask!)
8. Photos directly from fashion bloggers/DIY boggers/cooking blogs/people who would benefit from this publicity, so long as it appears that they took the photo themselves or have rights to the photo. Do not use any photos that are credited to someone else. Do not use more than two photos from the same source in one particular slideshow unless we have permission.

LIV00024

9.  Images downloaded from our Getty or Bauer Griffin subscription accounts

**DO NOT use:**
1.  Photos from professional photographers who make their money from these photos (as opposed to a blogger who makes their money with traffic and sponsored content). **This includes INSTAGRAM photos from professional photographers, whether posted directly on their account or by their subject (e.g. a celebrity posting a magazine, portrait, or paparazzi pic).**
2.  Instagram images that weren't taken and posted by the account holder themselves (look out for re-grams or stolen photos, only link directly to credible accounts)
3.  Pinterest or Tumblr images if you can't find the original source or the original source isn't one listed above.
4.  Images from sites that have grabbed the image from elsewhere (like in **roundups**). Again, if you can't find the original source or the original source isn't listed above, do not use it.
5.  Random images from the internet or other web publishers (not listed above) that we don't have explicit permission to use.
6.   A credit to a person's name is a good sign that the photo was taken by a professional photographer who retains control of it.  **Avoid these.**

**Things to Be Mindful Of:**
1.  Diversity: We aim to show a wide spectrum of people and experiences in our content. Please take this into consideration when choosing images for your slideshows and articles and select images with varying body types, ethnicities, etc. Inclusion is a very important pillar for all of the Livingly Media sites
2.  Photo Quality: In general, whenever possible, it's worth it to spend extra time to find quality photos for your features, particularly when they are image-driven as opposed to informational. If it looks like a photo was taken with a phone, see if there are other options. It took extra time to create this, but the image selection was key to the content. Please seek out quality photos or let your editor know if you're not finding what you're looking for through stock images etc.
3.  Permission: When in doubt, reach out and get explicit permission to use a photo on our site.

LIV00025