# EXHIBIT 14



Deena Bustillo <deena@livingly.com>

## New copyright violation procedures

**Jill Slattery** <jill@livingly.com>                                        Mon, Jul 31, 2017 at 1:16 PM
To: Deena Bustillo <deena@livingly.com>, Erica Carter <erica.carter@livingly.com>, Angela Tafoya
<angela.tafoya@livingly.com>, Lani Conway <lani.conway@livingly.com>, Joseph Robberson <joseph@livingly.com>

Hi all,

Erica and I recently chatted with a lawyer to review our current process for handling copyright violation. Our current policy
is to just remove the asset in question, which is still generally our policy, but this lays out what to do if the complainant
continues to contact us after the asset has been removed. Please let me know if you have any questions!

Process for Responding to Copyright Cease & Desist Notices

1. Politely acknowledge receipt, confirm that you'll take down the asset (but do not provide any acknowledgment of
   wrongdoing), and ask for a copy of the copyright registration (if it wasn't included in original email/letter).

2. Remove asset at issue. Make a note on this doc of the date when the asset was removed and how many page
   views it had up until that point of removal
   https://docs.google.com/a/livingly.com/spreadsheets/d/1mk9sJPRhnpKc2LCyVZAf73RmAJpF8DLjGK-
   JofLzRo4/edit?usp=sharing

3. If owner follows-up asking for money, please alert Erica and Jill of the situation. They will look for opportunities to
   argue that the asset were licensed.  Ex: Did we source the image from an EPK or via licensing deal with a
   distributor like Getty, AP, iStock, etc?

   If we do not have a license, we will look for arguments to support low settlement amount ($250 - $2,000).  Ex: Is
   there no copyright registration? Is there evidence on the web of how much the owner charges for a license? Does
   the author license the image under a free license like Creative Commons? Can we make a strong fair use
   argument (Have we transformed the asset by adding new expression or meaning?  Was value added to the asset
   by creating new information, aesthetics, insights, or understandings?).

4. From this point forward, all interaction with the complainant should be run through Erica, Jill, and Livingly Media
   legal representatives.

--

**Jill Slattery**
Editor in Chief, Livingly Media
jill@livingly.com
Twitter: @thejillslattery



  |

LIV00056

| Date of Complaint | Complainant name | Original link to asset | Date of removal | Pageviews to date | Additional Notes |
|---|---|---|---|---|---|
| 8/17/2017 | Image Rights International | http://www.zimbio.com/Alice+Braga, | 8/17/2017 | Zimbio: 9,600 (January 2012 - Au | Photo originally appeared in GQ magazine, https://www.gq.com/gallery/alice-braga-city-of-god-i-am-legend-slideshow#2, http://www.gagebetterton.com/ |
| 1/19/2018 | Image Rights International | http://www.stylebistro.com/The+Wee | 1/19/2018 | | JR has screenshot |
| 2/27/2018 | Copytrack | http://www.livingly.com/The+Most+B | 2/27/2018 | | JR has screenshot |
| 6/21/2018 | ImageRights | http://www.lonny.com/See+It+Now+a | 6/21/2018 | | JR has screenshot |
| 7/16/2018 | Hannah Caldwell | http://www lonny com/The+Top+Home | 7/18/2018 | | Angela removed slide |
| 9/21/2018 | Google | http://www.lonny.com/Lonny+Loves/ | 9/23/2018 | | Jill removed photo, not article |
| 9/27/2018 | Image Rights/Paul Costello | http://www lonny com/The Coolest Cel | 9/27/2018 | | Deena removed slide |
| 11/6/2018 | Higbee & Assoc. | http://www.livingly.com/These+Wom | 11/6/2018 | | pro Instagram photo. Tanya changed image. |
| 11/11/2018 | Michael Grecco Productions | http://www.zimbio.com/quiz/ETK324 | 11/11/2018 | | joe has screenshot |
| 3/5/2019 | Higbee & Assoc. | http://www.livingly.com/Clever+Hallo | 3/5/2019 | | Deena demoted special |
| 5/6/2019 | Higbee & Assoc. | | | | letter dated 5/6, email send to us 5/13, deena, erica handled |
| 6/20/2019 | Barshay Sanders | http://www zimbio com/photos/Alton+N | | | |
| | | http://www zimbio com/pictures/g2pDV | | | |
| 7/12/2019 | Wayne Tippetts via KodakOne | http://www.livingly.com/Ways+To+S | 7/12/2019 | | joe removed, info in email, watermark was on photo |
| 12/5/2019 | MX International via Fastly | http://www.zimbio.com/Watch+Ani | 12/5/2019 | | joe removed, has screenshot, 2009 naruto video article |

LIV00057