# EXHIBIT 6

**Lani Conway**  12:46 PM

And now I'm tyring to see if there is a press kit the image may have been in. but that is not how it works, but i'm checking Fox anyway



**Deena Shinn**  12:47 PM

Ugh yeah. That's so shitty

12:47

I wonder if he's gone after all those other sites too



**Lani Conway**  12:48 PM

I don't know. I've been digging around about the guy, and he's definitely very active. He's gotten into it with Everette Collection, AP, etc.



**Deena Shinn**  12:48 PM

Wow



**Lani Conway**  12:48 PM

I want to hide in a corner and cry



**Deena Shinn**  12:49 PM

Aw i know it totally sucks but it's definitely not your fault



**Deena Shinn**  12:58 PM

Trying to think through how we can sweep any other quizzes or specials that are problematic



**Lani Conway**  12:58 PM

LIV00105

I mean, i KNOW. right?



**Deena Shinn**  12:59 PM

There's so manyyyyyy



**Lani Conway**  12:59 PM

Like, we were in crazy town back then

12:59

I already told my team yesterday about it, and I know Joe is retroactively going to his old stuff that he def knows is mess up, for whatever reason, to swap images

12:59

And i reiterated NOT using photoshoots period

LIV00106



**Jill Slattery**  2:21 PM

http://www.zimbio.com/Best+and+Worst+TV+Spin-Off+Shows/articles/0BHhh_8hl6g/Best+Worst+Xena+Warrior+Princess

☐ **Zimbio**

**Best/Worst: 'Xena: Warrior Princess'**

The character of Xena first appeared on the campy series Hercules: The Legendary Journeys as an evil villainess. She eventually decided to change her ways and spent six seasons battling baddies with her trusty sidekick Gabrielle on Xena: Warrior Princess.(78 kB)

htt

p://www1.pictures.zimbio.com/mp/2qDtzs0raAax.jpg

2:22

looks like a screenshot but who knows

2:22

http://www.zimbio.com/For+The+Win/articles/93EjKF_cEgw/Xena+Warrior+Princess+Reunion+Adorable

☐ **Zimbio**

**This 'Xena: Warrior Princess' Reunion Is Adorable**

And really makes us wish those revival rumors were true.(977 kB)

htt

p://www1.pictures.zimbio.com/mp/fMuE6fkyUKhl.gif

2:22

http://www.zimbio.com/Hollywood's+Pantheon+of+Scantily-Clad+Gods+(and+Demigods)/articles/6kFzRhQJxv8/Lucy+Lawless+as+Xena

☐ **Zimbio**

**Lucy Lawless as Xena**

TV Show: Xena: Warrior PrincessBragging Rights: Daughter of Ares (probably)No offense to Hercules, but we think this warrior lass could kick his demigod butt any day. However, we're pretty sure she'd lose in a Sensible Wardrobe Showdown.(71 kB)

LIV00107

htt p://www1.pictures.zimbio.com/mp/005vME7mXP6x.jpg

2:22

http://www.zimbio.com/Kickass+Ladies+Of+TV+Who+Empowered+Us+Growing+Up/articles/9e BCi3u7B-a/Xena+Xena+Warrior+Princess

☐ **Zimbio**

### Xena, 'Xena: Warrior Princess'

Knowing that a princess could be a warrior and a badass one at that totally changed TV for me. Xena the warrior princess is a groundbreaking representation of a physically superior and intelligent female character. In spite of her jaw-dropping looks, Xena is remembered for her combat skills. Clearly, she brought some much needed diversity and excitement to the '90s sci-fi and fantasy TV landscape.(217 kB)

htt p://www1.pictures.zimbio.com/mp/odjt5YH90R1x.jpg

2:22

http://www.zimbio.com/20+Haircuts+That+Changed+TV+History+Forever/articles/6rqDjwvvTG5 /Gabrielle+Xena+Warrior+Princess

☐ **Zimbio**

### Gabrielle on 'Xena: Warrior Princess'

Gabrielle's short hair was first a vision Xena had. After Xena threw a chakram through Gabrielle's hair in Season 4, that vision became a reality. (64 kB)

htt p://www4.pictures.zimbio.com/mp/IFGpwWlg70Dx.jpg



**Deena Shinn**  2:22 PM

will take all of these out



**Jill Slattery**  2:23 PM

http://www.livingly.com/The+Best+Female-Led+TV+Shows+Of+All+Time/articles/1iSq9zVD5Zg /Xena+Warrior+Princess

LIV00108

**Livingly**

**'Xena, Warrior Princess'**

Before the current spate of female-led television, especially when it comes to female superheroes, there was Xena, Warrior Princess. Let's remember how rare it was to have a powerhouse woman, much less warrior freaking princess, at the helm of a TV show in the late '90s. The show spanned through the early 2000s, and was it ever badass. Xena forever.(576 kB)

htt p://www3.pictures.livingly.com/mp/lpEBPWDjU-ox.jpg

2:23

i thiiiink this would be okay but lord, just use a screenshot i guess lol

LIV00109

**Deena and Jill 4/9/19:**



**Deena Shinn** 9:50 AM

and i just realized that one of the  x files images from that email was still fucking up on zimbio in an old special

9:50

i might puke



**Jill Slattery** 9:50 AM

which one??



**Deena Shinn** 9:50 AM

http://www.zimbio.com/Movies+and+TV+Shows+to+Watch+If+You're+Obsessed+with+Netflix's +'Stranger+Things'

☐ **Zimbio**

**Movies and TV Shows to Watch If You're Obsessed with Netflix's 'Stranger Things'**

Here's what should be on your watch-list after you've binged through Netflix's '80s-inspired sci-fi series.(54 kB)

htt

p://www4.pictures.zimbio.com/mp/9lUnht6oJvqx.jpg

9:50

i deleted the slide

9:50

but it was in this



**Jill Slattery** 9:51 AM

was that part of his original complaint and we missed it?

LIV00110



**Deena Shinn**  9:51 AM

i dont think so

9:51

it was the one that he was saying we paid for the initial use but did not cover use after that

9:51

and i hadn't clicked on it and thoguht we had caught them all so assumed it was down

9:52

but then went through the whole email this morning when we had the call with Jay and realized
it was not actually down



**Jill Slattery**  9:52 AM

good catch. it's like genuinely really hard to find stuff like this on our sites in a scientific way



**Deena Shinn**  9:53 AM

it really is. and grecco had already found it so it doesnt really make a huge difference, i was just
hoping that, like you and i talked about, that he had a cached url from the first go-around with
taht image

**Deena and Erica 4/9/19:**



**Deena Shinn**  9:11 AM

Morning! Jill and i chatted last night about Grecco and the only thing we can think of is that the
URLs weren't scraped when we took down the photos initially so he's seeing them bc he has
the urls. All of the photos are off of the user-facing URLs. i can talk to Bruce about scraping and
how to handle for takedowns going forward. Let me know if there's anything else i can do in the
meantime

LIV00111



**Erica Carter**  9:12 AM

yeah, i'll schedule a call with jay, probably tomorrow.



**Deena Shinn**  9:12 AM

sounds good

**Deena Shinn**  11:40 AM

np

11:40

Also scott is scrubbing the image URLs currently so that should be taken care of + new workflow for takedowns will involve that process



**Erica Carter**  11:41 AM

k good.

**Deena and Erica 4/10/19:**

**Deena Shinn**  9:38 AM

so i just went through all of the Exhibits from the Grecco email and we somehow missed one of the X Files images being up in an old zimbio special, so, unfortunately that one was actually still up in a different special than the first infringement. The Exhibit E one. i don't have any idea how that could have possibly happened



**Erica Carter**  11:35 AM

ugh.

11:35

ok

LIV00112