**EXHIBIT 7**

DECLARATION OF SCOTT WHITELEATHER

I, Scott Whiteleather, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am Vice President for Twentieth Century Fox Film Corporation ("TCFFC").  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2.      On December 14, 2020, TCFFC was served with a subpoena seeking a deposition on certain topics. Attached hereto is a true and correct copy of that subpoena and its related exhibits.

3.      I am readily familiar with the recordkeeping practices of TCFFC and am familiar with its record retention and storage policies. Where necessary, I have consulted with the appropriate Records individuals to conduct searches of TCFFC's business records that form the basis for my testimony in this declaration.  A search has been made of TCFFC television production records by the appropriate Records individuals to locate documents relating to Michael Grecco, Season One gallery shoot photos from X-Files, and press kits.   A search of such files was done on or about August 2017.

5. TCFFC does not have, and to the best of its knowledge has never had, access to the PLAINTIFF'S PHOTOGRAPHS (as defined in and attached to the subpoena).  Therefore, such photos have not been made available or placed or used by TCFFC, nor has TCFFC granted any rights to any third parties to use such photos.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on January 12, 2021 in Palm Springs, CA.


SCOTT WHITELEATHER