**EXHIBIT 10**

