**EXHIBIT 11**

Close 2096 of 2110



Xena: Warrior Princess (1995)

Lucy Lawless in Xena: Warrior Princess (1995)

People Lucy Lawless
Titles Xena: Warrior Princess

