Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC.,

Plaintiff,

v.

LIVINGLY MEDIA, INC.; *et al*.,

Defendants.

—————————————————

LIVINGLY MEDIA, INC.,

Counterclaimant,

v.

MICHAEL GRECCO PRODUCTIONS, INC.,

Counterclaim Defendant.

Case No: 2:20-cv-00151-DSF-PJW
*Hon. Dale S. Fischer Presiding*

**DECLARATION OF MICHAEL GRECCO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION**

Date:        April 5, 2021
Time:        1:30 p.m.
Courtroom: 7D – 1st Street

DECLARATION OF MICHAEL GRECCO

## DECLARATION OF MICHAEL GRECCO

I, Michael Grecco, declare as follows: I am above eighteen (18) years of age and am competent to give the testimony set forth below.  Said testimony is given from my own personal knowledge unless otherwise indicated.  I am the Chief Executive Officer at Michael Grecco Productions, Inc. ("Plaintiff") and have personal knowledge of its business practices and its business records, for which I am a custodian.  I make this declaration in support of Plaintiff's Motion for Summary Adjudication.  If called as a witness I could and would competently and truthfully testify as set forth below:

1. Attached as Exhibit 8 is a true and correct copy of my original image identified as Subject Photograph 3 in the Complaint.

2. Attached as Exhibit 9 is a true and correct copy of the image allegedly found in a press kit that Defendant purchased, which Defendant's expert, Richard Licata contends is the same as Subject Image 3.

3. Exhibits 8 and 9 are different images. In Exhibit 8, the viewer can see a gap of space between Gillian Anderson's hair and the wall behind the subjects.  The Exhibit 8 image does not have this gap as can be seen by the proximity between Gillian Anderson and David Duchovny's head. Further, in Exhibit 8 David Duchovny's hand lies flat on the table seemingly under a piece of paper. In contrast, David Duchovny's hand in Exhibit 9 is lifted away from the desk with the paper. While the images are similar, as they were shot in the same sequence, they are not the same image.

4. Attached as Exhibit 10 is a true and correct copy of my original image identified as Subject Image 4 in the Complaint.

5.  Attached as Exhibit 11 is a true and correct copy of the cover for a box DVD set of *Xena: Warrior Princess* allegedly found by Defendant.

6.  Exhibits 10 and 11 are different images. In Exhibit 9, the viewer can see that Lucy Lawless holds a tighter grip on her sword with the knuckles of her hand turned upwards.  Lucy Lawless also has a larger bend in her right elbow. In Exhibit 11, Lucy Lawless does holds her sword looser, with her knuckles slightly relaxed downward and less of a bend in her elbow.  In Exhibit 10, Lucy Lawless's eyebrows are furrowed down toward the bridge of her nose whereas in Exhibit 10 her eyebrows are softer.  Again, while the images appear similar because they were shot in sequence, they are not the same image.

7.  I never gave the Subject Photographs to Fox or MCA with the intent that they be distributed by the studios to third-parties.  While I initially provided copies of the Subject Photographs to Fox and MCA (respectively) to review in order for them to choose which photographs they wanted to use as Gallery Photographs, the Subject Photographs were not chosen by the studios and were returned to me.

8.  At no point have I understood or agreed that either studio was in fact distributing the Subject Photographs to media and news outlets. As noted above, I have been aware that the studios have used other similar photographs form the same shoot, but not the Subject Photographs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2021 in Los Angeles, California.

By: _____

- 2 -
DECLARATION OF MICHAEL GRECCO

Michael Grecco
Declarant