UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a "Michael Grecco Photography," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIVINGLY MEDIA, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-c-00151 DSF-JC<br><br>[PROPOSED] ORDER GRANTING MOTION OF LIVINGLY MEDIA, INC.. FOR SUMMARY JUDGMENT |

1 Upon consideration of the briefs, arguments and evidence in support of and in opposition to the motion for summary judgment of Defendant and Counterclaimant Livingly Media Inc., ("Livingly"), the Court HEREBY FINDS AND ORDERS AS FOLLOWS:

Livingly is entitled to judgment against Plaintiff and Counterdefendant Michael Grecco Productions, Inc. ("Grecco").

The four photographs at issue in this case ("Photographs") are promotional photographs that depict the lead characters in the *X-Files* and *Xena, Warrior Princess*. As such, the photographs are derivative works of the underlying shows, the copyrights to which are owned by the studios. Any rights Grecco may have in those photographs are subject to the studio's promotional purpose in permitting him to create them. Moreover, he expressly and impliedly licensed these photographs to be used by the media to illustrate commentary on the shows. The custom and practice in the industry was that any such photographs would be widely disseminated to the media precisely so that the media would use them to illustrate commentary on the show. Grecco knew and understood that the photographs would be so disseminated and used, and did not object. Livingly used the Photographs in precisely the intended manner, and were within the scope of the license to the media to use the photographs to illustrate commentary on the shows.

Moreover, even if the promotional license to the media had been limited in some way (for example to friendly media or favorable coverage), any such limitation would be abrogated by the fair use doctrine, which is designed to provide more freedom to editorial commentary than the copyright holder might permit. Use by the media of a promotional photograph to illustrate commentary on the underlying television show that the photograph depicts is a fair use.

//

//

1 | Accordingly, Livingly is entitled to judgment in this case which is hereby
2 | ORDERED DISMISSED WITH PREJUDICE.

Dated: _____, 2021

_____
The Honorable Dale S. Fischer
United States District Judge