EXHIBIT 28



**21ST CENTURY FOX**

2121 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-5010
T 310 369 4065
scott.whiteleather@fox.com

**Scott Whiteleather**
Vice President
Intellectual Property

Via email and U.S. Mail

September 1, 2017

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

RE:  X-Files Photographs

Dear Mr. Grecco:

I am in-house intellectual property counsel for 21st Century Fox and its related entities ("Fox").  In that capacity, I am informed of a claim and demand letter dated August 21, 2017 ("Claim Letter"), sent to Mark Banning of BuySoundtrax.com, by and through your legal counsel Mathew K. Higbee of Higbee & Associates.  The Claim Letter is attached hereto and incorporated by reference as Exhibit "A".  Be advised that the claims made therein are a material breach of your agreement with Fox and constitute a willful infringement of Fox's valuable intellectual property rights.

On or about July 19, 1993, you were engaged to render services as a photographer in connection with gallery photographs of David Duchovny and Gillian Anderson for season two of the X-Files ("The Series").  The results of this photo session are attached hereto and incorporated by reference as Exhibit "B" ("Fox Photographs").  Pursuant to the agreement between you and Fox dated December 6, 1994 ("Assignment Agreement"), you assigned "all right title and interest in all of the Photographs" to Fox. Additionally, you specifically agreed in the Assignment Agreement that the "Photographs are the sole property, under copyright law, of Fox".  The Assignment Agreement is attached hereto and incorporated by reference as Exhibit "C".

As further evidence of your agreement that Fox is the owner of the copyright in the Fox Photographs, I refer you to the letter agreement between you and David Oakes of Fox ("Permission Agreement") wherein you requested and were granted permission to use the Fox Photographs in a monograph of your photographic works entitled "The Dramatic Portrait" which was to be published by Amherst Media.  The Permission Agreement is attached hereto and incorporated by reference as Exhibit "D".

Be advised that your actions in connection with the Fox Photographs is a material breach of the Assignment Agreement.  Your false claims of ownership of the Fox Photographs is a willful infringement and entitles Fox to recover its actual damages, statutory damages up to $150,000 per act of infringement, or  profits, and Fox's attorney's fees, and court costs.  See 17 U.S.C. §§502 – 505.  Moreover, we note that the copyright registration which you attached to the Claim Letter as evidence of your statutory rights, is either inapplicable to the rights you purport to own in the Claim Letter or is a false representation in your application which is a violation of section 506(e) of the Copyright Act.

1

**Exhibit 28**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000382

September 1, 2017
Page 2 of 2

Your certificate of registration for VA 1-431-698 dated July 7, 2010 titles the registered work as a "Group registration / Published Photos – 1126 photos – 2/4/2009 – 10/26/2009". The attached Continuation Sheet of the same date claims the date of first publication as 2/4/2009. As noted in Exhibits "B', "C", and "D", the Fox Photographs were published years prior to your 2010 registration. Therefore, use of this registration as support of ownership in the Claim Letter is fraudulent as to Mr. Banning. In the alternative, if you included the Fox Photographs as specimens in your 2010 filing, you have knowingly made a false representation of material facts by attempting to obtain statutory protection for rights which you had previously assigned.

Therefore, based on the above, we demand that you immediately:

1.      Cease and desist from making any further claims of ownership of the Fox Photographs;

2.      Provide an accounting to Fox of all proceeds derived from the license, sale or settlement of any claims in connection with the Fox Photographs;

3.      Confirm in writing to the undersigned no later than **September 15, 2017,** that you shall fully and promptly comply with each of the foregoing items.

If you do not comply with the foregoing by September 15th, Fox shall take all necessary steps to enforce its rights against you, including commencing an infringement action against you in which, in addition to injunctive relief, Fox will seek statutory damages for willful infringement, an accounting of your gross revenue and profits generated by your unauthorized use of the Fox Photographs, and recovery of Fox's attorneys' fees to which it would be entitled under the Copyright Act.

This letter is not intended to be a complete recitation of Fox's rights and claims in this matter. Nothing contained herein or omitted herefrom constitutes a waiver of any of Fox's right and / or remedies at law or in equity, all of which are expressly reserved.

Cordially,

Scott L. Whiteleather

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000383

**EXHIBIT "A"**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Higbee & Associates
### A NATIONAL LAW FIRM

August 21, 2017,
Re: Case Number: 504707

Dear Mark Banning,

Our client, Michael Grecco, is a professional photographer who earns a living by licensing his photographs. Copyright images owned by Michael Grecco were discovered on BuySoundtrax.com website(s). Please see the attached exhibits that show the use of the copyrighted works. Our client has no record of you having a license to use their copyrighted work and has authorized us to contact you on their behalf. If you have a license, please contact us immediately with a copy of that license at claims@higbeeassociates.com, please include the case number (504707).

If you do not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. As the violation occurred on a company website, the company is liable for the unauthorized use, including cases in which a website designer, employee or a third party is responsible for the inclusion of this image on your website. Even if your use of the image without a license was unintentional, for example; if the image was found on the internet and believed to be available for free use, it is still a violation of copyright law, and ceasing use of the images now may reduce the liability, but not release you or your organization from liability.

As you can imagine, the unauthorized use of my client's work threatens my client's livelihood. While Michael Grecco, does have the right to bring a lawsuit for damages, my client is willing to settle this in an amicable way, out of court and without a lawsuit. I was asked to contact you and see if we can negotiate a settlement and save everyone the stress and costs of going to court. Please know that I only have a limited amount of time to settle this claim out of court.

If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement. My client would also ask the court to have you pay court costs and attorneys fees. Copyright lawsuits can result in judgments, wage garnishments and liens on property. In some instances, the business owner can be held individually liable.

This type of claim is often covered by business insurance. You may wish to forward this to your insurance carrier. You may also wish to hire an attorney.

**If we do not hear from you within 30 days from the date of this letter, we will have no choice but to take this to mean that you do not have a license and do not want to settle this matter out of court.**

To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000385

(2) Within ten business days after receipt of this letter, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for **$15000** payable to **"Higbee & Associates Client Trust Account"**. This can be returned to us via US Mail. You can also pay online at http://copyright.higbeeassociates.com/resolution. Your login is 504707. Your password is wytyico5. If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (504707) in the subject line.

   Please feel free to call or email us to discuss this matter, 800-716-1245 or send email to claims@higbeeassociates.com

                    Sincerely,

                    *Mathew K Higbee*

                    Mathew K. Higbee
                    Attorney at Law

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000386



CONFIDENTIAL - ATTORNEYS' EYES ONLY

## EXHIBIT A



## Infringing webpages:

- http://www.buysoundtrax.com/larsons_soundtrax-11-15-16.html

## Infringing file locations:

- http://www.buysoundtrax.com/larson_images/X-Files-Vol3_Front_Tray-1.jpg

Infringing images and timestamped screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (504707) in the subject line.



CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000388

## RAPID CONDITIONAL RELEASE LICENSE AGREEMENT

This RAPID CONDITIONAL RELEASE LICENSE AGREEMENT ("Agreement") is entered into on August 21, 2017 ("Effective Date") by and between Michael Grecco  Michael Grecco Productions, Inc.  ("LICENSOR") and Mark Banning ("LICENSEE") (the "Parties" or individually the "Party").

The Parties agree as follows:

1. The Parties acknowledge and agree that this Agreement is made in resolution to the LICENSEE's alleged unlicensed use of image(s) referenced in Exhibit A ("Images").

2. LICENSOR hereby represents and warrants that it has the exclusive rights in the settlement and resolution of the claims related to the alleged unlicensed use of the copyrighted Images, including the rights to grant licenses for past and future use, and rights to grant releases from future claims.

### GRANT OF RETROACTIVE LICENSE TO COVER PAST USE

3.
In consideration of the license and other consideration granted herein,LICENSEE will pay to LICENSOR the sum of $15,000.00 in U.S. Dollars (the "Payment") within fourteen (14) days after the Effective Date.
a. Upon Payment in full, LICENSOR will grant LICENSEE a non-exclusive, non-sub licensable and non-assignable retroactive license, with the term commencing with the beginning of time and concluding upon the Effective Date.
b. The LICENSEE will be granted rights to use the Images only within the limited scope as shown in this Agreement.
c. The LICENSOR will retain all rights, interest and ownership in derivative works containing the Images, in whole or in part.
d. Payment shall be made payable to "Higbee & Associates Client Trust Account" and delivered to 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705. Payment may also be made online at http://copyright.higbeeassociates.com/resolution

### ADDITIONAL TERMS AND CONDITIONS

4. Except for the agreements, obligations, and covenants arising under this Agreement, the Parties will release the other party from any and all claims arising from the use of the Images.

5. The Parties acknowledge that all terms of this Agreement are supported by legally sufficient consideration so as to make this Agreement binding and valid.

6. All of the Parties will pay their own costs and expenses incurred in negotiation and preparation and execution of this Agreement.

7. The terms of this Agreement are confidential; provided however, that each Party may disclose the terms of this Agreement, as necessary to enforce its terms, in response to valid legal process or as otherwise required by law, and/or to its financial advisors and/or legal advisors.

8. The Parties represent and warrant that they have read and understand the provisions of this Agreement and have full authority to execute and consummate the transactions contemplated by this Agreement.

9. This Agreement may not be modified or amended except by written agreement, signed by all Parties.

10. This Agreement, along with its terms and conditions will be binding upon and inure to the benefit of each of the Parties and to their heirs, executors, administrators, successors in interest and assigns.

11. The Parties acknowledge that if any provision or application of this Agreement is held invalid or unenforceable then any such provision will be deemed severed from this Agreement and

Case number: 504707                                    Printed: August 21, 2017 11:27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000389

the remaining provisions and applications of this Agreement will not be affected, but will remain valid and enforceable.

12. This Agreement will be governed by and construed in accordance with the laws of the State of California, without regard to conflict of law principles, notwithstanding the fact that one or more counterparts hereof may be executed outside of such state, or one or more of the obligations of the Parties hereunder are to be performed outside of such state. Any suit, action or proceeding todetermine, construe or enforce any provision of this Agreement, or the rights of any party hereunder, will be brought in the State of California, and the Parties agree that jurisdiction will lie therein.

13. If a suit, action, arbitration or other proceeding of any nature whatsoever is instituted in connection with any controversy arising out of this Agreement, or to interpret or enforce any rights under this Agreement, the prevailing party is entitled to recover reasonable costs and attorney's fees from the other party.

14. Payments that are received more than 5 calendar days late will be accessed a $40 late fee. Additionally, an interest rate based on a 15% per annum will be charged on overdue balances after 30 days.

15. This Agreement constitutes and contains the entire agreement between the Parties with respect to the alleged unlicensed use referred to in this Agreement and there are no other agreements, understandings or representations with respect to this subject matter, which are not expressly set forth herein.

_____                                    _____
Mark Banning                                               Date
On Behalf of
Licensee(s)BuySoundtrax.com

*Mathew K Higbee*

_____                                    August 21, 2017

Mathew K. Higbee, Esq.                                     _____
on Behalf of Licensor(s)                                   Date
Michael Grecco

Case number: 504707                        Printed: August 21, 2017 11:27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000390

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

#0170

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of This Work ▼   See Form GR / PPh/CON

NATURE OF THIS WORK ▼ See instructions

Grecco Photo / Getty Published 2009

Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ ___ Number ▼ ___ Issue Date ▼ ___ On Pages ▼ ___

NAME OF AUTHOR ▼

Michael Grecco Photography, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in ___ U.S.A. ___

Was This Author's Contribution to the Work
Anonymous? [X] Yes [ ] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
[ ] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[ ] 2-Dimensional artwork   [X] Photograph(s)   [ ] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼ ___ Year Died ▼ ___

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
[ ] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[ ] 2-Dimensional artwork   [ ] Photograph   [ ] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work

Year in Which Creation of This Work Was Completed
2009 Year ◄ in all cases.
This information must be given

Date and Nation of First Publication of This Particular Work
Complete this information Month ___ Day ___ Year ___
ONLY if this work has been published. ___ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000391

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number   (310) 452-4461          Fax number   (310) 452-4462

Email   michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President          Date   7/5/10

Handwritten signature (X) ▼

X

Certificate will be mailed in window envelope to this address:

Name ▼   Michael Grecco Photography, Inc.

Number/Street/Apt ▼   1701 Pier Avenue

City/State/ZIP ▼   Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 6 | Title of Photograph  Getty Archive Published Images 02/25/09 |
| | Date of First Publication  02/25/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| 7 | Title of Photograph  Getty Archive Published Images 03/25/09 |
| | Date of First Publication  03/25/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| 8 | Title of Photograph  Getty Archive Published Images 04/09/09 |
| | Date of First Publication  04/09/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| 9 | Title of Photograph  Getty Archive Published Images 04/20/09 |
| | Date of First Publication  04/20/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| 10 | Title of Photograph  Getty Archive Published Images 06/03/09 |
| | Date of First Publication  06/03/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| 11 | Title of Photograph  Getty Archive Published Images 06/16/09 |
| | Date of First Publication  06/16/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| 12 | Title of Photograph  Getty Archive Published Images 10/26/09 |
| | Date of First Publication  10/26/09          Nation of First Publication  USA |
| | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| | |
|---|---|
| | Title of Photograph |
| | Date of First Publication          Nation of First Publication |
| | Description of Photograph |

| | |
|---|---|
| | Title of Photograph |
| | Date of First Publication          Nation of First Publication |
| | Description of Photograph |

| | |
|---|---|
| | Title of Photograph |
| | Date of First Publication          Nation of First Publication |
| | Description of Photograph |

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Michael Grecco Photography, Inc. | **YOU MUST:**  • Complete all necessary spaces  • Sign your application  **SEND ALL 3 ELEMENTS IN THIS SAME PACKAGE:**  1 Application form  2 Nonrefundable fee in check or money order payable to Register of Copyrights  3 Deposit material  **MAIL TO:**  Library of Congress  Copyright Office  101 Independence Avenue SE  Washington, DC 20559-6000 |
| | Number / Street / Apt ▼  1701 Pier Avenue | |
| | City / State / Zip ▼  Santa Monica, CA 90405 | |

**C**

Form GR/PPh/CON  Rev 07/2008  Print 07/2008 — xx,xxx  Printed on recycled paper                    U.S. Government Printing Office: 2008-xxx-xxx/xx,xxx

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000393

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

Area code and daytime telephone number  ( 310 ) 452-4461          Fax number  ( 310 ) 452-4462
Email   Michael@MichaelGrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive rights)
☑ authorized agent of   Michael Grecco Photography, Inc.
                         Name of author or other copyright claimant, or owner of exclusive rights) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President                                    Date  7/5/10

Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Michael Grecco Photography, Inc. |
|---|---|
| | Number/Street/Apt ▼<br>1701 Pier Avenue |
| | City/State/ZIP ▼<br>Santa Monica, CA 90405 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000394

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-431-698

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼                    NATURE OF THIS WORK ▼ See instructions

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)    Photographs

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼                    DATES OF BIRTH AND DEATH
Michael Grecco Photography, Inc.         Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☑ Yes | OR { Citizen of _____ | Anonymous? ☑ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | Domiciled in U.S.A. | Pseudonymous? ☐ Yes ☑ No | |

NOTE

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate boxes  **See instructions**
☐ 3-Dimensional sculpture      ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

Name of Author ▼                    Dates of Birth and Death
                                   Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of _____ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | Domiciled in _____ | Pseudonymous? ☐ Yes ☐ No | |

Nature of Authorship  Check appropriate boxes  **See instructions**
☐ 3-Dimensional sculpture      ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

Year in Which Creation of This Work Was Completed
**2009**
This information must be given ONLY if this work has been published.
Year  in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information  Month _____  Day _____  Year _____    ◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

See instructions before completing this space

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000395

**TAWA 28-Mar-14 09:47:50**                                      **CISPR01-TP**

Certificate of Registration

| IPN | REGISTRATION | PRINT TYPE | PAGES | 03/28/2014 09:54:03 |
|---|---|---|---|---|



16367 1053

Total Records 1

VA0001431699                HP        4

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Maria A. Pallante*

Register of Copyrights, United States of America

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000396

| # | | |
|---|---|---|
| 6 | Title of Photograph **Getty Archive Published Images 02/25/09** | **B** |
| | Date of First Publication 02/25/09     Nation of First Publication USA | Registration for Group of Published Photographs (continued) |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com | |

| 7 | Title of Photograph Getty Archive Published Images 03/25/09 |
|---|---|
| | Date of First Publication 03/25/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| 8 | Title of Photograph Getty Archive Published Images 04/09/09 |
|---|---|
| | Date of First Publication 04/09/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| 9 | Title of Photograph Getty Archive Published Images 04/20/09 |
|---|---|
| | Date of First Publication 04/20/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| 10 | Title of Photograph Getty Archive Published Images 06/03/09 |
|---|---|
| | Date of First Publication 06/03/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| 11 | Title of Photograph Getty Archive Published Images 06/16/09 |
|---|---|
| | Date of First Publication 06/16/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| 12 | Title of Photograph Getty Archive Published Images 10/26/09 |
|---|---|
| | Date of First Publication 10/26/09     Nation of First Publication USA |
| | Description of Photograph A collection of images published for sale on www.gettyimages.com |

| | Title of Photograph _____ |
|---|---|
| | Date of First Publication _____     Nation of First Publication _____ |
| | Description of Photograph _____ |

| | Title of Photograph _____ |
|---|---|
| | Date of First Publication _____     Nation of First Publication _____ |
| | Description of Photograph _____ |

| | Title of Photograph _____ |
|---|---|
| | Date of First Publication _____     Nation of First Publication _____ |
| | Description of Photograph _____ |

**Certificate will be mailed in window envelope to this address**

Name ▼
Michael Grecco Photography, Inc.

Number / Street / Apt ▼
1701 Pier Avenue

City / State / Zip ▼
Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

**C**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000397

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-431-698**

July 7 2010
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page 3 of 11 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Michael Grecco Photography, Inc.

Name of Copyright Claimant   Michael Grecco Photography, Inc.

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**1**
Title of Photograph   Getty Archive Published Images 02/04/09
Date of First Publication   02/04/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

**2**
Title of Photograph   Getty Archive Published Images 02/09/09
Date of First Publication   02/09/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

**3**
Title of Photograph   Getty Archive Published Images 02/10/09
Date of First Publication   02/10/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

**4**
Title of Photograph   Getty Archive Published Images 02/12/09
Date of First Publication   02/12/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

**5**
Title of Photograph   Getty Archive Published Images 02/24/09
Date of First Publication   02/24/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000398

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☒ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼        Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405
Area code and daytime telephone number '310' 452-4461        Fax number '310' 452-4462
Email michael@michaelgrecco.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President        Date 7/5/10

Handwritten signature (X) ▼
X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br><br>Michael Grecco Photography, Inc. |
| --- | --- |
| | Number/Street/Apt ▼<br><br>1701 Pier Avenue |
| | City/State/ZIP ▼<br><br>Santa Monica, CA 90405 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000399

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–431–698**

EFFECTIVE DATE OF REGISTRATION

*July  7  2010*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

★ Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____ U.S.A. _____

**Was This Author's Contribution to the Work**
Anonymous?     ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was**
Completed    2009    ◀ Year   *This information must be given in all cases.*

**Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month 2/4/2009 Day 10/26/2009 Year *USA* Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE / OFFICE USE ONLY**
APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10        3/16/14
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
                     • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000400

**EXHIBIT "B"**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000401

**X-Files, The (TV)**



XF-006

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000402

**X-Files, The (TV)**



XF-022

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**X-Files, The (TV)**



XF-028

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**X-Files, The (TV)**



XF-077-085

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000405

**X-Files, The (TV)**



XF-086-094

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000406

**EXHIBIT "C"**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000407

  

P.O. Box 900

Beverly Hills, California 90213-0900

Phone 310 203 2738 • Fax 310 203 4141

LICENSING & MERCHANDISING
A UNIT OF FOX INC.

David G. Oakes

Associate Director

Legal Affairs

**VIA COURIER**

December 6, 1994

MICHAEL GRECCO
c/o Keswick Hamilton
3519 West Sixth Street
Los Angeles, California 90020

Re:   "THE X-FILES"/Photographs

Dear Michael:

This letter shall serve to confirm the understanding between you and Twentieth Century Fox Licensing and Merchandising, as Administrator for Twentieth Century Fox Film Corporation ("Fox") with respect to any and all photographs heretofore created by you of or in connection with the television series "THE X-FILES" ("the Photographs"). Upon your signing this letter, and Fox's payment to you of the sum of $2,500 you acknowledge and agree that you have assigned all right, title and interest in all of the Photographs to Fox and that the Photographs are the sole property, under copyright, of Fox. Fox is free in its sole discretion, without further compensation to you, (other than any compensation heretofore agreed to be paid to you by or on behalf of Delphi Internet Services) to utilize and exploit the Photographs worldwide, in perpetuity, in any manner it may deem appropriate, including without limitation, uses on or in connection with merchandising, commercial tie-in, advertising, promotion, and literary publishing activities arising out of or related to "THE X-FILES" television series. For further clarification, but without in any manner limiting the rights you have assigned to Fox, Fox shall exclusively own and control the following rights:

(a)   "Merchandising Rights": The right to license, manufacture, distribute and sell articles of merchandise and/or products (including, but not limited to, toys, board and video games, video and audio cassettes and/or discs, novelties, trinkets, souvenirs, wearing apparel, fabric, foods, beverages and cosmetics) and the right to license, distribute and sell services, which embody on or in such merchandise, products or services the Photographs and the right to publish, distribute, and sell souvenir programs, picture books, comic books, post cards, photo novels, illustration books and activity books or booklets which utilize the Photographs thereon or therein.

**R E C E I V E D**

**DEC 2 0 1994**

**DAVID OAKES**

LT202V01.DGO 12-05-94
Ltr. to Michael Grecco/"THE X-FILES"

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000408

MICHAEL GRECCO
December 6, 1994
Page 2

(b)    "Commercial Tie-In/Promotion Rights":  The right to license the use of the
Photographs in connection with the advertising, publicizing, promoting and or
packaging of merchandise, products or services and/or premiums and/or
promotions.

(c)    "Literary Publishing Rights":  The right to publish and distribute for sale to
the public hardcover or soft-cover publications, whether printed or in electronic
format (including novelizations, screenplays, teleplays) using the Photographs,
other than in publications included within Merchandising Rights.

(d)    All advertising, publicizing and promotion rights in connection with the
foregoing rights, and otherwise, including but not limited to, billboard advertising,
consumer and trade magazine and newspaper advertising, television advertising,
computer on-line services advertising, convention and trade show advertising,
video and audio cassette advertising.

In connection with any publishing endeavors which Fox may undertake relating to "THE
X-FILES" television series, Fox will use all reasonable efforts to arrange to accord you a
printed photo credit should any Photograph created by you be utilized in such endeavors.

Please acknowledge your acceptance of the foregoing by signing four copies of this letter
in the appropriate space below.  Please retain one copy of the letter for your files and
return three copies to the undersigned.  Upon Fox's receipt of three copies of this letter
signed by you, the aforementioned payment will be forwarded to you.

Very truly yours,                              ACCEPTED AND AGREED:

David G. Oakes                                 Michael Grecco

LT202V01.DGO 12-05-94
Ltr. to Michael Grecco/"THE X-FILES"

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000409

**EXHIBIT "D"**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

October 16, 1998

**VIA COURIER AND FACSIMILE: (310) 452-4462**

MICHAEL GRECCO
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, California 90405

Re:   **"THE X-FILES" -- Permission to Use Photograph in Monograph**

Dear Michael:

In response to your request, Fox is pleased to grant you permission to use the "doorway" photo taken by you of David Duchovny and Gillian Anderson in the monograph of your photographic works "The Dramatic Portrait" to be published by Amherst Media.   It is our understanding that the photo will appear within the book, and possibly as a small inset image with other of your photographs on the cover, but will not appear on the cover of the book by itself or more prominently than any of your other photographs that may be used on the cover.

Adjoining the photo, or in the credits section within the book, you should receive photo credit, of course, and the following notice should appear:  © Twentieth Century Fox Film Corporation.  All Rights Reserved.  Used by Permission.  If space does not allow, you may use a shorter version: © Fox.

Fox wishes you much success with your monograph.  Please let us know when it will be published and available for sale.

Very best regards,

David G. Oakes

cc:   Bob Cohen
      Jennifer Robinson
      Jamie Samson
      Central Files

LGL\32346 V1 DGO 10/16/98

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000411

EXHIBIT 29

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY



NEW YORK CITY
501 Fifth Avenue, Ste. 1809
New York, NY 10017
212.355.6050

The McCulloch Law Firm
PLLC

SEATTLE
1455 NW Leary Way, Ste. 400
Seattle, WA 98107
646.704.2278

November 28, 2017

**VIA EMAIL**

Bonnie Bogin
Senior Vice President, Litigation
21st Century Fox
2121 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Bonnie.bogin@fox.com

> **Re:  Michael Grecco's X-Files Photographs**

Ms. Bogin,

As you know, this firm represents Michael Grecco and Michael Grecco Photography, Inc. (together "Grecco"). I write in response to your email dated November 16, 2017, regarding the Grecco "X-Files" photographs.  As stated in our initial letter to Mr. Whiteleather dated September 15, 2017, Mr. Grecco is no longer pursuing claims related to Mark Banning and BuySoundtrax.com's use of the X-Files photographs.  The claims against Hearst and Getty Images in which we are counsel have been terminated and thus we are not counsel for Mr. Grecco in any active lawsuits involving these photographs.  While we appreciate that Fox's offer to supply documents in discovery in ongoing litigation is actually a veiled threat to attempt to damage his claims, we would note that Fox being aware of active litigation involving these works and yet making no effort to intervene to challenge Mr. Grecco's standing and defend its purported rights is just additional evidence that Fox does not truly believe it owns copyright in these photos and, as it has done now for twenty-plus years, has slept on and waived any such alleged rights.

From our review of the facts, contrary to the statements made in Mr. Whiteleather's September 1, 2017 letter to Grecco ("Whiteleather Letter"), it is our understanding that 21st Century Fox ("Fox") <u>does not</u> own copyright or other exclusive rights in Grecco's X-Files photographs.

Attached as Exhibit C to the Whiteleather Letter is a purported assignment of rights, dated December 6, 1994, that was signed by David Oakes, Fox's Associate Director of Legal Affairs at the time, and Maggie Hamilton as "Agent for Michael Grecco."  Ms. Hamilton did not have authority to assign Grecco's copyrights to Fox, and immediately upon learning of this purported assignment, Mr. Grecco called Mr. Oakes to advise him (and Fox) of the mistake.  Mr. Oakes acknowledged the error, and the $2,500 payment required by the assignment letter was never paid to Grecco.  This understanding was confirmed in a subsequent fax from Grecco to Mr. Oakes dated December 15, 1994.  (*See* <u>Exhibit 1</u>, attached hereto.)

**Exhibit 29**

TCF00000147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

In July 1995, Fox negotiated a "Merchandising Buy-Out" of twelve (12) of Grecco's X-Files photographs[1] in exchange for payment of $5,000.  Attached as Exhibit 2 is the invoice for this buy-out, which makes clear that the buy-out was solely for merchandising/publicity purposes.  The terms and conditions attached to the invoice also are explicit that "Michael Grecco Photography owns the copyright to the photographs."  Obviously, if Grecco had assigned all rights to Fox pursuant to the 1994 letter agreement, such a merchandising buy-out would have been unnecessary.

With respect to Exhibit D to the Whiteleather Letter – the October 16, 1998 letter from Mr. Oakes to Grecco, in which Fox granted "permission" to use one of the X-Files photos in Grecco's monograph book – that related to the publisher's requirement of securing <u>model releases</u> to each of the photos included in the book, not copyright.  Rather than provide the model releases themselves, Mr. Grecco was informed by the publisher that a letter from the television studio was sufficient for such purposes.

For further evidence that Grecco, not Fox, is the sole copyright owner in the X-Files photographs at issue, please see <u>Exhibit 3</u> attached hereto.  This is a letter, dated November 19, 1997, from Kevin Fitzgerald, Fox's Director of Photo Publicity at the time, to Attorney Stephen Spataro, who was retained by Grecco to pursue an infringement claim against, *inter alia*, Rex Features Ltd. for the unauthorized use of one of Grecco's X-Files photographs in an issue of "Voyager" magazine.  A representative of Rex Features had initially told Grecco's counsel that the photo was obtained from a third-party stock agency, Fotos International, and thus Mr. Spataro contacted Fox to confirm that was not the case.  (Exhibit 3 at 5.)  Mr. Fitzgerald's letter confirmed that Fox had not distributed any Grecco photographs to Fotos International, and included a note which states "Here are samples of how **your** material goes out from Fox photo publicity. Good luck [and] I hope you get some justice!"  (*Id*. at 2 (emphasis added).)  Mr. Oakes was cc'd on this letter.  This letter conclusively and unambiguously demonstrates that Fox has been aware of Mr. Grecco's claim to own copyrights in these photos for over twenty years, not to mention his intention to pursue claims involving infringement of his rights in these photos, and that, contrary to the recent claims and threats made for the first time in the Whiteleather Letter, Fox fully agreed with and supported Mr. Grecco's position in both regards.  Despite being aware of Mr. Grecco's claim to own copyrights in these photos twenty years ago, Fox has never challenged that claim or attempted to register its own purported rights in these photos.  Any alleged claim that Fox owned any rights in these photos thus was lost long ago.

Please review these materials and confirm that (i) Grecco owns exclusive copyrights in the X-Files photographs; (ii) Fox's rights are limited to merchandising and publicity rights; (iii) Fox will not pursue any infringement claims against Grecco related to the X-Files photographs; and (iv) Fox will not represent to any third parties that it is the exclusive rightsholder in the X-Files photographs and will not pursue infringement claims related thereto.

We also would note that Fox has not responded to our contention that it has not registered any alleged copyrights in these photos and thus its threat to sue for infringement is nothing more than

---

[1] There is a typo on the buy-out cover letter, stating that it applies to "(14) Images" rather than twelve.  The invoice itself lists the correct number.

TCF00000148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

bluster as Fox has not met the statutory prerequisite for bringing such claims.  If we are mistaken in this regard and Fox has filed any claim for registration of alleged copyrights in any of Grecco's photographs, please advise immediately and identify the relevant registrations so that we can take any necessary steps to challenge the validity of any such registrations.  In any event, given that you have continued to press a claim of copyright ownership in these photos and made additional not-so-veiled threats to attempt to damage Grecco's claims involving these works, we must reiterate our insistence that Fox confirm absolutely and unambiguously in writing that it acknowledges it has no valid claim to copyrights in these works and will refrain from making any challenges to Grecco's copyrights in these works in the future.  If Fox does not agree to provide such an acknowledgment by December 14, then Grecco will file suit against Fox seeking a declaration of his rights in these works and will seek all attorneys' fees incurred as a result of your baseless claims and hollow threats.

Sincerely,

Nate A. Kleinman, Esq.
The McCulloch Law Firm, PLLC
nate@mccullochiplaw.com

TCF00000149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 1

TCF00000150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FAXING

DAVID OAKES
ASSOCIATE DIRECTOR LEGAL AFFAIRS
TWENTIETH CENTURY FOX
2121 AVENUE OF THE STARS #547
LOS ANGELES CA 90067
310-369-2738

FAX#:    DF1118
DATE: 12/15/1994

**FAX:  310-369-4241**

DEAR DAVID,

IT WAS GREAT SPEAKING TO YOU AS ALWAYS.

I JUST WANT TO CONFIRM A FEW THINGS. I AM MORE THAN HAPPY TO LICNESE FOX IMAGES. THAT SAID AND AS WE DISCUSSED, MAGGIE HAMILTON IS NOT AUTHERIZED TO SGIN CONTRACTS FOR ME, AND AS I MENTIONED I DO NOT DO COPYRIGHT TRANSFERS OF ANY KIND.

LET ME KNOW WHAT YOU ARE THINKING OF AND WE WILL WORK IT OUT.

SINCERELY,

MICHAEL GRECCO
PRESIDENT

**TOTAL PAGES:     1**

MICHAEL GRECCO PHOTOGRAPHY    1701 PIER AVENUE  SANTA MONICA, CALIFORNIA 90405  PHONE 310 452 4461  FAX 310 452 4462

TCF00000151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## HAMILTON GRAY

*invoice*

DATE   7 July 1995                                    NUMBER   1881

SUBMITTED TO   David G. Oakes

TWENTIETH CENTURY FOX

P.O. Box #900   Beverly Hills, CA  90213-0900

PROJECT DESCRIPTION   Photography of "The X-Files" by Michael Grecco

Merchandising Buy-Out of (14) Images                    5,000.00

*Federal Id#  95-4530326*

| | |
|---|---|
| Subtotal | $5,000.00 |
| Tax | $412.50 |
| Total | $5,412.50 |
| Less Payment Rec'd | |
| Balance Due | $5,412.50 |

*819 Sixth Street Los Angeles California 90020  Fax 213 380 2906*

*213 380 3933*

TCF00000153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**STOCK INVOICE**

TO: MAGGIE  HAMILTON
DIRECTOR OF MARKETING
HAMILTON GRAY
3519 WEST SIXTH STREET
LOS ANGELES  CA  90020
213-380-3933

INVOICE#        1546
DATE:        7/4/1995
P.O.#

JOB FOR: DAVID G. OAKES
TWENTIETH CENTURY FOX

JOB TITLE:        X-FILES

DESCRIPTION:

FOR THE USE OF THE USE OF 12 "X-FILIES" IMAGES.

USE:

ALL RIGHTS ARE GRANTED TO THE CLIENT AND THE CLIENT ONLY. THESE RIGHTS MAY NOT
BE TRANSFERRED BY THE CLIENT TO A THIRD PARTY.  CLIENT MAY NOT REPRINT OR SELL
THE PHOTOS TO ANYONE.

|  |  |  |
|---|---|---|
| TOTAL |  | $5,000.00 |
| SALES TAX @ 0.00% |  | $0.00 |
| FINAL TOTAL |  | $5,000.00 |
| PAYMENT |  |  |

**NET 30 - DUE BY 8/3/95**        **BALANCE**        **U.S.**        **$5,000.00**

PLEASE MAKE CHECKS PAYABLE TO "MICHAEL GRECCO", SS# 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

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## TERMS AND CONDITIONS

1. **Acceptance of terms.** The photographs which are subject of this agreement are sent on the condition that the terms stated below are agreed to in full. Holding photographs beyond five days constitutes acceptance of these terms, including agreement to the liquidated damages provision. **If you do not agree to all the terms of this agreement, please return all photographs at once.**

2. **Copyright protection/credit line.** Client acknowledges that Michael Grecco Photography owns the copyright to the photographs and agrees to take all necessary precautions to insure protection of such copyright.
   a) For non-editorial use, client will provide copyright protection by placing proper copyright notice on any use. Proper notice is © (year) Michael Grecco.
   b) For editorial use, a credit line in the form © (year) Michael Grecco shall appear adjacent to or within the photograph itself in type no smaller than that of related text. Failure to include the foregoing shall result in a treble fee. **Client acknowledges that such treble fee is fair and reasonable for the loss of recognition and lack of copyright protection resulting from the failure to give proper copyright notice or credit line.**

3. **Scope of license.** Rights granted are for one use only (excluding buy outs). Rights granted under this license may not be assigned or transferred without written permission. Materials may not be reproduced, copied, projected, cannibalized or otherwise used without express written consent. **No rights are granted until payment is received by Michael Grecco Photography.**

4. **Model releases.** No model releases exist unless specified by Michael Grecco Photography. Client acknowledges that Michael Grecco Photography makes no warranty of model release for photographs supplied under this agreement.

5. **Notice and copies.** Client will provide Michael Grecco Photography with details of all photographs before use and provide Michael Grecco Photography with two free copies of all photographs appearing in print within seven days of printing.

6. **Return of photographs.** All photographs shall be returned undamaged within 30 days of client's receipt unless specifically agreed otherwise in writing by Michael Grecco Photography. Return of photographs must be by registered mail, air freight or bonded messenger, in all cases fully insured with return receipt requested. Client retains responsibility for safe return of photographs and liability for damage thereto until received by Michael Grecco Photography or his authorized agent. All photographs not returned within 30 days of receipt by the client will be subject to a holding charge of $5.00 per week per image unless otherwise agreed in writing.

7. **Lost or damaged photographs.** The parties acknowledge that it is difficult and impractical to determine the exact value of each photograph subject to this agreement. Therefore the parties agree that the reasonable value of each original photograph lost, damaged or altered is $1,500.00 per photograph unless another value is agreed on in writing. The parties also agree that $100.00 is a reasonable fee for each lost or damaged duplicate photograph of which Michael Grecco Photography holds the undamaged original. Acceptance of this liquidated damages provision by client is a material consideration for delivery by Michael Grecco Photography to the client of photographs governed by this agreement.

8. **Vicarious responsibility.** Client accepts responsibility and liability for all acts of its employees, agents, assigns, messengers, printers, shippers, researchers and all others acting at its request or on its behalf.

9. **Indemnity.** Client agrees to hold Michael Grecco Photography and any other photographer harmless and to indemnify them from all claims, liabilities, damages and expenses, including reasonable attorney's fees, arising out of any use of photographs supplied by Michael Grecco Photography including, but not limited to those arising from misuse of photographs, privacy claims and lack of model releases.

10. **Default.**
   a) All bills are due immediately upon receipt of the described photographs and must be paid before any use is made of photographs supplied. Use prior to full payment, or any misuse, damage or loss of photographs, will be a default under this agreement.
   b) Interest on any defaulted amount will occur from the date of first use, misuse, damage, loss or any other event until paid in full, at a rate of 1.65% monthly or the maximum rate permitted by law.
   c) A late charge of 1.65% monthly of the defaulted amount due but not paid will be assessed on the default. This late charge is intended by both parties as fair compensation to Michael Grecco Photography for the inconvenience occasioned by the default and the cost of carrying a defaulted account.
   d) All cost of collection of defaulted accounts, including interest and late charges, will be charged to client as an addition to the amount payable. These costs of collection include but are not limited to, reasonable attorney's fees and court costs.

11. **Governing Law.** This agreement is governed by the laws of the state of California.

12. **Attorney's fees.** In the event of litigation between parties to this agreement concerning the subject of this agreement, the prevailing party will be entitled to recover reasonable attorney's fees and the cost of suit from the other party.

13. **Waiver.** No action of Michael Grecco Photography other than a written waiver may be construed as waiving any part of this agreement, and no written waiver may be construed as waiving any part of the agreement beyond what it specifically covers.

14. **Arbitration.**
   a) Any controversy between the parties regarding the construction or application, and any claim arising out of this agreement or its default or breach, will be submitted to binding arbitration on written request by one party to the other.
   b) The parties will each appoint one person to hear and determine the dispute. These two arbitrators will choose a third arbitrator whose decision will be binding on both parties. The cost of any arbitration will be allocated among the parties in the proper proportions decided by the arbitrators, based on the merits of the case and each party's good faith efforts to handle the dispute.
   c) The arbitrators will be governed and enforced under the provisions of The California Arbitration Law, Code of Civil Procedure sections 1280 and following (or any other similar successor statute).

15. **Estimates.** All expense estimates are subject to normal trade variance of 10%.

16. **Copyright Jurisdiction.** Client hereby expressly consents to the jurisdiction of the Federal courts with respect to claims by Michael Grecco Photography under the Copyright Act of 1976, as amended.

17. **Overtime.** In the event a shoot extends beyond eight (8) consecutive hours, Michael Grecco Photography may charge for such excess time of assistants and freelance staff at the rate of one-and-one-half their hourly rates.

18. **Reshoots.** Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Michael Grecco Photography will charge no additional fee and Client will pay all expenses. If Michael Grecco Photography charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expenses covered by insurance. A list of exclusions from such insurance will be provided on request.

19. **Cancellations and postponements.**
   a) Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Michael Grecco Photography's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee.
   b) Weather postponements. Unless otherwise agreed, Client will be charged 100% fee if postponement is due to weather conditions while on location and 50% fee if postponement occurs before departure to location.

20. **Severibility.** If any provision is found unenforceable, the remaining terms will be unaffected and will remain in force.

21. **Time is of the essence.** Time is of the essence with respect to payment and return of materials.

22. **Buy-outs.** Notwithstanding any of the foregoing, "buy-outs" entitle client to multiple uses of the photos with copyright notices whenever published. Commercial exploitation of any part of any photo in any form is strictly prohibited.

23. **Entire agreement.** This agreement contains the entire agreement between client and Michael Grecco Photography. It supersedes all other agreements, oral and written, between them with respect to the photographs, and no other agreement between them for the subject matter of this agreement is valid or binding. This agreement may be modified only in a writing signed by both parties.

TCF00000155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

P.O. Box 900
Beverly Hills, California 90213-0900
Phone 310 369 4235

**FOX BROADCASTING COMPANY**
A UNIT OF FOX TELEVISION

Kevin Fitzgerald
Director
Photo Publicity

November 19, 1997

Mr. Stephen A. Spataro
Spataro & Associates
100 Wilshire Blvd.-Suite 200
Santa Monica, CA  90401

Dear Mr. Spataro,

As per our previous telephone conversation, I am writing to you to confirm that the FOX photo publicity department has no record of ever granting the firm Fotos International of Los Angeles any rights to distribute any photographs taken in conjunction with the publicity, advertising or promotion of the FOX Broadcasting Company series "The X-Files". Furthermore, it is our policy never to supply images from any of our programs to stock photo agencies for their resale efforts. Finally, if Fotos International came into possession of the photos from another source, the cardboard mounts on each color transparency which we distribute clearly states that the permission granted only to newspapers and periodicals to reproduce the image in question for publicity or editorial purposes in conjunction with FBC programming "must not be sold, leased or given away."

I hope this answers your questions. If I can be of further assistance, please don't hesitate to call me at (310)-369-4235.

Sincerely,

Kevin Fitzgerald
Director, Photo Publicity

cc: David Oakes
    Daphne Gronich
    Michelle Francis

A NEWS CORPORATION COMPANY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



FOX BROADCASTING COMPANY

5/13

Michael,

    Here are samples
of how your material
goes out from FOX photo
publicity.

    Good luck & I hope
you get some justice!

Kevin Fitzgerald







Exclusively for use in advertising and promotion relating to television exhibition through Fox Broadcasting Company. All other rights reserved.

© 1993 Fox Broadcasting Company

10/#22

**THE X FILES**

L:  David Duchovny as Agent Fox Mulder
R:  Gillian Anderson as Agent Dana Scully

Photo Credit: Michael Grecco / FOX



© Fox
Broadcasting
Company
All Rights Reserved

TCF00000160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

To:             **davido@fox.com**
Subject:        **Michael Grecco vs. Rex , et al**
Date sent:      **Fri, 14 Nov 1997 18:03:26**

Dear David:

Following up our discussion please send the letter we discussed to:

Stephen A. Spataro, Spataro & Associates
100 Wilshire Blvd. , Ste. 200
Santa Monica, CA  90401

Our website is spataro.com

Rex contends (we believe its a bluff) that Fox licensed Fotos
Internationl, of Los Angeles, the right  to use the subject x-file
photo  for editiorial/magazine publishing and that Fotos
International in turn sublicensed said rights to Rex.

Please send us a letter confirming that Fox's records show that no
such license was ever made and, moreover, that Fox's licensing
polices and procedures do not include such licenses to stock photo
agencies or other such photo users.  Of course please use language in
your letter that you deem accurate and appropriate.

Thanks for your help.  We will keep you informed of  the use
information that we develop in this matter.

Stephen Spataro

TCF00000161

EXHIBIT 30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**21ST CENTURY FOX**

2121 Avenue of the Stars
Suite 700
Los Angeles, CA 90067-5010
T 310 369 4065
scott.whiteleather@fox.com

**Scott Whiteleather**
Vice President
Intellectual Property

December 21, 2017

Nathaniel Kleinman
The McCulloch Law Firm, PLLC
501 Fifth Avenue, Suite 1809
New York, N.Y.  10017

Mr. Kleinman:

I am writing in response to your previous correspondence, including your letter dated November 28, 2017 to Bonnie Bogin, your email to her dated November 29, 2017 and the subsequent phone call you and she had that day in which she advised that Fox was in the process of searching its files.  I am aware that you requested a substantive response from Fox as to its position regarding ownership of Mr. Grecco's X-Files photographs by December 22, 2017.  To that end, we have carefully reviewed your November 28 letter and the associated exhibits.  In addition, we have engaged in further research of the Fox archives.  As you will see below, our records are inconsistent with your client's assumptions and contentions.

You reference the letter agreement dated December 6, 1994, signed by Ms. Hamilton as agent for Mr. Grecco, and the fax dated December 15, 1994 addressed to Fox's David Oakes from Mr. Grecco (your Exhibit 1) wherein you claim your client advised Fox that Ms. Hamilton did not have authority to sign agreements on his behalf.  As Ms. Bogin explained during your telephone call of November 29, 2017, your Exhibit 1 was not in the files we had reviewed to date and, as such, was new information to Fox.  Having now conducted what we believe is an exhaustive search for documents, we still have not located your Exhibit 1 in our files.  Moreover, the content of that fax appears to be in conflict with documents we do have in our records.

Attached as "Exhibit A" you will find a copy of check number 570149 from Twentieth Century Fox Film Corporation to Michael Grecco Photography dated December 27, 1994 in the amount of $2,500.  The note on the check stub reads: "PAYMENT DUE UPON SIGNATURE OF LETTER AGREEMENT 12/6/94 XFILE".  Attached as "Exhibit B" you will find a check request form from David Oakes dated December 21, 1994 in connection with this payment to Mr. Grecco which also instructs; "Payment due upon signature of letter agreement dated December 6, 1994 – X-Files".  Attached as "Exhibit C" you will find a copy of the executed agreement dated December 6, 1996.

**Exhibit 30**

TCF00000166

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Additionally, with respect to the validity of the December 6, 1994 agreement and Ms. Hamilton's authority to sign it, please see the internal "Vendor Short Name Lookup" attached as "Exhibit D". The handwritten notes on this document reflect that Mr. Grecco was in direct communication with Fox on or about December 20, 1994 and that Mr. Grecco instructed Fox to send the check in question (i.e., the check for full payment pursuant to the 12/6/94 buy-out agreement) in care of Keswich Hamilton Agency.

If, as you have asserted, the fax dated December 15, 1994 was sent to David Oakes at Fox, none of the subsequent documentation would make sense particularly in light of the date stamp showing that the signed agreement was received in the office of David Oaks on December 20, 1994. Therefore, we have concluded that this fax, whenever actually created, was never sent to Fox and the position stated therein was never communicated by Mr. Grecco to Fox.

In addition, you refer to a "Merchandising Buy-Out" of twelve (12) of Mr. Grecco's X-Files photographs, which you contend is supported by the documents attached as Exhibit 2 to your letter. Included as part of your Exhibit 2 is a separate page entitled "Terms and Conditions." As I am sure you are aware, however, no reference to Fox appears anywhere on that document and there is no evidence in Exhibit 2 to suggest that it was attached to, or included with, either invoice from Hamilton Gray to Fox in connection with the images. Nor have we located such Terms and Conditions in our files.

You also contend in the footnote of your letter that the reference to fourteen (14) images in the "buy-out cover letter" is a typo. At the outset it should be noted that the Invoice #1546 dated July 4, 1995 from Hamilton Gray to Fox references 12 "X-Filies [sic] Images" whereas the later "Invoice #1881" dated July 7, 1995 from Hamilton Gray to Fox (which you refer to as a cover letter) references 14 Images and includes $412.50 in tax making the total payable to Mr. Grecco $5,412.50.

The controlling agreement with respect to the buy-out of the 14 images, however, is the agreement dated June 29, 1995 (attached hereto as "Exhibit E") which assigns "all right, title and interest" to Fox in fourteen (14) photographs. Logically, Exhibit E would be the operative document for a negotiation concluded on June 29, 1995 and invoiced initially by Hamilton Gray on July 4, 1995, which invoice was revised on July 7, 1995 to reflect the addition of tax on the total original amount and the correction in the number of images purchased.

Further supporting this conclusion, attached as Exhibit F is a copy of a transmittal letter dated August 16, 1995 from David Oaks to your client c/o Hamilton Gray which references "check no. 030465 in the amount of $5,412.50 which is the payment due you pursuant to the Agreement, dated June 29, 1995, between you and Twentieth Century Fox Licensing & Merchandising with respect to 14 photograph transparencies of David Duchovny and Gillian Anderson in connection with the television series "The X-Files'. " This transmittal letter and the check referenced therein confirms the purchase of the 14 images referenced in the corresponding invoice, #1881.

2

TCF00000167

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Contrary to your position that Fox only bought the rights to a limited number of photographs (12 according to you, and 14 according to our records) taken by Mr. Grecco at the Season One gallery shoot, our review of the records leads us to conclude that the 14 photographs in question are unrelated to the gallery photos which were paid for by the check attached as Exhibit A and pursuant to the terms of the December 6, 1994 agreement. Since Fox previously purchased the rights in the gallery photos, the most logical inference is that the 14 photos purchased from Mr. Grecco in connection with the June 29, 1995 agreement were images from a subsequent photo shoot.

Finally with respect to the agreement of June 29, 1995, which is signed by Margaret Hamilton of Hamilton Gray, it is baffling that Ms. Hamilton would be allowed by Fox to sign on behalf of Mr. Grecco if, as you contend, Mr. Grecco had informed Fox by fax to David Oakes in December 1994 (which fax, as I said, is not in Fox's files) that Ms. Hamilton was not authorized to execute such agreements on Mr. Grecco's behalf. David Oakes represented Fox on both the 1994 and 1995 agreements.

You cite as further evidence of Mr. Grecco's ownership the letter dated November 19, 1997 from Kevin Fitzgerald to Stephen A. Spataro. This position is simply not supported by the text of the letter. Specifically Mr. Fitzgerald states that Fox did not grant permission to the stock photo house Fotos International for the purpose of subsequent sale or licensing to third parties. Nothing in the letter supports the position that your client owns the copyright to all gallery photos your client took on the set of the X-Files. Moreover, the letter does not identify the images in question, so it is possible that the photos allegedly being used by Fotos International were images owned by Mr. Grecco (i.e., photos other than the Gallery Photos and the additional 14 photos later purchased by Fox). Not knowing the photos that were at issue in 1997, Fox cannot offer any further insight in that regard.

Finally, your assertion that the handwritten note conclusively and unambiguously demonstrates the copyright ownership of your client does not follow. In fact, Fox suggests that the opposite is true based on the copyright notice that appears on both the print and the slide which clearly identifies Fox Broadcasting Company as the copyright proprietor.

You acknowledge, your client sought approval from Fox in 1998 for use of the "doorway" photo in the monograph. As you know, the "doorway" photo is from the gallery photo shoot which is the subject of the December 6, 1994 agreement. Your assertion that the letter dated October 16, 1998 relates only to model releases, rather than to copyright rights in the photograph, is misplaced. The letter is clear and unambiguous where it states, "Adjoining the photo, or in the credits section within the book, you should receive a photo credit, of course, and the following notice should appear: © Twentieth Century Fox Film Corporation. All Rights Reserved. Used by Permission. If space does not allow, you may use a shorter version: © Fox."

The above sets forth Fox's position based on the documents you and we have now exchanged. In short, it is basically the same as that laid out in my initial letter to you, with the exception of our additional rights in and to the 14 photographs acquired pursuant to the June 29, 1995 agreement.

TCF00000168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

I hope that you find this information helpful and that you agree that your client's rights in the X-Files photographs are limited to the photographs he may have taken after the parties entered into the December 6, 1994 agreement (but excluding the additional 14 photographs purchased by Fox in 1995). If, however, you have any additional documents, including any records regarding the 14 photos that are the subject of the June 29, 1995 agreement or documents showing that the purported December 15 1994 fax was in fact sent by Mr. Grecco to David Oakes which you believe raise issues with my analysis of Fox's ownership rights, please provide us with that information at your earliest convenience and we will consider it. Also, please feel free to call me if you feel it would be easier to discuss any thoughts you have regarding this matter by phone. In that regard, please note that our office will be closed for the holidays from December 22 until January 2.

This letter is not intended and should not be construed as an exhaustive statement of Fox's rights, defenses and contentions of fact or law, all of which are expressly reserved.

Cordially,

Scott L. Whiteleather

cc: Bonnie Bogin

4

TCF00000169

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT E

TCF00000179

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



David G. Oakes
Counsel
Legal Affairs

June 29, 1995                                    <u>VIA MESSENGER</u>

MICHAEL GRECCO
c/o Hamilton Gray
3519 West Sixth Street
Los Angeles, California 90020

Re:    "THE X-FILES"/Photographs

Dear Michael:

This letter shall serve to confirm the understanding between you and Twentieth Century
Fox Licensing and Merchandising, as Administrator for Twentieth Century Fox Film
Corporation ("Fox") with respect to fourteen (14) photograph transparencies heretofore
created by you of the actors David Duchovny and Gillian Anderson in connection with the
television series "THE X-FILES" ("the Photographs"). (Color photocopies of the
Photographs are attached hereto and all other transparencies submitted by you for Fox's
consideration are returned to you herewith.) Upon your signing this letter, and Fox's
payment to you of $5,000 you acknowledge and agree that you have assigned all right,
title and interest in the Photographs to Fox and that the Photographs are the sole property,
under copyright, of Fox. Fox is free in its sole discretion, without further compensation to
you, to utilize and exploit the Photographs worldwide, in perpetuity, in any manner it may
deem appropriate, including without limitation, uses on or in connection with
merchandising, commercial tie-in, advertising, promotion, and literary publishing activities
arising out of or related to "THE X-FILES" television series. For further clarification, but
without in any manner limiting the rights you have assigned to Fox, Fox shall exclusively
own and control the following rights:

    (a)    "Merchandising Rights": The right to license, manufacture, distribute and
    sell articles of merchandise and/or products (including, but not limited to, toys,
    board and video games, video and audio cassettes and/or discs, novelties, trinkets,
    souvenirs, wearing apparel, fabric, foods, beverages and cosmetics) and the right to
    license, distribute and sell services, which embody on or in such merchandise,
    products or services the Photographs and the right to publish, distribute, and sell
    souvenir programs, picture books, comic books, post cards, photo novels,
    illustration books and activity books or booklets which utilize the Photographs
    thereon or therein.

    (b)    "Commercial Tie-In/Promotion Rights": The right to license the use of the
    Photographs in connection with the advertising, publicizing, promoting and or

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

packaging of merchandise, products or services and/or premiums and/or promotions.

(c)   "Literary Publishing Rights": The right to publish and distribute for sale to the public hardcover or soft-cover publications, whether printed or in electronic format (including novelizations, screenplays, teleplays) using the Photographs, other than in publications included within Merchandising Rights.

(d)   All advertising, publicizing and promotion rights in connection with the foregoing rights, and otherwise, including but not limited to, billboard advertising, consumer and trade magazine and newspaper advertising, television advertising, computer on-line services advertising, convention and trade show advertising, video and audio cassette advertising.

In connection with any publishing endeavors which Fox may undertake relating to "THE X-FILES" television series, Fox will use all reasonable efforts to arrange to accord you a printed photo credit should any Photograph created by you be utilized in such endeavors.

Fox has no objection to you retaining copies of the Photographs to be included and exhibited as a part of your portfolio of photographic works. However, you agree not to reproduce, distribute, sell or otherwise use the Photographs for any other purpose without Fox's express written approval.

Please acknowledge your acceptance of the foregoing by signing four copies of this letter in the appropriate space below. Please retain one copy of the letter for your files and return three copies to the undersigned. Upon Fox's receipt of three copies of this letter signed by you, the aforementioned payment will be forwarded to you.

Very truly yours,                                    ACCEPTED AND AGREED:

David G. Oakes                                      Michael Grecco

enc.

cc:   L. Cohn            (all n/e)
      C. Irwin
      M. Malone
      A. Ovadia
      J. Samson
      L. Temmins
      Central Files

TCF00000181

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT F

TCF00000182

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Beverly Hills, California 90213-0900

Phone 310 369 2738 • Fax 310 369 4241

**TWENTIETH CENTURY FOX
LICENSING & MERCHANDISING**
A UNIT OF FOX FILMED ENTERTAINMENT

David G. Oakes
Counsel
Legal Affairs

August 16, 1995

**VIA COURIER**

MICHAEL GRECCO
c/o Hamilton Gray
3519 West Sixth Street
Los Angeles, California 90020

Re:    "THE X-FILES"/Photographs

Dear Michael:

Enclosed, please find check no. 030465, in the amount of $5,412.50, which is the payment due you pursuant to the Agreement, dated June 29, 1995, between you and Twentieth Century Fox Licensing & Merchandising with respect to 14 photograph transparencies of David Duchovny and Gillian Anderson in connection with the television series "THE X-FILES".

Very truly yours,

David G. Oakes

enc.

cc:    L. Cohn         (all n/e)
       J. Samson
       J. Sebree
       Central Files

RECEIVED

AUG 2 1 1995

LT550V01.DGO 08-16-95
"THE X-FILES"/Michael Grecco

A NEWS CORPORATION COMPANY

TCF00000183

EXHIBIT 31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**NEW YORK CITY**
501 Fifth Avenue, Ste. 1809
New York, NY 10017
212.355.6050

**SEATTLE**
1455 NW Leary Way, Ste. 400
Seattle, WA 98107
646.704.2278

January 11, 2018

**VIA EMAIL**

Scott L. Whiteleather
VP Intellectual Property
21st Century Fox
2121 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
scott.whiteleather@fox.com

**Re:  Michael Grecco's X-Files Photographs**

Mr. Whiteleather,

As you know, this firm represents photographer Michael Grecco and Michael Grecco Productions, Inc. ("Grecco").  I write in response to your letter dated December 21, 2017 (the "Letter") and respective exhibits attached thereto.

First, it should be noted that our client was not aware, and has never seen, the letter agreement dated June 29, 1995 (your "Exhibit E") signed by Maggie Hamilton which you contend assigned Mr. Grecco's copyrights to certain X-Files photographs to Fox.  It is unclear why Fox would have entered into a second agreement in June 1995 if, as you contend, it already had purchased "all right, title and interest" to "any and all photographs heretofore created by you of or in connection with the television series 'THE X-FILES'" in December 1994.  You assert that "the most logical inference is that the 14 photos purchased from Mr. Grecco in connection with the June 29, 1995 agreement were images taken by Mr. Grecco at some time(s) between December 6, 1994 and June 29, 1995" (Letter at 3), however, you have not produced any documents demonstrating which photos Fox allegedly "purchased" in 1994 versus 1995, and our client has no record of licensing an additional 14 photos from a subsequent photo shoot.

If Fox had purchased "all right, title and interest" to 14 of Grecco's photographs in June 1995, surely it would have a copy of those specific photographs in its records.  <u>Please produce copies of all Grecco photographs in which you contend Fox owns copyright within one week of receiving this letter.</u>

It is telling that the June 1995 "assignment" letter/agreement was again signed by Maggie Hamilton, and not Mr. Grecco himself.  As I explained in my prior letter, Maggie Hamilton was *not* authorized by our client to sign contracts on his behalf, and particularly one purporting to assign Mr. Grecco's entire copyrights.  As such, Ms. Hamilton would not qualify as a "duly

**Exhibit 31**    TCF000001

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

authorized agent" under Section 204 of the Copyright Act.  Moreover, the terms and scope of the letter agreement – even if validly signed – are facially ambiguous.  If Mr. Grecco truly had agreed to assign his *entire copyright interest* to Fox, there would be no need to itemize the specific rights granted, namely, commercial merchandising and advertising rights, as spelled out in each of these letters.  If your position were correct, those terms would be entirely superfluous.  In short, the purported letter-agreement assignments, which were not signed or agreed to by Mr. Grecco himself, simply would not pass muster as valid and enforceable assignments of copyright.  *See, e.g., Effects Assocs., Inc. v. Cohen*, 908 F.2d 555, 557 (9th Cir. 1990) ("Section 204 ensures that the creator of a work will not give away his copyright inadvertently and forces a party who wants to use the copyrighted work to negotiate with the creator to determine precisely what rights are being transferred and at what price. . . . The rule is really quite simple: If the copyright holder agrees to transfer ownership to another party, that party must get the copyright holder to sign a piece of paper saying so.").

Our client does not dispute that Fox was granted certain rights, including merchandising, publicity, and advertising rights, in the X-Files photographs.  But he did not, and has never, intentionally transferred his copyrights to any studios for which he was hired to shoot photographs.  <u>Moreover, both Fox and Grecco have been operating under such an understanding since that time.</u>  Regardless of what the letters say, the fact of the matter is that Fox has known, at least as early as 1997, that Mr. Grecco has asserted copyright ownership and pursued claims of infringement in the X-Files photographs.  Attached as <u>Exhibit 1</u> is a fax dated August 11, 1997, from Mr. Grecco's prior counsel, Stephen Sparato, to David Oakes at Fox, confirming Mr. Grecco's claim of copyright infringement against Rex Features Ltd. with respect to one of the X-Files photographs.  Enclosed with this fax was a letter dated July 11, 1997, from Mr. Sparato to Michael Selby of Rex Features, in which Mr. Sparato states that "Mr. Grecco is the copyright owner of the Photographs[1] and he licensed Fox Broadcasting Company the right to reproduce and use the Photographs for certain advertising, promotion and merchandising related to the television exhibition of The X Files through Fox Broadcasting Company.  All other rights, including the copyright, were reserved by Mr. Grecco."

Also attached hereto as <u>Exhibit 2</u> is a fax sent to Mr. Oakes by Grecco, dated August 12, 1998, in which he provided the usage documentation that had been obtained from Rex Features at that time.  This fax confirms the understanding that Fox's rights were limited to merchandising only, as Mr. Grecco stated, "I hope this can help you with any unauthorized merchandising of the images.  It does appear that they were strictly editorial uses though."

Mr. Oakes never disputed the statements made in either of these communications, or otherwise objected to Mr. Grecco's pursuit of copyright infringement claims.  Indeed, until recently, Fox has *never* objected to or challenged Grecco's copyright ownership in the X-Files photographs, despite knowing that he has pursued infringement claims thereto, and has at times *cooperated* with such efforts.  Such conduct most certainly constitutes a forfeiture of any purported rights Fox claims to own.  Nor has Fox challenged any of Grecco's registrations with the U.S. Copyright Office.  Even

---

[1] Previously defined in the letter as "photographs [created by Grecco] depicting David Duchovny, as Agent Fox Mulder, and Gillian Anderson, as Agent Dana Scully, in connection with the Fox Broadcasting Company television episode, 'The X Files[.]'"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

if Fox wanted to assert its purported copyrights in court, it would first have to attempt to register those rights.  *See* 17 U.S.C. § 411(a); *see also Techniques, Inc. v. Rohn*, 592 F. Supp. 1195, 1197-98 (S.D.N.Y. 1984) ("There appears to be no provision [in the Copyright Act], however, for a plaintiff not owning a Registration for the work at issue in an infringement action to challenge the validity of a Registration owned by a defendant. Indeed, it appears that the only remedy for the non-registrant is to apply for registration and if the application is denied, the applicant may seek a writ of mandamus against the Register of Copyrights.") (citing, *inter alia*, *Esquire, Inc. v. Ringer*, 591 F.2d 796 (D.C. Cir. 1978)).  As I have stated previously, we are not aware of any copyright registrations obtained by Fox for any X-Files photographs – which makes your previous threat of pursuing statutory damages and attorney's fees in your September 1, 2017 letter particularly egregious and hollow.

Our client maintains his position that he is the rightful copyright owner in all X-Files photographs taken by him for Fox's publicity purposes, and that any purported assignment of his copyrights was ineffective and/or unenforceable.  Mr. Grecco respects Fox's merchandising and publicity rights to the photographs, and will not pursue any infringement claims against a valid sublicensee of those rights.  But Fox also must respect Mr. Grecco as the copyright owner, as it has done for the last 20 years.

Short of litigating this issue in a declaratory judgment action, our client demands that Fox confirm, in writing, that Grecco owns copyright in all X-Files photographs taken by him and licensed to Fox for merchandising.  Upon such confirmation, Grecco will likewise agree, in writing, to contact Fox prior to pursuing further infringement claims in order to determine if such user is a valid sublicensee of Fox.

Please let me know if you would like to discuss any of the above.  Our client reserves all rights.

Sincerely,

Nathaniel Kleinman, Esq.
The McCulloch Law Firm, PLLC
nate@mccullochiplaw.com

TCF000003