EXHIBIT 32



Exhibit 32

Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 1 of 14.
CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GRECCO000058



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 2 of 14.



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 3 of 14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000060



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 4 of 14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GRECCO000062



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 6 of 14.
CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GRECCO000063



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 7 of 14.
CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000064



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 8 of 14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 9 of 14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 10 of 14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000067



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 11 of 14.





Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 12 of 14.





Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 13 of 14.




CONFIDENTIAL - ATTORNEYS' EYES ONLY

GRECCO000070



Exhibit A to Fox-Grecco Release and Settlement Agreement dated March 13, 2019. Page 14 of 14.

**Signature:**

**Email:**  michael@michaelgrecco.com

**Signature:**  *Scott L. Whiteleather*
Scott L. Whiteleather (Mar 19, 2019)

**Email:**  scott.whiteleather@fox.com

MG     *SLW*
        SLW

**Release And Settlement Agreement**

This Release and Settlement Agreement ("Settlement Agreement") is entered into as of March 13, 2019.

Whereas in or about August 1993, and Twentieth Century Fox Film Corporation (hereinafter "Fox"), engaged Michael Grecco, (hereinafter "Grecco"), to take certain photographs related to Fox's television series entitled *The X-Files*, herein referred to as the "Gallery Photographs," and

Whereas Grecco was an independent contractor and the Gallery Photographs were not created as works made for hire, and

Whereas Grecco was the owner of copyright in all of the Gallery Photographs when the Gallery Photographs were created, and

Whereas Grecco and Fox, through written exchanges and discussions, entered into a non-exclusive license agreement in or about December, 1994, pursuant to which Fox was granted worldwide, non-exclusive, fully paid, perpetual, advertising and publicity use of the Gallery Photographs, including the right to sublicense the Gallery Photographs for advertising and publicity purposes including, e.g., to Fox's vendors, advertisers, promoters and exhibitors, for such advertising and publicity purposes (herein the "AP Agreement)," and

Whereas Grecco and Fox thereafter, through written exchanges and discussions, in or about June of 1995, entered into a fully paid irrevocable assignment agreement (hereinafter the "All Media Agreement") in connection with fourteen (14) of the Gallery Photographs herein identified in Exhibit A (herein the "14 All Media Photographs"), and

Whereas at all times following the parties entering into the All Media Agreement, Grecco retained and continues to retain all right, title and interest in and to the Gallery Photographs with the exception of the 14 All Media Photographs (hereinafter the "Remaining Gallery Photographs"), and

Whereas there may, or may not, be uses of certain Gallery Photographs, outside the permissible scope of the AP Agreement and All Media Agreement, (herein referred to as the "Questioned Uses"), there being no admission of liability or wrongdoing, and

Whereas the parties wish to acknowledge and confirm the existence and validity of the AP and All Media Agreements, and wish to avoid any confusion, or misunderstanding, or legal disputes that might result from past dealings, paper work, drafts, modifications, signed papers, cancelled papers, and verbal conversations, that they had and that lead to their final understanding within the AP and All Media Agreements, so there is no dispute in the future concerning the scope of the same, and wish to also resolve any claims concerning the Questioned Uses,

1

MG        SLW

CONFIDENTIAL - ATTORNEYS' EYES ONLY          GRECCO000074

Now therefore, in consideration of the mutual promises and covenants herein contained and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows.

1. Neither party disputes or repudiates, or shall in the future dispute or repudiate, that in or about December of 1994, they entered into the A&P Agreement, and that the same provides for, and only for, Fox's non-exclusive advertising and publicity use, in perpetuity in all media now known or hereafter devised, throughout the world, of the Gallery Photographs (and that it does not include editorial, merchandising, or any other rights) ("Permitted Non-Exclusive Uses").

2. Neither party disputes or repudiates, or shall in the future dispute or repudiate, that in or about June of 1995, they entered into the All Media Agreement, and that the same provides for an assignment by Grecco to Fox of all right, title and interest including, without limitation the copyright in and to the 14 All Media Photographs.

3. The recitals of this Settlement Agreement are representations concerning the binding relationships previously entered into by the parties and the parties confirm that there are no other, or different, binding agreements, and, further, that there are no exclusive, or non-exclusive licenses, between them concerning the Gallery Photographs, except for the non-exclusive licenses acknowledged in Paragraph 1, above. The parties stipulate that any other agreements or purported agreements, or drafts thereof, signed, or unsigned, if any exist, or existed, were void, ab initio, and were superseded by the AP and All Media Agreements, the scope of which are properly recounted in Paragraphs 1 and 2 above.

4.   While Fox owns and controls all of the rights in the 14 All Media Photographs, nothing herein prevents Grecco from licensing for advertising, publicity, merchandising, or other purposes, any other photographs that may bracket or be substantially similar to or even visually indistinguishable from the 14 All Media Photographs. Grecco further quitclaims and relinquishes to Fox any and all rights, if any, including but not limited to copyright, in perpetuity, that he currently retains to the 14 All Media Photographs. Nothing herein is intended or shall be construed as a grant or license by either party to the other of any rights of any persons depicted in the Gallery Photographs, including but not limited to rights of publicity.

5. Grecco represents and warrants that he has not granted or assigned the copyright or any other exclusive rights in or to the 14 All Media Photographs, or any of them, to any third party.

6. Be it known that in consideration of the parties' promises and undertakings to each other, and the confirmation of rights and the mutual releases hereunder, Grecco and Fox do hereby unconditionally and irrevocably mutually release, discharge, acquit, and forgive each other, and each other's predecessors, successors, subsidiaries, affiliates, officers, directors, employees, attorneys, insurers, agents, representatives and assigns, past, present or future, from all actions, causes of action, suits, debts, liabilities, contracts,

2    SLW
     MG                    SLW

CONFIDENTIAL - ATTORNEYS' EYES ONLY          GRECCO000075

obligations, controversies, judgments, executions, claims, losses, costs and demands both in law and in equity (including, without limitation, copyright claims and trademark claims) which they have or may have against each other, whether asserted or un-asserted, anywhere in the world, based on or arising from the Questioned Uses to the extent such uses commenced prior to the date hereof, including but not limited to any of the Questioned Uses that commenced prior to the date hereof and continue after the date hereof (herein the "Released Matters"). For the avoidance of doubt, no release, discharge, forgiveness, or acquittal is given by Grecco to Fox, or by Fox to Grecco, for unauthorized uses that commence after the date hereof or that occur in new forms or iterations after the date hereof, and any uses and iterations that commence after the date hereof are not Released Matters.

7. Grecco certifies that he has read the following provisions of California Civil Code Section 1542:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his settlement with the debtor."

Grecco intentionally and knowingly waives application of the California Civil Code Section 1542, and any other statute or common law principle of similar effect, as to the Released Matters. Grecco understands and acknowledges that the significance and consequence of this waiver of California Civil Code Section 1542 is that even if Grecco should eventually suffer damages arising out of the Released Matters, Grecco will not be able to make any claim for the damages for the Released Matters. Grecco acknowledges that he intends these consequences even as to claims for damages that may exist as of the date of this agreement that are within the Released Matters but which Grecco does not know exists, and which, if known, would materially affect Grecco's decision to execute this agreement, regardless, of whether Grecco's lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

8. The terms of this Settlement Agreement shall be kept confidential, provided that the parties may disclose, in sum and substance, that there was a copyright dispute that was amicably resolved, and except that the parties may disclose the contents of this agreement to their attorneys, tax accountants, upon court order, in the course of civil discovery, or for the purpose of resolving a dispute or claim concerning ownership of rights, provided that each will make a good faith effort in the context of litigation to notify the other party within a reasonable period of time so that the other may seek a protective order if they choose, and if a protective order is timely sought by that other party (within 14 days of their receipt of notice), disclosure will be withheld until the court rules upon the protective order, or the other party fails to timely seek one, whichever occurs first.

9. In the event a dispute arises under or related to the subject matter of this Settlement Agreement, the parties agree to resolve the same by binding arbitration in accordance with the rules of the American Arbitration Association, in New York, before a single

3      
MG   SLW

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GRECCO000076

arbitrator whose decision shall be final, binding, and enterable into any court of competent jurisdiction.

10. This Settlement Agreement shall be governed by, and interpreted in accordance with, California law.

11. Grecco and Fox shall bear their own costs and attorney's fees, if any, which they may incur or may have incurred, in connection with the Released Matters to the date hereof. In the event of a breach of this Settlement Agreement by Fox, pursuant to which Grecco engages counsel to enforce any provision of this Settlement Agreement, Fox shall be liable to reimburse Grecco for any actual legal fees and or costs that Grecco incurs, as and when the same are incurred.

12. Fox covenants and agrees that Fox shall not hereafter oppose Grecco's claims to ownership of the rights in the Remaining Gallery Photographs. Fox further agrees and acknowledges that the scope of Grecco's license to Fox in the Remaining Gallery Photographs is limited to the Permitted Non-Exclusive Uses, which, for the avoidance of doubt, permits all advertising and publicity uses, including but not limited to retrospective advertising and publicity uses and archival advertising and publicity uses.

13. Grecco covenants and agrees that Grecco shall not hereafter make any use of, or license any third party to make any use of or reproduce, the 14 All Media Photographs or any of them.

14.  If either party becomes aware of any breach of this Settlement Agreement by the other party, the aggrieved party will give written notice to the other party and the other party shall have ten (10) business days to cure the breach before the aggrieved party will commence formal legal action in accordance with Paragraph 8.

15.  Notices

To Fox:        Twentieth Century Fox Film Corporation
               SVP of Legal Affairs
               10201 West Pico Blvd
               Los Angeles, CA 90035

cc:            scott.whiteleather@fox.com

To Grecco:

               Michael Grecco
               3103 17th Street
               Santa Monica, California 90405

cc:             James Silverberg <jls@ipg.law>

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY          GRECCO000077

16.  This Settlement Agreement will be binding upon and inure to the benefit of each of the party's respective heirs, executors, successors and assigns.

In witness whereof, the parties affix their hands as follows:

Michael Grecco:                         Twentieth Century Fox Film Corporation

By:                                     By:

Michael Grecco                          Scott L. Whiteleather
_____                  _____
Print Name                              Print Name


_____                  *Scott L. Whiteleather*
                                        Scott L. Whiteleather (Mar 20, 2019)
                                        _____
Signature                               Signature

Date: 3/15/2019                         Date: 3/20/2019

5

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GRECCO000078

EXHIBIT 33

| Inf. | Grecco Original Photos | Infringing Uses and Medium |
|------|------------------------|----------------------------|
| 1 | Scully and Mulder, with flashlight | Book: The X-Files #8 Voltage |
|  |  |  |
|  | Scully and Mulder, with flashlight | Trading Card |
|  |  |  |
| 2 | Monster behind | Trading Card |
|  |  |  |
| 3 | Monster behind- stand face each other, Mulder looks off | Book: The X-Files #6 Shapes (note- different languages) |
|  |  |  |
|  | Monster behind | Chrome Print- Season 2 (numbered prints) |


Exhibit 33

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | | |
| 4 | Monsters Arms | Book: The Truth Is Out There (The Official Guide to the X-Files by Brian Lowry |
| | Monsters Arms | Halogram card |
| 5 | Stage Kneel | Trading Card |
| | Stage Kneel | Book: The X-Files #7 Fear |



| | | |
|---|---|---|
| | | |
| | Stage Kneel | The X-Files Comic Digest 2: Dead to the World |
| 6 | Cloth Coast Gillian Arms Crossed | Audiobook: The X-Files Whirlwind, Book 2 by Charles Grant. |
| | Cloth Coast Gillian Arms Crossed | Audiobook: The X-Files Fight the Future, Book 7 by Elizabeth Hand |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | Cloth Coast Gillian Arms Crossed | Unknown- IDW X Files Season 10 |
| 7 | Cloth Gillian Side | Trading Card (front) |
| | Cloth Gillian Side | Trading Cards- photo used on the back of 32 different trading cards |
| 8 | Cloth Gillian Side Mulder Slight Head Tilt | Book: The X-Files #3 Tiger, Tiger |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| 9 | Cloth Mulder Behind Gillian #1 | Press Kit |
| | Cloth Mulder Behind Gillian #1 | Audio Book: Ground Zero, The X-Files, Book 3 by Kevin Anderson |
| 10 | Cloth Mulder Behind Gillian #2 | Trade Card |
| | Cloth Mulder Behind Gillian #2 | Comic: The X-Files Comic Digest:#5 Firebird (Part 2 of 3) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Cloth Mulder Behind Gillian #2 | Comic: Topps Comics X-Files Collection- Seven Stories (1995) |
| 11 Desk Gillian Sit #1 | Comic: The X Files Classics- Season 1, Volume 1 |
| Desk Gillian Sit #1 | Trading Cards |



| | Desk Gillian Sit #1 | Press Kit |
|---|---|---|
| 12 | Desk Gillian Sit #2 | 8x10 Promotion Still distributed by Fox |
| 13 | Desk Gillian Sit CU #1 | Trading Card |
| 14 | Desk Gillian Sit CU #2 | Press Kit |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 15 | Desk Gillian Sit Mulder Stand Behind | Post Card- Promotion Still photograph distributed by Fox |
| |  |  |
| | Desk Gillian Sit Mulder Stand Behind | Trade Card |
| |  |  |
| 16 | Desk Mulder CU | Trade Card |
| |  |  |
| | Desk Mulder CU | Book: The Duchovny Files by Paul Mitchell |
| |  |  |
| 17 | Desk Mulder Sit Gillian Stand #1 | Book: The X-Files #2 Darkness Falls (multiple languages) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| |  |  |
| | Desk Mulder Sit Gillian Stand #1 | Post Card- Promotion Still Photograph distributed by Fox |
| 18 |  Desk Mulder Sit Lean Gillian Stand close |  8x10 Still Photograph distributed by Fox |
| 19 |  Desk Mulder Standing Lean On Desk #2 |  8x10 Still Promotion Photograph distributed by Fox |
| 20 |  Desk Mulder Standing Lean On Desk #3 |  8x10  Still Promotion Photograph distributed by Fox |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | | |
| | Desk Mulder Standing Lean On Desk #3 | Comic, X-Files #3 (March 1995, Topps) |
| | | |
| 21 | Desk Mulder Standing Lean On Desk #4 | Comic: The X Files Classics- Season 1, Volume 1 |
| | | |
| | Desk Mulder Standing Lean On Desk #4 | Trading card |
| | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | Desk Mulder Standing Lean On Desk #4 | Comic: The X Files- Season 10, #20 (variant cover) |
| |  |  |
| 22 | Desk Mulder Standing Lean On Desk #5 | Comic: The X Files- Season 10, #19 possible variant cover |
| |  |  |
| 23 | File Cabinet Both Mulder Leans Scully Arm Crossed | Comic: The X Files- Season 10, #11 IDW Ottawa Comic Con Exclusive Photo Variant |
| |  |  |
| 24 | File Cabinet Gillian #1 Folder In Hands | 8x10  Still Promotion Photograph distributed by Fox |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| 25 | File Cabinet Gillian #2 Hair Up | Press Kit |
| 26 | File Cabinet Mulder Coat On | Trading cards- same image used on 6 different trading cards |
| 27 | Grid #1 Muller Lip Hid | Book: The X-Files #4 Squeeze |
| | Grid #1 Muller Lip Hid | Book: The X-Files #6 Tooms |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Grid #1 Muller Lip Hid | Comic: The X-Files Special Edition #1 |
| Grid #1 Muller Lip Hid | Comic Collection box |
| Grid #1 Muller Lip Hid | Trade Card |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Grid #1 Muller Lip Hid | Super Premium Trade Card |
|---|---|---|
| |  |  |
| | Grid #1 Muller Lip Hid | 8x10 distributed by Fox |
| |  |  |
| 28 | Grid #2 | 8x10  Still Promotion Photograph distributed by Fox |
| |  |  |
| 29 | Grid #3 Heads apart stern | Trading Card |
| |  |  |
| | Grid #3 Heads apart stern | Comic: The X-Files Season 11, Issue #8 "Endgames" Part 3 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | Grid #3 Heads apart stern | Magazine: Wrapped in Plastic, No 12, Special X-Files Issue (1994) |
| 30 | Grid #4 Mulder Chin Down | The X-Files Classics Season 1, Volume 2 |
| | | Collection Car |
| 31 | Grid #          5 | ds Box Cover- X Files Master Visions Collector Cards Premiere Edition |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Grid #5 | The X-Files "Firebird" Trading Card |
| Grid #5 | Comic: Unknown (language other than English) |
| Grid #5 | X files Topps Trading Card 3 Ring Binder |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | Grid #5 | Trading Card |
| 32 | Hallway #1 | Book: The X-Files #5 Humbug |
| | Hallway #1 | Post Card- Still Promotion Photograph distributed by Fox |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Hallway #1 | Book: Dossier Gillian Anderson by Marc Shapiro |
| Hallway #1 | Comic: The X-Files, Season 10, #25 |
| Hallway #1 | Trading Card |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | Hallway #1 | Comic: The X-Files "Firebird" The Conclusion |
| |  |  |
| 33 | Hallway #2 | Book: Goblins (different languages) |
| |  |  |
| | Hallway #2 | Book: Whirlwind (different languages) |
| |  |  |
| | Hallway #2 | Book: Goblins & Whirlwind |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| 34 | Hallway #3 Back to Back | 8x10 Still Promotion Photograph distributed by Fox |
| 35 | Hallway #4 | Book: The Declassified X Files by Frank Lovece |
| | Hallway #4 | Comic: The X Files, Season 10 Issue #4 |
| | Hallway #4 | Cinescape Magazine- X Files. Nov 1994 issue |



| | | | |
|---|---|---|---|
| | | Hallway #4 | Trading Card poster or advertisement |
| 36 | | Hallway #5 | Trading Card |
| 37 | | Hallway #6 | Magazine: The X Files Magazine, Official Collectors Edition #2 |
| 38 | | Overhead #1 | Audio Book: Book 1 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | Overhead #1 | Audio Book: Antibodies, The X-Files, Book 5 |
| | Overhead #1 | Audio Book: I Want to Believe, The X-Files, Book 8 |
| 39 | Overhead #2 Claw | Topps Comic- Trading Card |
| | Overhead #2 Claw | Book: The X-Files #1 X Marks the Spot (multiple languages) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Overhead #2 Claw | Trading Card (back #3) |
| Overhead #2 Claw | Post Card- Still Promotion Photograph distributed by Fox |
| Overhead #2 Claw | Book: The X-Files Ground Zerio by Kevin Anderson (multiple languages) |
| Overhead #2 Claw | Topps Trading Cards Binder |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | Overhead #2 Claw | Trading Card (front) |
| 40 | USA Colum #1 Mulder Scully | Book: The X-Files #9 EBE |
| | USA Colum #1 Mulder Scully | Hologram card |
| 41 | USA Colum #2 Scully Side | Hologram card |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | |
|---|---|---|
| | | Trading Card (2nd Row, 1st card) |
| 42 | USA Colum #3 Scully | Trading Card (2nd Row, 1st card) |
| 43 | USA Flash #1 No Flash | Book: X-Files Confidential: The Unauthorized X-Philes Compendium (multiple languages) by Ted Edwards |
| | USA Flash #1 No Flash | Book: X-Files Confidential: Episode Guide to Series One by Ted Edwards |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | | |
|---|---|---|---|
| | USA Flash #1 No Flash | | Book: X-Files Confidential: Episode Guide to Series Two by Ted Edwards |
| | USA Flash #1 No Flash | | Book: X-Files Confidential: Episode Guide to Series Three by Ted Edwards |
| 44 | USA Flash #2 Overhead | | An anthology of X-files stories published by IDW The X-Files Trust No One, Edited by Jonathan Maberry |
| 45 | USA Flash #3 | | Trading card (3rd row, 2nd card) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | | Book by Easton Royce |
|---|---|---|

46