Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC.,

Plaintiff,

v.

LIVINGLY MEDIA, INC.; *et al.*,

Defendants.

_____

LIVINGLY MEDIA, INC.,

Counterclaimant,

v.

MICHAEL GRECCO PRODUCTIONS, INC.,

Counterclaim Defendant.

Case No: 2:20-cv-00151-DSF-PJW
*Hon. Dale S. Fischer Presiding*

**NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that a settlement to resolve all remaining claims at issue in the action was reached on May 6, 2021.

The Parties anticipate the filing of a Stipulated Dismissal of the Action within twenty days (20) with each of the Parties paying their own attorneys' fees and costs. In the interim, Plaintiff respectfully request that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Date: May 14, 2021      By:    _/s/ Kelsey M. Schultz_
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff