# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIVINGLY MEDIA, INC ., et al.,<br><br>Defendants. | Case No.: 2:20-cv-00151-DSF-PJW<br>*Hon. Dale S. Fischer Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's Complaint and Livingly's Counter-Claims are hereby dismissed with prejudice; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED: May 25, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE